UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>SHI LEI,<br><br>    Defendant. | Case No. 18-cv-01183-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *AirTourist Holdings, LLC v. HNA Group,* 17-cv-04989-JSW.

**IT IS SO ORDERED.**

Dated: February 26, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge