# Exhibit 2

**Airtourist Holdings, LLC; Jason Chen and Edgar Park**
**v.**
**HNA Group**


**International Centre for Dispute Resolution**
**American Arbitration Association**


**ICDR Case No. 01-18-0001-7018**



**Expert Report of Carl S. Saba, MBA, CVA**

**Confidential**

# Table of Contents

I.   Qualifications .................................................................................................................... 4

II.  Assignment ....................................................................................................................... 5

III. Evidence Relied Upon ...................................................................................................... 7

IV. Summary of Opinions ....................................................................................................... 7

V.  Company Background ........................................................................................................ 9

   1.  Understanding of Claims ............................................................................................. 9

   2.  History ....................................................................................................................... 11

   a.  Airfasttickets ............................................................................................................. 11

   b.  HNA's letter of intent to AFT .................................................................................... 12

   c.  AFT's Fraud ............................................................................................................... 12

   d.  AFT's Assets Acquired out of Bankruptcy – HNA Maintains IT Commitment ......... 13

   e.  Travana's Build-Up .................................................................................................... 14

   3.  Travana's Product and Technology Differentiation .................................................... 20

   4.  Competitive Strengths and Weaknesses ................................................................... 45

VI. Industry Analysis ............................................................................................................. 57

VII. Economic Conditions ..................................................................................................... 60

VIII.    Financial Review ......................................................................................................... 65

   1.  Adjustments to Reported Financial Statements ........................................................ 66

   2.  Balance Sheet Review .............................................................................................. 67

   3.  Income Statement Review ......................................................................................... 67

IX. Estimate of Value ............................................................................................................ 68

   1.  Controlling Interest Consideration ............................................................................. 68

   2.  Marketability Consideration ....................................................................................... 69

   3.  Valuation Methodologies ........................................................................................... 69

   4.  Selection of Valuation Methods ................................................................................. 70

   5.  Estimate of Value - Controlling, Marketable Interest Basis ...................................... 74

   6.  Income Approach – Discounted Cash Flow Method ................................................... 74

   7.  Income / Market Hybrid Approach – Discounted Cash Flow Method with Market Exit Multiple 92

   8.  Income / Market Hybrid Approach – Optimistic Scenario .......................................... 96

**9.   Market Approach – Backsolve Method**............................................................................97

**X.   Conclusion**.............................................................................................................................101

**XI.  Tax Adjustment and Statutory Interest Calculations** ........................................................102

## I.   Qualifications

1.      I am a Partner in the Financial and Forensic Consulting Group at Hemming Morse, LLP, 201 Spear Street, San Francisco, CA 94104. I received a Bachelor of Science degree in Business Administration and Finance from The Haas School of Business at the University of California (Berkeley) in 1995. I received an M.B.A. with an emphasis in Finance from the Marshall School of Business at the University of Southern California, where I graduated with honors in 2003. I have been designated as a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts (NACVA). Prior to Hemming Morse, I was the Partner in Charge of the Consulting Practice at Burr Pilger Mayer, Inc.  Prior to my consulting and expert work, I assisted with the management of a $400 million commercial lending unit at Comerica Bank. In that capacity, I analyzed and interpreted the financial condition of client companies.

2.      I have twenty-three years of experience analyzing the financial condition of businesses, consulting to business, and in the valuation of businesses. The last fifteen years of my experience have focused on business valuation, damages analyses, transaction due diligence support, and fraud and forensic investigations. In that period, I have been retained to prepare over five hundred valuations of businesses, intellectual property, debt instruments, and complex derivatives. These valuations have been prepared for litigation, tax, financial reporting, and transaction support purposes, including bankruptcy. The majority of my valuations have focused on my expertise with technology, life sciences, and medical device companies, from very early stages of development through late stage publicly traded companies.

3.      I am the Co-Founder and Chair of the Fair Value Forum, a San Francisco Bay Area based business valuation expert group that meets regularly to discuss technical issues and best practices in the profession. I was formerly on the Board of the Valuation Roundtable of San Francisco for several years, and served a term as President of that organization. I have presented in a number of national conferences on the topic of business valuation, and have authored articles and publications on the same. Many of my presentations and publications are focused on the valuation issues specific to technology, life sciences, and medical device companies. As an example, in 2013 I co-authored the valuation section of *The 409A Administration Handbook, Compliance and Company Valuation*, published by Thomson Reuters. My current curriculum vitae is attached to this report as Exhibit I, and provides additional details.

4.      My employer Hemming Morse, LLP ("HM") is being compensated at an hourly rate of $515 for my time, and at hourly rates ranging from $235 to $360 for employees who assisted me on this assignment.

## II.    Assignment

5.      I have been retained through my employer, Hemming Morse, LLP, Certified Public Accountants and Financial and Forensic Consultants by Bowles and Verna ("Counsel") counsel for Claimants AirTourist Holdings, LLC; Jason Chen and Edgar Park ("Chen" or "Claimants") to estimate the fair value of a 100% equity interest in Travana Inc. ("Travana or "Company"), on a controlling, marketable basis as of October 1, 2016 ("Valuation Date"). My valuation is prepared for defense of Claimants against Counterclaimants' allegations that Claimants wasted investor funding and did not use funding proceeds to create value for

Travana. My valuation is also prepared for damages claims by Claimants in connection with the discontinued funding of Travana by investors, and resulting subsequent bankruptcy filing of the Company.

6.      As part of my assignment, I was also asked to calculate statutory interest for the passage of time between the Valuation Date and the date of this report. In addition, I was asked to calculate the amount that would compensate Claimants for additional taxes that would have to be paid if the award is treated as ordinary income as compared to long term capital gains.

7.      Prior to being retained for this assignment, I did not have any past relationship with any of the parties to this action, or their legal advisors. My current relationship with Claimants and Counsel is in my capacity as a retained expert to develop my opinions as stated in this report. My opinions as stated in this report are independent of the parties to this action, their legal advisors, or the Arbitral Tribunal. I have a genuine belief in the opinions expressed in this report.

8.      This report summarizes my current opinions given the information available to me to date; I may consider any additional materials that become available and amend or supplement my opinions and this report, if appropriate.

9.      In connection with my anticipated testimony at arbitration, I may be asked to create, from various documents produced in this litigation and obtained through independent research, demonstrative exhibits which refer or relate to the matters discussed in this report.  I have not yet created such demonstrative exhibits.

10.     In my work I have been assisted by others in my firm who have acted under my direction and control. However, the opinions in this report are my own. I recognize that I am an expert witness, not a witness of fact. My understanding of the relevant facts comes from the documents obtained in discovery and materials I gathered.

11.     I understand that this report may be made available to other parties in this litigation, to their counsel and experts, as well as to the Court. It has been prepared for use in this action. In all other respects, this report is confidential. It should not be used, reproduced or circulated for any other purpose, in whole or in part, without my prior written consent. No other party is entitled to rely on this report for any purpose whatsoever.

## III.    Evidence Relied Upon

12.     A listing of the documents and information considered in deriving my opinions in this report is outlined in Exhibit H.  In this report I refer to Exhibits A through I. These references are to exhibits that are appended to this report, and that pertain to my valuation analysis of Travana, the list of documents that I considered, and my CV.

13.     I have also relied on the opinions of other experts retained on behalf of Claimants; specifically the opinions expressed in the expert reports of David Atkins, Don Turnbull, Jim Timmins, and Bruce Berndt.  These opinions discuss the condition of Travana's technology platform, legal claims related to the platform, the Company's marketing plan, ability of the Company to obtain investor financing, and Company's status in regards to industry licensing. I have also considered the statements of, and interviews with Jason Chen and Nishith Kumar in formulating my opinions.

## IV.    Summary of Opinions

14.     Based on my analysis, it is my opinion that the estimated value of Travana based on $50 million of committed investment by HNA ranges between **$301.8 million and $328.6 million** based on an income approach and an income approach with a market derived exit multiple. The midpoint of this range is **$315.2 million** (Exhibit A appended to this report).

15.     If HNA was going to invest $200 million in Travana as per the option included in the Letter Agreement of October 2015, the resulting value range above would increase by an additional $150 million to **$451.8 million to $478.6 million**.

16.     Based on my analysis, it is my opinion that the estimated value of Travana under the backsolve methods ranges between **$72.9 million and $296.0 million** (Exhibit A).

17.     In comparing the backsolve methods to the fundamental income and market approaches, **it is my opinion that the fundamental income and market approaches are more reliable indicators of value in Travana's circumstances as of October 1, 2016**. All of the backsolve methods are based on financing of Travana (or Airfast Tickets) under extenuating circumstances where negotiating leverage was heavily tilted in favor of the investor.

18.     In addition to the estimated equity value of Travana, I have calculated an additional award amount that would compensate Claimants for higher ordinary income taxes on a cash award in lieu of long capital gains taxes on the sale of their equity interest in Travna. The value of this additional award ranges from **$81.438 million to $88.670 million** for the equity values under fundamental approaches. The award amount would range from **$19.661 million to $79.873 million** for the backsolve methods as per Exhibit A.1.

19.    I have also calculated statutory interest on my estimated equity value of Travana from the Valuation Date to May 17, 2019 at 6% per annum, compounded quarterly. The statutory interest amount that would range from **$51.100 million to $55.637 million** for the equity values under fundamental approaches. The interest amount would range from **$12.337 million to $50.118 million** for the backsolve methods as per Exhibit A.1.

20.    Finally, I have been asked to calculate a scenario that would consider an optimistic but reasonably achievable exit value for Travana within the average to third quartile range of revenue multiples that I observed in industry OTA acquisitions. The calculations under that scenario result in an equity value for Travana of **$456.1 million** (Exhibit C.7). Related statutory interest is calculated at **$77.225 million**, and additional award to compensate for taxation at ordinary instead of capital gains income is **$123.075 million** (Exhibit A.1). The total resulting calculated value is **$656.4 million**.

## V.    Company Background

### 1.    Understanding of Claims

21.    I understand that Claimants claim that Travana, Inc. failed because the executives of Chinese conglomerate, HNA Group, Adam Tan and Wang Jian allegedly ordered Travana to cease marketing spend that was necessary to the growth of Travana's online travel agency ("OTA") website, Janbala.com. I understand that it is alleged that this marketing spend would have increased Travana's value, and would have caused the stock of Claimants Jason Chen, Edgar Park and AirTourist Holdings, LLC to become fully vested.[1]

---

[1] Answer by Jason Chen to the Counterclaims by HNA Group (International) Co., LTD., Ex. C-1238 ("Chen Answer"), p.2.

22.    I understand that Travana's platform was an upgrade of Airfasttickets ("AFT") platform, which had not been in operation since June 2014, to create an OTA directed at tech-savvy millennials with a focus on price competitiveness.[2]  I understand that the platform was ready for launch by July 2016 and was ready for rapid market ramp by October 2016.[3]

23.    Claimants' claims that by October 2016, Travana had sufficient funds to engage in a sophisticated and budgeted-for multichannel marketing campaign and that such a campaign was critical to the Travana's success.[4]  Claimants claim that launching in October 2016, Travana would reached its funding milestone with $15 million in additional funding.[5]  Claimants claim that HNA Group Co., Ltd ("HNA Group"), the parent of HNA International ordered Travana to cease all marketing spend.[6]

24.    Claimants' position is that it was in Travana's best interests to continue in accordance with its financing agreement, to ramp up in marketing to promote its website Janbala.com as a full-service online travel agency, and begin generating revenue in order to meet the next funding milestone, resulting in a revenue stream that would eventually make it financially independent.[7]

---

[2] Chen Answer, p.3.
[3] Chen Answer, p.3.
[4] Chen Answer, p.3.
[5] Chen Answer, p.3.
[6] Chen Answer, p.3.
[7] Chen Answer, p.7.

25.     Claimants claim that HNA knew that in order for an OTA to achieve a foothold in the competitive OTA industry, dominated by the likes of Expedia, Priceline and Google, that this would require capabilities beyond a simple booking engine. [8]

26.     I understand that a new OTA would need call centers to offer quality customer service in response to customer booking issues, sales professionals to offer ancillary travel products and services, a commercial department to negotiate handle relationships with travel vendors and partners, a product team to create a unique user experience, an experienced financial team to build a robust financial system for processing, reporting, and monitoring transactions, and preventing frauds, engineers to create technology and booking engine underlying operations, and finally, a marketing function with sufficient budget to achieve a foothold in the industry by acquiring customers.[9]

27.     Claimants claim that HNA was well aware that in order build an OTA such as Travana, it would require a very substantial amount of capital investment, time, effort and expertise. As a result, I understand that HNA was originally committed to investing a total of $50 million with an option for an additional $150 million in Travana. [10]

**2.  History**

**a.  Airfasttickets**

28.     I understand that AFT was a new and different OTA and underwent rapid growth in the years 2011 to 2014.  During that time, AFT managed to sell tickets to hundreds of thousands of online customers, and within a short period of time, by mid-2014, based on

---

[8] Chen Answer, p.8.
[9] Chen Answer, p.8.
[10] Chen Answer, p.8.

AFT's internal financial documents, AFT's had achieved gross bookings of roughly $90 million per month.  However, in mid-2014, industry regulator International Air Transport Association ("IATA") and Airlines Reporting Corporation ("ARC") suspended AFT's licenses[11] due to a misuse of revenue from airline ticket funds (for marketing expenditures) which resulted in over $80 million of debt to airlines worldwide.  The loss of this license prevented AFT from selling airline tickets, leading to a cessation of operations in June 2014.[12]

29.    AFT shut down in fall of 2014. [13]  At that time, AFT recruited Jason Chen to help raise funds to pay off and resolve debts in an attempt to re-start AFT. By May 2015, Jason Chen raised $12.5 million in bridge loans from friends, family (including himself) and HNA International who loaned $2.5 million to AFT. [14] At the requests and for the protection of the bridge loan investors, AFT appointed Jason Chen to the position of Co-CEO and Chief Restructuring Officer. [15]

### b.  HNA's letter of intent to AFT

30.    I understand that as a major Chinese travel conglomerate in China, HNA had an interest in acquiring a controlling equity stake in AFT.  As result, on May 20, 2015, HNA signed a letter of intent to invest up to $200 million in exchange for 55% of the stock of AFT.
[16]

### c.  AFT's Fraud

31.    I understand that on June 13, 2015, AFT insider Seyalioglu revealed to Jason Chen that AFT's financial issues were greater than originally thought and that Nikolaos

---

[11] Airfast Tickets S-1 Amendment No. 1 Draft, August 4, 2014, p.8.
[12] Chen Answer, p.14-15; Witness Statement of Jason Chen, Ex. C-1301 ("Chen Statement"), para. 281-283.
[13] Chen Answer, p.15; Chen Statement, para. 281.
[14] Chen Answer, p.15; Chen Statement, para. 24-25.
[15] Chen Answer, p.15; Chen Statement, para. 24.
[16] Chen Answer, Exhibit 9 (Ex. C-1220); Chen Statement, para. 25.

Koklonis and his team had fraudulently misrepresented the existence of accounts receivable that AFT pledged to the investors as security for the bridge loans, including $2.5 million from HNA. [17] On that date, Seyalioglu provided detailed evidence and information that only he and a handful of other AFT insiders knew, proving that Koklonis had deceived and lied to the bridge investors about 2014-2015 receivables. As a result, Chen immediately notified Shi and HNA before it invested an additional $2 million to $3 million as promised into the bridge loan and suspended all negotiations relating to the $200 million acquisition. Furthermore, I understand that Jason Chen reported the incident to the U.S. Attorney's Office, leading to an FBI investigation.  I also understand that as a result of legal action that Chen  and the bridge loan investors brought against Koklonis, AFT eventually entered Chapter 11 bankruptcy. [18]

### d. AFT's Assets Acquired out of Bankruptcy – HNA Maintains IT Commitment

32.     I understand that at the time of its bankruptcy, the AFT OTA platform had proven its capability to handle high volumes of web traffic and complex online ticketing transactions under real-world conditions.  I understand that as a result, AFT had become one of the fastest growing OTAs in Europe, with roughly $90 million in monthly gross bookings. [19]  As a result, Jason Chen and HNA International engaged in discussions to acquire the AFT platform out of bankruptcy, which led, as of June 2015, to an agreement in principle that if Chen was able to assemble a team and acquire the AFT assets, HNA would support that venture through financial investment.  I understand that HNA remained interested in investing $200

---

[17] Chen Answer, p.17; Chen Statement, para. 26.
[18] Chen Answer, p.17; Chen Statement, para. 29.
[19] Chen Answer, p.18; Chen Statement, para. 20, 23.

million to acquire and build a new OTA, which would become Travana, acquiring roughly 90% rather than 55% of the entity, in exchange for the same its $200 million investment. [20]

33.    While a fraud had occurred at AFT, I understand the fraud related to financial statement reporting had nothing to with AFT losing its IATA and ARC licenses.  Rather AFT lost its licenses because Koklonis misappropriated ticket sales proceeds and reinvested those into marketing.  I understand that in an effort to raise funds after AFT lost its licenses in mid-2014, Koklonis began to fabricate ticket sales and resulting receivables. Therefore, it is my understanding that prior to June 2014, AFT had generated tens of millions of dollars of monthly sales volumes as reported in its audited financial statements.[21]

    e.  **Travana's Build-Up**

34.    By mid-2016, Travana was ready to launch, as summarized in the March 6, 2017 Management Report to the Board of Directors, as shown below.[22]

The team has built a world class OTA in unprecedented time, and a platform of significant value.

I.    Our original mandate was to build a differentiated and world-class OTA with an enterprise level system that allows maximum flexibility (rapid development and deployment) and scalability (rapid ramp up).

II.    The team has successfully built a valuable OTA platform with functional technology, presentable product, attractive and inspirational branding and content, a professional marketing system, and solid operational and financial systems.

III.    The team has a clear roadmap for future product and technology development that would further enhance Travana's advantages and differentiations.  Most importantly, these projects are realistic and achievable within the timeline as presented.

IV.    The Janbala.com product was ready for ramp up (*see section 2*) in October 2016. This ramp up was stopped by HNA at that time. Since then, the team iterated on the road map and is even more prepared for a successful ramp up in February 2017.  Further delay is impeding progress and costing money.

---

[20] Chen Answer, p.18; Chen Statement, para. 29-35.
[21] AFT Financial Statements 06-30-14 & 06-30-13 (Ex. C-1270)..
[22] Chen Answer, Exhibit 24 (Ex. C-1754), p.3.

35.     By then, Travana had assembled a team of very experienced professionals

covering all areas of relevance to the proper functioning and growth of an OTA such as

Travana. [23]

| Function | Name | Title at Travana | Background |
|---|---|---|---|
| Executive / Engineering | Sevket Seyalioglu | Chief Technical Officer | AVP of Technology of Fareportal, Inc.; former CTO of AFT |
| Executive / Finance and Operations | Nishith Kumar | Chief Financial Officer | Sr. Vice President of Finance of Fareportal, Inc. in charge of Global Accounting and Finance, and Operations |
| Executive / Marketing | Patriek Karayil | V.P. of Marketing | Former Chief Marketing Officer of Fareportal, Inc.; former Managing Director Global Marketing and Digital Operations at Dell Computer |
| Products | Ken Quan | Senior Director Products | Yahoo and Shutterfly |
| Marketing | Brice Gosnell | Sr. Director of Brand/Content | V.P. of Digital Content and Global Publisher at Lonely Planet |
| Marketing | Andre Azer | Director, Meta Search Partnership | Global Manager, Digital & Affiliate Partnership at Shutterstock; Director, Business Dev't Marketing at Fareportal |
| Marketing | Teal Brown Zimring | Director, Global Citizenship & Partnerships | Business consultant for Nike & Tom Shoes; 10+ years of Leadership positions in various nonprofits including Aspen |
| Marketing | Jason Ware | Director, Marketing Operations & Insights | Associate Director, CRM & Loyalty Marketing, Fareportal, Inc.; Manager, Loyalty Marketing Ops & Loyalty, Jetblue Airways |
| Operations | Reena Vinesh | Director of Risk Management | HOD Consultant - Risk Management / Fraud Prevention / Credit Card Verification, Fareportal, Inc. |
| Operations | Dawn Maskell | Senior Director of Operations | Director Offline Sales Program at Hotwire.com / Expedia |
| Operations | John Klein | Director of Shared Services | Director of Customer Operations at Hotwire.com / Expedia |
| Commercial | Reid Webster | Director of Hotel Relationships | Director of Hotel Relationships at Orbitz |
| Commercial | Julianna Hill | Director Supplier Partnerships - Airlines | Director - International Supplier Development at Orbitz and Cheaptickets.com; Director of Business Dev't at Priceline.com |
| Commercial | Susan Shields | Director Supplier  - Air and Car | Partnerships Director Business Dev't/ Strategic Relationships at Orbitz Worldwide; Manager - Business Process Outsourcing at United Airlines |
| Commercial | Jason Faltinek | Director Supplier  - Air and Car | Director, Business Operations at Orbitz |
| Commercial | Kevin Donaldson | Director of Supplier Operations - Airlines | Director of Pricing and Revenue Management at Vayama; Director of Pricing and Revenue Management at Oakwood Worldwide |
| Commercial | Pamela Janusz | Director Revenue Management - Hotels | Regional Management Director at Joie de Vivre Hospitality |
| Commercial | Alejandro Igelsias | Manager - Air Operations | Priceline, Emirates, and Virgin Atlantic |
| Engineering | Serdar Turk | Senior DevOps Manager and Cloud | Devops Manager, Fareportal, Inc. |
| Engineering | Alex Groyz | Senior Director of Architecture | Software Engineer at Airfasttickets |
| Engineering | Kyle Barnes | Senior Software Engineer Software Engineer at Stanford University | Lead Developer at Fly.com; Senior Application Developer at Tesla Motors |

36.     Furthermore, as of August 2016, Travana had roughly 70 employees and another

70 outsourced staff, including engineers and call center agents.[24]

37.     By October 2016, Travana was ready for rapid marketing ramp-up, as shown in

the summary of the "original plan," below.[25]

---

[23]  Chen Answer, Exhibit 26 (Ex. C-1756), pp.1 and 2, and based on discussions with Jason Chen.
[24]  Based on discussion with Jason Chen.
[25]  Chen Answer, Exhibit 24 (Ex. C-1754), p.4; Also see Travana Board Meeting Presentation - 080916 FINAL.pdf (Ex. C-0153) ("August Board Presentation"), p.5.

**The Original Plan**

The original mandate for the Travana management team was to build a fast-growing OTA using AirFastTickets' technology that Travana acquired from AirFast. Based on this mandate, the team set out to build a full-service OTA.

From January to July, as presented in the board meeting on Aug 11, 2016, Travana accomplished the following:

| DEPARTMENTS | STATUS |
|---|---|
| IT/Engineering | • Website Launched<br>• Search optimization, continuous upgrades and fixes |
| Commercial | • 116 airlines (with 39 agreements in place and 31 in negotiations), many with commissions and net fares<br>• 160,000 hotels in 147 countries |
| Marketing | • Complete digital and content marketing plan<br>• Contracted with 11 of the world's top meta comparison engines<br>• Drove over 121,000 users less than 2 weeks<br>• Integrated Adobe marketing platform for analytics and optimization |
| Branding and Organic Outreach | • Completion of branding and social media outreach video<br>• Agreements with 5 influential mission driven organizations for co-branding and co-marketing |
| Financial and | • Completion of 2015 financial reports<br>• Continuous integration of ERP system<br>• Implementation Global Merchant Processing & Virtual Credit Card<br>• Implementation fraud, charge back and debt memo |
| Operations | • 24/7 Call Center service (in-house and outsourced) in operations |
| Administrations | • New office ready for move-in on 8/30/2016 |
| Human Resources | • 68 employees, 31 outsourced call-center agents (+ 18 in training) and 18 contracted full-time engineers |

Travana's *Janbala.com* website went live in mid-July and testing began.

Over the next couple months, many upgrades and fixes were implemented. After months of testing, fixes and initial optimization, in late September 2016, the team was ready for initial marketing ramp up and planned to increase marketing spend in October 2016.

38.    As shown above, Travana's website went live in mid-July 2016, for testing, and was ready for rapid marketing ramp-up by October 2016.

39.    The "original plan" shown above was supported by the following third quarter 2016 product roadmap.[26]

---

[26] August Board Presentation, pp.16-19.

# PRODUCT ROAD MAP THROUGH 2016

**Focusing on the basics – building a solid Janbala 1.0**

Q3 2016

   

**HOTELS**
- Improved Details Page
- TripAdvisor integration
- Multi-Room Booking
- Improved Image Library
- Dynamic Pricing
- Expedia Affiliate Network Integration
- Hotel Content Management System

**FLIGHTS**
- Live Baggage Fees
- Direct Connect: TravelFusion, FareLogix
- Booking Fees

**TRAVEL INSURANCE**
- Flights & Hotels including checkout enhancements

**GENERAL**
- Post-Launch Cleanup
- User Account Management
- Product Search Enhancements
- Self-Service Booking Management
- Continuous Testing

# PRODUCT ROAD MAP THROUGH 2016

**Focusing on the basics – building a solid Janbala 1.0**

Q3 2016

 

**MARKETING**
- Deep Linking/Metasearch API
- Site Sponsorships/Ad Positions

**OPERATIONS**
- Backend Agent Tool: New Features/Enhancements
- ERP Enhancements

# PRODUCT ROAD MAP THROUGH 2016

**Focusing on the basics – building a solid Janbala 1.0**

Q4 2016

    

**HOTELS**
- Bundling (w/ Flights)
- Direct Connects

**FLIGHTS**
- Fare Families
- Seat Selection
- Ancillaries
- Bundling (w/ Hotels)

**DESTINATION PAGES**
- Version 1.0 with Content Management System

**MOBILE**
- iOS (or Android)

**INTERNATIONAL EXPANSION**
- English Speaking Countries: Australia, New Zealand, Canada, UK/IE, India, UAE

# PRODUCT ROAD MAP THROUGH 2016

Q4 2016

**Focusing on the basics – building a solid Janbala 1.0**

  

**GENERAL**
- Post-Launch Cleanup
- Janbala Membership
- Continuous Testing

**MARKETING**
- Product Feed (Pass Pricing to Paid Search)
- Engagement emails
- Enhancements to static pages

**OPERATIONS**
- BEAT: New Features/Enhancements

40.    Travana had planned to implement the following operations roadmap as of the third quarter 2016. [27]

# OPERATIONS ROAD MAP THROUGH 2016

Q3 2016

   

**US CUSTOMER SERVICE MANILA**
- Manila outsourced Call Center 24/7 current monthly capacity of –
  - 3300 customer service calls
  - 700 customer air exchanges
  - 400 customer emails
  - 3600 air offline customer cases

*Capable of supporting 7,700 bookings or $6.75M of gross bookings per month*

**US CUSTOMER SERVICE SAN FRANCISCO**
- San Francisco in-house call center 13/7 handling following functions –
  - Fraud management
  - Complex air exchanges
  - Customer escalations from Manila/Social Media/Corporate
  - Group bookings
  - High touch customers

**TELESALES**
- Scope Central America Call Center location
- Partner with Engineering and Product to build backend Telesales platform
- Partner with Commercial to build Telesales inventory with high margins

**GENERAL**
- CRM & Agent tool enhancements
- Telephony solutions for innovation
- Recruitment to meet growth targets
- Launch LMS for Agent training
- New product support – Insurance
- Operations reporting & dashboards
- Scope mission-driven partners support

---

[27] August Board Presentation, pp.32-33.

## OPERATIONS ROAD MAP THROUGH 2016    `Q4 2016`

         

**ENGLISH CUSTOMER SERVICE  MANILA & SAN FRANCISCO**

- Manila outsourced Call Center 24/7
  - Ability to scale to up to 50% month over month
  - Agent localization training for International Expansion Plan
  - Complex air exchanges & first tier customer escalations
- San Francisco in-house Call Center 13/7
  - Continuous improvement

**SPANISH CUSTOMER SERVICE – CENTRAL AMERICA**

- Spanish Sales and Service programs for 2017 launch in Central and South Americas
- Translate Agent training to Spanish & develop localization training

**TELESALES**

- Launch Latin America call center
- Beta test Agent tool Telesales platform
- Telesales Agent training & incentive programs
- Create Telesales customer contact routing strategy

**GENERAL**

- Launch new Telephony platform and customer self service functions
- A/B Testing
- Agent tool enhancements
- Customer Service process & procedure iteration
- Product customer service support – Car

41.    Finally, Travana had plans to expand internationally, as shown in the roadmap below. [28]  China expansion was scheduled for Q1 or Q2 2017, but could have easily been achieved in December 2016.

# INTERNATIONAL EXPANSION PLAN



Step 1 – English Speaking Countries:
Australia, New Zealand, Canada, UK/IE, India, UAE
Launch Q4 2016

Step 2 – Spanish Speaking Countries:
U.S. Hispanic Market, Mexico, Caribbean/Puerto Rico, Chile/Argentina
Launch Q1/Q2 2017

Step 3 – China
Launch Time 2017

---

[28] August Board Presentation, p.27.

42.     Travana's plan included the following pro forma financials for the year July  2016 - December 2017 time period, anticipating total revenues of $66.5 million over that period. [29]



### 3.  Travana's Product and Technology Differentiation

43.     Based on discussion with Jason Chen, Travana attempted to differentiate itself from other OTAs at every step of the customer's journey.  As a result, Travana expected to achieve lower cost of customer acquisition, higher customer conversion, user engagement and better margin while providing superior customer experience at lower operational cost. [30]

---

[29] FY16 Consolidated Budget 8.11.16 Base Scenario (Ex. C-0197)
[30] Travana Presentation – Differentiations 12-2016.pptx (Ex. C-0154) ("December Board Presentation"), p.3.

Page 20

44.    Travana hosted the Silicon Valley travel start-up conference on its premises on a monthly basis since September 2016.  Travana also relied on partnerships with travel startups, such as FLYR and Hitlist.  In particular, Travana had a term sheet signed with FLYR, a start-up which developed and provided the fare lock feature for many OTAs and metasearch companies, such as Kayak.  Travana incorporated the fare lock product into its website and had an agreement with FLYR to be the fulfilling agent behind them.   At or around the time marketing funding was cut, Travana was working on API integration with FLYR.  Travana was also working on partnering with TUNIU, the second largest, publicly listed Chinese OTA, of which HNA owned 25%.  This provided Travana with an opportunity to tap into the Chinese market, which is very difficult to achieve without a Chinese partner.  Travana was in discussion on how to help TUNIU achieve better international pricing using Travana's technology.  In addition, Travana had also acquired a small Chinese OTA, Beijing Holidays Online International Travel Service Co., Ltd.  BHO, which held all licenses necessary to doing business in China.   Jason Chen asserted that Travana could have entered the Chinese market by December 2016, but for the interferences.[31]

45.    On the booking side, i.e., the process by which customers select and make a decision to purchase at ticket, Travana's goal was to increase conversion and user engagement, by offering competitive pricing and inventory, while offering fare lock and innovative payment features.  Travana also planned on developing and implementing smart routing, which would allow a customer to plan a multi-city trip following an itinerary identified by Travana's technology based on price and convenience.

---

[31] Based on discussion with Jason Chen.

46.    On the fulfillment, i.e., the process by which Travana selects the ticket it actually sells to a customer, cross-class ticketing, ticket supply optimization, price prediction and telesales would allow for increased margin.

47.    On the retention side, i.e., Travana's efforts to encourage repeat customers, Travana was working on improving customer experience and developing best in class customer service, with a self-service system and on par or better chat-based customer support.

48.    One of the key differentiators Travana was working on, which it believed would create real advantages in flight booking systems while using machine learning, is shown in the slide below. [32]



[32] December Board Presentation, p.5.

49.    Travana's technology combined a of mix wholesale and published ticket fares. To allow for this, Travana directly connected with airlines such as Lufthansa and American Airlines through Direct Connect, with other airlines through GDS, as well as access to wholesale pricing through agreements with consolidators.  The ability to connect to multiple supply sources would also support Travana's international expansion, as it would enable Travana to access volume pricing of international consolidators.  The connections gave Travana advantageous local pricing without the need to set up offices and obtain licenses in each country.

50.    As an example, Travana had a finalized agreement with Mystifly, an international ticket aggregator.  To sell tickets in the United Kingdom, normally an OTA would have required a real presence and licenses in that country, and negotiated with various airlines to obtain local UK pricing.  A relationship with Mystifly bypassed this need, not only for the UK, but also for many countries around the globe, as Mystifly owned 80 different points of sales and was able to provide Travana with tickets at local prices from 80 different countries. Therefore, all Travana needed to do to launch in the U.K., for example, would be to set up a local site (janbala.co.uk) or a micro-site (janbala.com/uk).  Technically, it would have been a very simple task.

51.    As discussed in the Atkins Report,[33] Travana was among the first OTAs to establish direct connections with airlines, including American Airlines, Lufthansa, and WestJet.  Directly connecting to airlines increases efficiency and inventory and, in certain situations, allows access to special pricing.  This also provided Travana with "fresher", i.e.,

---

[33] Expert Report of David Atkins (Ex. C-1321) ("Atkins Report"). Section 2) Access to inventory and leverageable product insights.

more up to date pricing and inventory data, than if it were relying solely on a Global

Distribution System ("GDS").  This increased stability in pricing would have led to improved

customer success, increasing conversion rates from shoppers to buyers.

52.    Travana had the ability to buy air tickets from multiples sources:  directly from

airlines, directly from Amadeus, from consolidators (who were purchasing from a GDS), and

from its OTA partners, including Travel Fusion and others.  As a result, if a customer searched

for flights from San Francisco to New York City, for example, the Janbala system would

decide which sources to search, identify the different options, identify the best option best

on price and/or margin, and present eh itinerary options to the customer.

53.    Building upon that Travana's engineers had completed sufficient coding for the

system to test and operate its Mix & Match system.  The Mix & Match system would allow a

customer purchasing a multi-leg itinerary to combine flights from a number of different

sources even if those airlines have no relationship or agreement between them.  It is my

understanding that a European OTA called Kiwi.com has reached significant success by

adopting a less sophisticated version of the same strategy.

54.    Kiwi.com is a relative newcomer to the OTA industry and is in many regards

similar to Travana, relying on technology to make inroads in a competitive field.  Whereas

traditional OTAs provide "self-connect flights," between airlines that have agreements for

connection, flight cancellation protection, post-booking support, check-in and checked

baggage continuation, Kiwi.com main offering and differentiation is "virtual interlining," in

which it books flights on airlines that do not cooperate.[34]

---

[34] Kiwi.com Virtual Interlining (Ex. C-0849), p.6.



55.     In an effort to avoid inconveniences resulting from connecting two or more airline that do not have a relationship, Kiwi.com insures its passengers against schedule changes, flight cancellations and flight delays, to ensure that its customers reach their final destination in the event of a mishap. [35]

56.     As with Travana, Kiwi.com business is data and technology driven, applying technology to GDS, cooperating airline and third-party provider data to provide cheaper, interlined travel solutions through its aggregator platform. [36]

57.     Kiwi has experienced significant growth in bookings, reaching €680 million in bookings in 2017, up from €150 million in 2015. [37]

---

[35] Kiwi.com Virtual Interlining, p.9.
[36] Kiwi.com Virtual Interlining, pp.15 and 16.
[37] Kiwi.com Virtual Interlining, p.11.



58.     As described in the Atkins report, OTAs generally rely on the published fares provided by a GDS, and are unable to sell tickets below those fares.  However, wholesalers and consolidators sometimes have access to lower pricing.  As Travana had access to pricing and itinerary data of traditional airlines and low-cost carriers, through its own account and/or consolidators' accounts from multiple GDSs, and directly from airlines, it was able to mix and match the pricing from these three sources, increasing margin and gaining a price advantage.[38]  Travana's mix and match strategy is shown in the slide excerpt below. [39]

---

[38] Atkins Report, Section 2) Access to inventory and leverageable product insights.
[39] December Board Presentation, p.5.

## Mix & Match



59.     In the above scenario, where a hypothetical traveler wants to travel from San Francisco, USA to Nice, France, Travana would identify all potential tickets and prices from San Francisco to a point B as provided by full service airlines and low-cost carriers.  It would then do the same from point B to Nice.  It would then run this method for all possible points B and identify the lowest possible price.  This feature, branded as Quantum Saver, was planned for release in April 2017, and was based on machine learning applied to big data, combining international flights on traditional airlines with low cost carriers. Mr. Atkins characterized Quantum Saver as a "game changer" for Travana.[40]  Whereas other OTAs could only sell connecting tickets on airlines with "interline relationships", i.e. cooperation

---

[40] Atkins Report, Section 2) Access to inventory and leverageable product insights.

agreements, Travana's Quantum Saver would allow a customer to purchase an itinerary taking advantage of well-priced tickets across non-cooperating airlines.

60.     I understand that Travana had developed a software technology that was flexible enough to do this and had an agreement with Amadeus to use its Extreme Search feature,[41] which allowed for unlimited searches at a wholesale cost.  European OTA Kiwi.com was already successfully implementing a basic version of this mix and match strategy, as discussed earlier in this report, but Travana's Quantum Saver would have taken this one step further in terms of breath of permutations.

61.     The above strategy resulted in savings to the customer.  As shown in the graphic below, Travana was able to save $524 on a fare from Orlando to Rome as quoted by Google, by identifying a flight from Orlando to Dublin, followed by a flight from Dublin to Rome. [42] This resulted in a 35% saving, and was made possible by Travana's technology analyzing many possible permutations of destination, prices, traditional airlines and low cost carriers to identify the cheapest acceptable combination.

---

[41] I understand that Claimants do not currently have access to this agreement, but that it was signed and in effect.
[42] December Board Presentation, p.6.



62.     Prior to launch, I understand that Travana completed sufficient coding to test and operate this system to determine whether it would results in a priced advantage as described in the slide below. [43]   Travana found the cheapest price combinations for itineraries and compared these to prices quoted on Amadeus, Expedia and Google Flight.

---

[43] December Board Presentation, p.7.

# Comprehensive Preliminary Research and Data Analyses

**Source of Data:**

2,000 Most Popular Origin and Destination Pairs (O&D) Worldwide from Amadeus

**Focusing on US – Europe O&D Pairs**

- 460 Most Popular O&D Pairs between US and Europe
- Because currently Janbala only has access to US and European Points of Sale
- US – Europe accounts for 27% of worldwide air traffic

**Identified 33 potential transfer hubs in Europe**

Utilizing multiple data sources including search engines, Amadeus Extreme Search, ATPCO and OAG

**Finding the Cheapest Combinations**

Conducted massive searches and identified combinations for the most economical flights from each of the O&D through each of the potential transfer hubs

**Comparing Results**

- Published Fares in Amadeus
- Expedia
- Google Flight

63.      As result, for the majority of top origin and destination pairs, Travana's

technology provided it with either a price advantage (in green in the graphic below) or a tie

in price (in blue in the graphic below), i.e., price parity as compared to the Amadeus, Expedia

and Google Flights.[44]  Of note, Travana expected its advantage to increase, through better

optimization, commercial agreements, and more points of sale.

---

[44] December Board Presentation, p.8.

**Pricing Advantage for Top Origin & Destination Pairs**

Comparing with Expedia and Google Flights, Janbala's new model shows significant price and inventory advantages



**Janbala advantage** due to Mix and Match Technology

**Tie:** Price Difference within $5

**Other OTA's advantage** mostly due to better commercial agreements with Airlines

**Advantages expected to increase** over time with optimization and machine learning

**Disadvantages expected to decrease** over time with better commercial agreements and more points of sale

There will always be some "cheaper fares" in the market because some less reputable OTAs artificially mark down the prices against Airlines regulations

64.      The table below illustrated the price advantage enjoyed by Travana over Amadeus prices for 460 top US-Europe origin and destination pairs. [45]  By way of example, over the period December 15 to 22, 2016, Travana's technology enabled it to find cheaper prices through mix and matching for 28% of origin and destination pairs, representing 44% of the market, at an average price advantage of $285.65 per ticket.  Of note, the Travana's the percentage of market share over which Travana enjoyed a pricing advantage increased over the 4-week test period.  Flights booked just a week before departure were much more expensive overall, which allowed Travana the space to obtain a significant price advantage. The average price advantage identified in the test decreased over time, given that plan tickets scheduled further ahead of time are dramatically cheaper than shorter-term tickets and therefore there was less room for price advantage.

---

[45] December Board Presentation, p.9.

**Amadeus Published Fare Comparison - for 460 Top US - Europe Origin and Destination (O&D) Pairs**

| | Found Better Mix and Match Pricing | | |
| --- | --- | --- | --- |
| | % of O&D Pairs | % of Market Share | Mix & Match Advantage |
| Result 1 - Dec 6 to 13 | 17% | 16% | $545.51 |
| Result 2 - Dec 10 to 17 | 21% | 27% | $397.69 |
| Result 3 - Dec 10 to 24 | 23% | 22% | $420.69 |
| Result 4 - Dec 15 to 22 | 28% | 44% | $285.65 |

65.     Similarly, the chart below shows the price advantage enjoyed by Travana over Expedia. [46]  Travana enjoyed an average price advantage of $389 per ticket on 39% of the origin and destination pairs, or 32% of the market.  On a further 34% of the pairs and 28% of the market, the price was within $10 of that found on Expedia.

**Expedia Comparison - for 460 Top US - Europe Origin and Destination (O&D) Pairs**

For a round trip tickets leaving on Dec 6 and returning on Dec 13, 2016 for the most popular 460 O&D pairs, Janbala has better pricing than Expedia for 39% of the O&D pairs (32% based on market share) with an average of advantage of $389.

| | Travana Advantage | Tie (within $10) | Expedia Advantage |
| --- | --- | --- | --- |
| Number of O&D Pairs | 170 | 147 | 115 |
| % Based on O&D Pairs | 39% | 34% | 27% |
| % Based on Market Share | 32% | 28% | 40% |
| Average Advantage | $389 | N/A | $139 |

---

[46] December Board Presentation, p.10.

66.    Travana's price advantage over Google Flights is shown in the graphic below. [47]

In December 2016, Travana enjoyed price advantage on upward of 60% of origin-destination

pairs, equivalent to upward of 70% of market share, at an average price advantage per ticket

between $320 and $528.

**Google Comparison - for 460 Top US - Europe Origin and Destination (O&D) Pairs**

| | % of O&D Pairs | | | % of Market Share | | |
|---|---|---|---|---|---|---|
| | Janbala Advantage | Tie | Google Flight Advantage | Janbala Advantage | Tie | Google Flight Advantage |
| Result 1 - Dec 6 to 13 | 60.0% | 27.2% | 12.8% | 74.0% | 17.9% | 8.1% |
| Result 2 - Dec 10 to 17 | 75.0% | 10.4% | 14.6% | 80.0% | 10.3% | 9.7% |
| Result 3 - Dec 10 to 24 | 78.5% | 10.0% | 11.5% | 78.8% | 12.6% | 8.5% |
| Result 4 - Dec 15 to 22 | 63.5% | 22.2% | 14.3% | 78.1% | 14.7% | 7.3% |

| | Price Advantage $ | | |
|---|---|---|---|
| | Janbala Advantage | Tie | Google Flight Advantage |
| Result 1 - Dec 6 to 13 | $528.56 | (within $5) | $238.16 |
| Result 2 - Dec 10 to 17 | $496.87 | (within $5) | $234.70 |
| Result 3 - Dec 10 to 24 | $404.52 | (within $5) | $326.21 |
| Result 4 - Dec 15 to 22 | $320.18 | (within $5) | $109.53 |

67.    Travana could expect a relative cost advantage as its technology infrastructure,

unlike its competitors', operated in the cloud, as opposed to on its own hardware.  This

allowed for scalability, flexibility and cost savings, as described in the chart below.[48]

---

[47] December Board Presentation, p.11.
[48] December Board Presentation, p.12.

## Technology Highlights

| 100% Cloud |
| --- |

1. Millions of dollars of annual hardware savings and maintenance savings
2. Rapid ramp up with minimum efforts

**Competitors**

- Major OTAs: Less than 25% and only non-core components on cloud

| Entire System Built with Experienced Enterprise-Built from Day 1 |
| --- |

1. Scalability in the vein of the system from database to coding
2. Auto release with release team

| Service Oriented Architecture |
| --- |



All major services (functions) are broken down into independent modules:

1. Rapid development
2. Rapid crisis management and upgrades
3. Higher IP protection thus easy outsourcing and resource management

**Competitors:**

With substantial legacy codes and moving gradually towards Service Oriented Architecture

68.     Another differentiated product  Travana planned to roll out by April 2017, which would have resulted in price and/or margin advantages, was the ability to optimize cabin class combination for best fare, as illustrated in the slide below.[49]

---

[49] December Board Presentation, p.15.

**Optimize Cabin Class Combination for Best Fare**

Booking roundtrip for a group of four passengers within the same cabin type



| | Traditional | | | New | | |
|---|---|---|---|---|---|---|
| | Economy Class X $150 1 Seats Available | Economy Class Y $200 3 Seats Available | Economy Class Z $300 9 Seats Available | Economy Class X $150 1 Seats Available | Economy Class Y $200 3 Seats Available | Economy Class Z $300 9 Seats Available |
| Outbound | | | 👤👤👤👤 | 👤 | 👤👤👤 | |
| | 1 Seats Available | 2 Seats Available | 6 Seats Available | 1 Seats Available | 2 Seats Available | 6 Seats Available |
| Inbound | | | 👤👤👤👤 | 👤 | 👤👤 | 👤 |

**Total = $2400**          **Total = $1550**          **Saving = $850**

69.     Airlines often sell the same seat at a number of different prices, but other OTAs don't have the flexibility to buy from more than one fare class, which can result in buying more expensive fares when cheaper fares are available.  Travana's technology allowed a customer to buy a combination of fare classes, starting with the cheaper, and thus optimize their purchase.  In the example above, this would result in $850 in savings off of $2,400.  This feature was expected to launch in April 2017.  In his report, Mr. Atkins stated that no other OTA was offering such a product to customers, and that it would have constituted a major competitive advantage for Travana, in terms of both marketing and margins.[50]

70.     Travana was in discussion with FLYR to integrate its fair prediction capability to determine the optimal timing to actually purchase a ticker after customer books a flight. [51] This feature would have allowed Travana to increase its margin.

---

[50] Atkins Report, Section 2) Access to inventory and leverageable product insights.
[51] December Board Presentation, p.16.

**Optimize Margin Based on Price Prediction**



71.      Travana was also planning to develop  installment payments and ticket later features, that were unique to Travana.  Installment payments would have allowed customers to space out their payments for their tickets, thus increasing Travana's margin.  Price lock would have allowed customers to lock in their price for a fee.  "Ticket later" would have guaranteed a customer a given price for a ticket, but allowed Travana 12 hours to book it, during which Travana could attempt to find the same ticket for a cheaper price, thus improving Travana's margin.  Travana was also looking into smart routing, whereby Travana's algorithm would provide the cheapest and most convenient itinerary for multi-city trips.  These features are shown on the left-hand side of the slide below.[52]

---

[52] December Board Presentation, p.18.

**Booking Flow**



**Smart Routing**



There are potential 24 combinations leaving from city A, by understanding traveler's preferences and constrains, with the support of Super Cache, our algorithm is able provide the cheapest fare.

72.    Travana also developed a unique  location-specific content and photography, as explained in the chart below. [53]

---

[53] December Board Presentation, p.22.

## Inspiration & Planning: Destination Pages

Other OTAs focus primarily on Booking, with Inspiration and Planning being secondary. Janbala's content will be a part of the booking flow, with prominent placement.

### Our unique and highly visible destination content will focus on experiences and accomplish the following:

- Improve discoverability on search engines
- Enhance our brand personality with a unique, branded point-of-view
- Build trust and loyalty with travelers
- Establish us as a travel lifestyle brand, not "just" an OTA
- Be the foundation to create unique blog content and content marketing initiatives

### Future content initiatives include:

- The ability for users to build and share their own itineraries
- Authored itineraries (by theme and time)
- Traveler submissions (UGC)
- Reviews and ratings

73.    The hotel booking side of Travana's business is what truly set it apart from its competition:  in his report, Mr. Atkins described Travana's hotel offering, a "crown jewel" and "a hotel product which no OTA back in 2016 or even today has matched.  Mr. Atkins characterize Travana's hotel inventory as deeper and broader than other OTAs, including Tier 1 OTAs, adding that no other OTA had deployed this depth and breadth of inventory at the room level.[54]  Travana achieved this by combining and de-duplicating at the room level rather than at the hotel level the inventory of EAN, GTA, Tourico and hotelbeds. [55]  By doing

---

[54] Atkins Report, Section 2) Access to inventory and leverageable product insights.
[55] December Board Presentation, p.25.

so Travana achieved  larger inventory, better pricing and higher flexibility, as shown in the example below, for the Fairmont San Francisco Hotel.

**Large Inventory with Hotel Du-Duplication**

Janbala combines inventories from EAN (278,000), GTA (73,000), Tourico (70,000), and hotelbeds (197,000) with de-duplication in place across vendors at room level instead of at hotel level, resulting in **larger inventory**, **better pricing**, and **higher flexibility**.

**Example: Fairmont San Francisco Hotel**

Exact hotel rooms from the same hotel can have different names and availability across vendors. Janbala resolves the duplications and list the room with lowest rate and highest margin.



74.     This technology allowed Travana to provide its customers with multi-room booking, i.e., to offer its customer the best price for each room type at given hotel as offered by each of the four wholesalers it drew inventory from.   In the slide, below, the right-hand side shows rates offered by the four wholesalers for different room types, showing significant variation.[56]

---

[56] December Board Presentation, p.26.



75.     By contrast, Expedia and bookings.com use employees to sign direct agreements with hotels worldwide, a comparably more costly and labor-intensive process due to the heavy fragmentation of the hotel industry. As a result, they only sell hotel rooms in their own inventory. By contrast, Travana's connection to the four major wholesalers allowed it to offer more inventory without incurring the costs of hiring thousands of employees around the world to sign agreements with hotels directly.

76.     Furthermore, as each hotel sometimes names and defines its rooms differently, other OTA's hotel systems do not afford the simplicity and unity of information afforded by Travana's de-duplication technology.

77.     Travana planned to update the hotel room de-duplication process every nightly, thus allowing it update and optimize price and margin more frequently. As shown in the

slide below, this process allowed Travana to sell a room to a customer from the source

offering the best margin to Travana. [57]




78.     Mr. Atkins concluded that Travana's hotel platform provided it with the

following advantages:[58]

      a.   More room to offer.

      b.   Lower rates

      c.   More room types

      d.   Highest margins, as Travana could source the room to the seller providing it

         with the higher margin, as described above.

---

[57] December Board Presentation, p.27.
[58] Atkins Report, Section 2) Access to inventory and leverageable product insights.

e. The ability to sell rooms from "sold-out" hotels, having access to pre-sold or pre-booked inventory.

f. Superior content display, in the form of Expedia's content display.

79. One of Travana's innovative idea, still in the planning stages, was a unified platform for air, hotel and activities, which Travana expected would increase user engagement, increase customer conversion rates and increase cross-selling opportunities. [59]

80. Another example of Travana's planned differentiation was a unified display of air, hotel, and activities. While this concept still needed to go through testing, this was an example of Travana's ongoing effort to innovate and create differentiation from other OTAs, as shown in the slide below.[60]



---

[59] December Board Presentation, p.29.
[60] December Board Presentation, p.5.

81.     Travana attempted to differentiate itself from its competitors on the marketing side of its operations.[61]  To achieve this, Travana planned to engage in 1) traditional OTA marketing, including pay search, paid social, meta search, and display, and 2) creative partnerships with other travel companies, including creative travel startups, and 3) unique branding for millennials, as shown in the slide below.

## Marketing Differentiators

New entry points into the funnel to lower cost of acquisitions;
Product Marketing and Brand Marketing focus to increase margins.

| 1. Traditional OTA Marketing |
|---|

Fully utilize advantages of product features, price, and larger inventory.
- Higher conversion rate
- Lower CPA

Trip Inspirations (destination content, itinerary, tagging content)

| 2. Partnerships |
|---|

- FLYR Partnerships
- Lead Gen Partnerships (e.g. Hitlist)
- Fulfillment from Tuniu or other Chinese OTA

| 3. Branding |
|---|

- Global Citizenship

82.     With this differentiated three-pronged approach, combined with Travana's innovative products backed by is engineering systems, Travana expected to achieve higher customer conversation rates and lower cost per acquisition.

83.     To develop the inspirational content that was key to Travana's branding, Travana hired Brice Gosnell as Senior Director of Brand/Content.  Mr. Gosnell had previously worked

---

[61] December Board Presentation, p.32.

as Vice-President of Digital Content and Global Publisher at Lonely Planet, at travel guide publisher.  As a result, Travana was quickly able to contract 110 of the best travel writers around the globe write content, including local knowledge of particular use to a traveler, for the 125 top destination cities around the globe, with pictures and in multiple language.  At the time Travana's marketing push was interrupted, I understand that such content had already been posted for roughly 20 cities.

84.     Travana was also developing its brand through partnerships with non-profits and commercial partners.  To achieve this, Travana hired Teal Brown Zimring as Director, Global Citizenship & Partnership.  Mrs. Zimring has been a business consultant for Nike and Tom Shores, with 10+ years of leadership position in various nonprofits including the Aspen Institute and the UN foundation.  As a result, Travana was able to enter in agreements with non-profits, with mutually beneficial cross-linking of websites links.  As a result, the traffic at the partner non-profit African Libraries doubled, even before Travana ramped up.  The slide below shows the non-profits Travana had already partnered with, on the left.  The other partners listed, such as Airbnb, Global Citizen and National Geographic were entities Travana planned on partnering with as it ramped and gained market acceptance. [62]

---

[62] December Board Presentation, p.35.

**Branding**

    

| | | |
|---|---|---|
| **BUILDING & DISCOVERY**<br>**Q4 2017** | **LARGER REACH & INFLUENCERS**<br>**Q2 to Q3 2017** | **LARGE BRAND ALIGNED PARTNERS**<br>**Throughout 2017** |
| • Networks and donor reach of 10,000-150,000 | • Networks and reach of 500,000-50 million | • Networks and reach of 500,000-50 million |
| • Agile organizations able to learn with us | • Cultivating ambassadors | • Celebrity engagement and high profile / high visibility |
| • Co-marketing and co-branding during early brand phrases | | • Cultivating ambassadors |

### 4.  Competitive Strengths and Weaknesses

85.    Based on my review of Travana's business plan and technology, as well as my review of the expert reports of Messrs. Atkins, Turnbull, Berndt, and Timmins, I have conducted a strengths and weaknesses analysis of Travana and its prospects.

86.    <u>Product and Technology:</u>  Travana's technology and product were significant strengths in its favor.  Travana's platform was already functional and had a differentiated product at every step of the customer's experience, including trip planning, search and booking, and service, as discussed in the preceding sections of this report.

    a.  Mr. Atkins noted that Travana's Janbala.com website was live and available by October 1, 2016, and was built as a "responsive website, i.e., would work on all web media platforms (laptop, PC, Tablet, Smartphone, etc.)" [63]

    b.  Travana built a state-of-the-art hotelplatform that allowed it to sell hotel rooms from four major providers, presenting hotel room options in a clean

---

[63] Atkins report. Section 9) Website.

and simple format to customers while maximizing Travana's margin and price advantage.

c.  Travana built a prototype system for its mix & match booking that would be supported big data and machine learning.  This system would have provided it with significant price and inventory advantages over its competitor OTAs in the air travel segment, as identified in the testing it conducted.

d.  Travana had a clear product roadmap that included advantageous features such as Quantum Save, cross-class ticketing, Jaunt, installment payments etc.

e.  Travana operated using cloud computing, which would have provided it with a greater scalability during its intended marketing ramp up, along with very significant capital expenditure savings.  In comparison, Travana's research indicated that other major OTAs used cloud computing for less than 25% of their operations and only for non-core components.  Travana's business strategy to enter into alliances and partnerships with travel start-ups and established international OTA's was promising.

f.  Unlike a typical startup, Travana was essentially a "restart," and used AFT's proven platform as its foundation while investing heavily in the development and improvement of the platform.  In 2016, Travana spent over $17 million in operating expenses, almost all of which was for the purpose of building the Travana platform, prior to launch.  Dr. Turnbull concludes in his expert report "The Travana System was functional and able to fully serve customers and generate revenue by September 2016, if not earlier. The Travana System was

architected and built using state-of-the-art software design tools as well as progressive architecture that utilized Cloud Computing platforms and applications to provide a robust, scalable functionality for a ready-to-deploy system (Janbala.com) as well as for future growth performance and product feature expansion."[64]

g.  I understand that Fareportal had filed a claim as of the Valuation Date alleging that Travana had infringed on Fareportal's OTA technology source code. Dr. Turnbull extensively investigated this issue and concluded that "it is clear Fareportal's claims possess no relevant technology-related merits"[65]. Therefore, it appears that these claims were highly unlikely to result in any litigation liability judgment against Travana.

87.  <u>Marketing Plan:</u>  Travana had a sound marketing plan, which included traditional OTA marketing, partnerships, and unique branding.

a.  In his expert report, David Atkins states that Travana had a clear vision of how to market their offerings in order to reach their KPIs.[66]  This exemplified in the chart below, reproduced from the Atkins Report. [67]

---

[64] Expert Report of Don Turnbull, PhD, May 17, 2019 ("Turnbull Report"), p.6
[65] Turnbull Report, p.6
[66] Atkins report. Section 4) Travana's Marketing Strategy and Plan.
[67] Atkins report. Section 4) Travana's Marketing Strategy and Plan.

## MARKETING STRATEGY



b.  Mr. Atkins concludes that Travana planned on using (1) Search Engine

Marketing/Search (SEM), e.g., Google ad placement, (2) MetaSearch, through

Kayak, Hipmunk, Farecompare and others, and (3) affiliate marketing.[68] Mr.

Atkins concludes that Travana had sufficient budget to undertake the

marketing effort described above, and that "There were no apparent barriers

or disconnects to marketing or spending the cash available on marketing…"

prior to the interruption of the ramp-up.[69]

c.  Mr. Atkins also concluded that Travana had successfully established a unique

messaged aimed at millenials, successfully building a "brand halo" out of

social media efforts with #TravelMeans and social influencers.[70]  Mr. Atkins

---

[68] Atkins Report. Section 4) Travana's Marketing Strategy and Plan.
[69] Atkins Report. Section 5) Travana's Marketing Budget.
[70] Atkins Report. Section 7) Travana's Unique Message, Marketing Assets and Channels.

also reports that by August 2016, Travana had gained traction on Instagram and other social media platforms.[71]

d.  Mr. Atkins noted that Travana used world-class marketing technology, implementing Adobe Marketing Cloud and Google Analytics, that "greatly assist any company in executing a marketing plan, analyzing and comparing the results of the company's various marketing channels to evaluate what has been effective and what has not been effective and refining (optimizing) a marketing plan." [72]

e.  Travana's marketing team would have been able to effectively execute their marketing plan.  Mr. Atkins noted the following members of the marketing team and their prior experience. [73]

---

[71] Atkins Report. Section 7) Travana's Unique Message, Marketing Assets and Channels.
[72] Atkins Report. Section 8) Travana's Marketing Technology (MarTech).
[73] Atkins Report. Section 3) Travana's Team of Experts.

    a.  Patriek Karayil Vice President of Marketing- Former Fareportal CMO and Former Marketing Director at Dell, --2019 Global VP Marketing US News Global Education

    b.  Brice Gosnell Vice President of Brand & Content Marketing- Former VP and Global Publisher for Lonely Planet --2019 Consultant to United Airlines and VISIT CALIFORNIA

    c.  Andre Azar- Director of MetaSearch-  Former Director of Marketing at Fareportal, --2019 Vice President Marketing Student Universe

    d.  Eric Alves- Senior Copywriter and UX- Former Manager of UX at Royal Carribean Cruiselines-- 2019 User Experience Manager at Dropbox

    e.  Jason Ware- Director of Marketing Insights- Former Director of Fareportal and JetBlue Airlines --2019 Vice President CRM and Loyalty Marketing at L'Oreal

    f.  Michelle Guerin- Content Marketing Manager- Former Editor at The San Diego Union Tribune, --2019 Content Manager Apira

    g.  Monica Dominguez- Manager Digital Analytics, Former Web Analytics Manager Shutterfly--- 2019 Digital Analytics Manager Macys.com

    h.  Summer Romasco- Director of Marketing-  Former Associate Director Dentsu Aegis Agency- 2019 Consultant

f.  Mr. Atkiins noted that Travana's leadership had experience in marketing spends with a range of $10 to $400 million a year and had a solid pedigree of relevant companies. [74]  Furthermore, Mr. Atkins confirmed "deep knowledge, experience and expertise in OTA marketing" within the marketing team through interviews. [75]

a.  Mr. Atkins concluded that:" The Travana marketing team and leadership that was assembled and working on the Travana plans were world class and far ahead of most early stage companies. This marketing team had a

---

[74] Atkins Report. Section 3) Travana's Team of Experts.
[75] Atkins Report. Section 3) Travana's Team of Experts.

demonstrated experience in precisely the types of marketing that were planned and needed to fuel the growth that Travana was seeking." [76]

88.    Customers:  in his report, Mr. Atkins conclude that Travana had a "prescient insight… based on an understanding of Millennials that in 2016 was not well understood, but is today commonly accepted and seems obvious."[77]  According to Mr. Atkins, Travana was among the first to realize that Millennials had "aspirations to travel and work with companies having socially redeeming qualities and partnerships and not be treated like 'previous generations.'"[78]

  a.  Mr. Atkins cites TroopTravel's December 2017 report titled "Travel Trends for Millennials" which lists Millennials travel priorities.

  i.  Experience is a key driver:  Mr. Atkins concludes that Travana's vision was "all about experience", citing Travana's "Be The Journey" messaging.

  ii.  Self-driven research:  Mr. Atkins concludes that Travana offered Millennials lots of search and experience tools.

  iii.  Destination is flexible:  Mr. Atkins cites Travana's 100-plus experience bloggers which would allow Millennials to travel like a local.

  iv.  Willingness to spend on extras:  Mr. Atkins cites Travana's Janbala 2.0 Last Miles Ambassadors.

---

[76] Atkins Report. Section 3) Travana's Team of Experts.
[77] Atkins Report. Section 4) Travana's Customer / Audience Insight.
[78] Atkins Report. Section 4) Travana's Customer / Audience Insight.

> > > v.  Importance of trust:  Mr. Atkins cites Travana's partnerships with
> > >
> > > non-profits, such as Global Citizen and the African Library project.
> >
> > b.  Mr. Atkins concludes that Travana focus on Millennials provided it with "a
> >
> > true first mover," being first in the market place.

89.  As a result, with regard to customers, I consider that Travana's focus in
Millennials was a strength and diminished its risk.

90.  <u>Management Team:</u>

> a.  Travana assembled a solid management team of top professionals whose
>
> past positions and experience, as described earlier in this report, ensured
>
> that is management team was a strength rather than a weakness.

91.  <u>Fraud Prevention Plan:</u>

> a.  In his expert report, Bruce Berndt concludes that "Travana had established a
>
> sophisticated working OTA system supported by experienced and
>
> knowledgeable staff capable of conducting business with controls in place
>
> that would effectively manage the risks of fraud, ticketing violations or
>
> errors, debit memos, and human error."[79]
>
> b.  Travana had hired Reena Vinesh to oversee its risk management function,
>
> which includes fraud prevention.  Mrs. Vinesh had previously worked at
>
> Fareportal, Inc., as HOD Consultant - Risk Management / Fraud Prevention /
>
> Credit Card Verification.

---

[79] Expert Report of Bruce Berndt (Ex. C-1322) ("Berndt Report"), p. 8.

c.  Furthermore, documents I have reviewed indicate that Travana considered

fraud as a serious business risk and took steps to mitigate it, as discussed

below:

i.  Travana used the fraud identification system Kount, which measured

over 500 data points to determine if the company should or should

not conduct business with an individual.  This was supplemented by a

manual review process.  In addition, Travana planned on re-assessing

rules and processes as it built its fraud prevention department, as

discussed below, from a July 26, 2016 email from John Klein to

Julianna Hill and others.[80]

Julianna,
I appreciate the suggestions. Kount measures over 500 data points to help determine if we should/should not
do business with an individual. For the manual review process, we are looking more than the customer score.
I can give you a walkthrough Kount if you are not familiar with it.
That being said, it is a business decision how strict we set our rules and which countries we sell tickets
to/from. On one hand, we want transactions, but on the other we want to limit our exposure to fraud. For
now, we have blocked any further transactions to/from Nigeria. As much as possible, we want to automate
our processes. We can't be introducing manual processes.

As we build our fraud department, all rules and processed will be re-assessed. This topic is being discussed in
the LT meetings.

ii.  A May 19, 2016 spreadsheet titled Fraud Process Management:

Functions/Task/Cadence/Owners, listed the different fraud

prevention functions being built by Travana, as shown below.[81]

---

[80] 2016-07-26 Fraud Discussion amoung (sic) team.pdf (Ex. C-1007)
[81] 2016-05-19 Fraud-Risk-Compliance-Social Function-Task-Cadence-Owner Details_5.19.16.xlsx (Ex. C-1002)



| Fraud Process Management: Functions/Task/Cadence/Owners | | | | | | |
|---|---|---|---|---|---|---|
| Category | Function | Task | Cadence | Department | Primary Owner | Secondary Owner |
| Fraud | Travel Agent Assignment | Assign weekly the appropriate number of SF Travel Agents to monitor and process pending review orders on a daily basis | Weekly | Operations | Carolyn | Sean |
| Fraud | KOUNT Management | Monitor the pending review orders in KOUNT queue | Hourly 0500-2000PST | Operations | Travel Agents | N/A |
| Fraud | KOUNT Management | Process pending review orders in KOUNT to ensure timely booking status response | Hourly 0500-2000PST | Operations | Travel Agents | N/A |
| Fraud | KOUNT Management | Audit 4 KOUNT orders per SF Travel Agent per week to validate pending orders were reviewed and processed with the appropriate decision | Weekly | Operations | Carolyn | N/A |
| Fraud | KOUNT Management | Manually cross reference Chargeback Report with orders approved by SF Travel Agents in Data Market Report in KOUNT to assist Finance chargeback reserach | As Required | Operations | Carolyn | N/A |
| Fraud | KOUNT Management | Review Trend Report in KOUNT and make recommendations to Finance | Weekly | Operations | Carolyn | N/A |
| Fraud | KOUNT Management | Produce SF Travel Agent Order Review Report for staffing and workload balan | Weekly | Operations | Carolyn | N/A |
| Fraud | KOUNT Management | Conduct Monthy Business Review | Monthly/ Quarterly | Operations | Carolyn | N/A |

   iii. An August 31, 2016 fraud report listed the instances of fraud for the

     last three months, indicating  that Travana has a process in place to

     identify and track instances of fraud.  In addition, as the loss

     preventions figures below indicate, Travana's process was

     successfully preventing losses due to fraud, with loss prevention

     percentages of 100% and 97% in air and hotel.[82]

| FRAUD BOOKING NUMBERS | | | |
|---|---|---|---|
| Month | Air | Hotel | Grand Total |
| Jul | 19 | 1 | 20 |
| Aug | 120 | 46 | 166 |
| Sep | 10 | 3 | 13 |
| Total | 149 | 50 | 199 |

| FRAUD BOOKINGS AMOUNT | | | |
|---|---|---|---|
| Month | Air | Hotel | Grand Total |
| Jul | $ 4,470 | $ 1,381 | $ 5,851 |
| Aug | $ 75,860 | $ 18,232 | $ 94,092 |
| Sep | $ 15,215 | $ 66 | $ 15,281 |
| Total | $ 95,544 | $ 19,679 | $ 115,224 |

| JULY TO SEP 1, 2016 (NUMBERS) | | | |
|---|---|---|---|
| CATEGORY | AIR | HOTEL | TOTAL |
| Tot Bkngs | 1055 | 77 | 1132 |
| Fraud Bkngs | 149 | 50 | 199 |
| Fraud % | 14% | 65% | 18% |
| Loss Prevented Nos | 149 | 45 | 194 |
| Loss Prevented % | 100% | 90% | 97% |
| Loss Incurred Nos | 0 | 5 | 5 |
| Loss Incurred Nos % | 0% | 10% | 3% |

| JULY TO SEP 1,2016 (AMOUNT) | | | |
|---|---|---|---|
| CATEGORY | AIR | HOTEL | TOTAL |
| Tot Bkngs | $ 678,100 | $ 30,705 | $ 708,805 |
| Fraud Bkngs | $ 95,544 | $ 19,679 | $ 115,223 |
| Fraud % | 13% | 64% | 16% |
| Loss Prevented Amount | $ 95,544 | $ 18,037 | $ 113,581 |
| Loss Prevented % | 100% | 92% | 99% |
| Loss Incurred Amount | $   - | $ 1,642 | $ 1,642 |
| Loss Incurred Amount % | 0% | 8% | 1% |

---

[82] 2016-09-02 (IMPORTANT) Fraud Report_Aug 31.xlsx (Ex. C-1019)

iv.  In addition, in a September, 2, 2016 email related to the August fraud

report, Mrs. Vinesh reported the following summary observations and

fraud prevention measures taken:[83]

**Summary of Observations:**

- Total Fraud percentage is 18% (Air + Hotel) (Frauds to total bookings)
- Hotel Fraud percentage is very high with an average of 65%  and Air Fraud percentage is 13%
- Fraud loss is higher for Hotel with an amount of $1,642 and averages to 10%
- Loss prevented amounts to $113,581 for a total of 194 bookings which were detected by the team or system

**Fraud Preventive actions taken:**
Below are different rules that have been created based on the Fraud trends to review risky transactions

- High Risk origin Country
- High Risk Destination Country
- Hotel Checkin <1 day
- Hotel checking <2days and Risky Country
- Hotel Checkin <2 and Bin country <> CA,CN,HK,TW,US
- Departure <48hrs and Risky Country Origin
- Business or First Class and Departure <48
- Departure <15hrs_Decline
- Departure <48hrs and Risky Destination
- Risky City Pair FRA to NAP
- Bin Country != US,CA,TW,CN,HK
- Device Country is Indonesia
- Geox - Risky Country Review
- Risky Hotel Country - ID,MY

92.    Mr. Kumar, who was the CFO of Travana from September 2016 to March 2017,

and who had ten years of previous management experience at Fareportal, Inc., was actively

involved in Travana's fraud prevention efforts. Mr. Kumar states "As of October 2016, we

had a state-of-the-art fraud prevention system in place. I have read in HNA International's

counterclaim that Travana's platform allowed a substantial amount of fraudulent bookings.

---

[83] 2016-09-02 (IMPORTANT) Comprehensive Fraud Report.pdf (Ex. C-1018)

That simply is not true. It is true that OTAs, like most ecommerce merchants, are the target attempts at fraud. However, Travana's state-of-the-art, 24/7 fraud prevention system in fact caught many attempted fraudulent transactions. Travana's fraud prevention system included implementing a well-known and reliable computer fraud prevention system known as Kount. (See www.kount.com)"[84].

93.  <u>ARC Licensing:</u>

    a.  As of the Valuation Date Travana had a license with ARC that allowed it to conduct business as an OTA. Due to Travana's prior affiliation with AFT, ARC had required larger than customary deposit requirements from Travana. However, this deposit requirement was reduced by the Valuation date from the aggregate of three week's bookings, to the highest week of three week's bookings.

    b.  Expert Bruce Berndt states that standard financial instrument (deposit) requirements by ARC were "$10,000 to $70,000"[85], and that Travana would have been able to negotiate a lower financial instrument amount "by the end of their first year [of operation] if not sooner"[86]. This amount was well within Travana's ability to fund, and Travana could have operated through consolidators and relied on their industry licenses until a more customary deposit requirement with ARC could have been negotiated.

94.  <u>Funding:</u>

---

[84] Witness Statement of Nishith Kumar, May 19, 2019 (Ex. C-1306), p.15
[85] Berndt Report, p. 8
[86] Berndt Report, p. 8

a.  Travana had sufficient committed funding from HNA of $50 million, that had the company been allowed to implement its marketing plan, would have been sufficient to fund the Company to profitability.

b.  Expert Jim Timmins states his opinion that in the latter half of 2016 "Travana could have obtained enough funding on commercially reasonable terms to remain in business and to continue to grow and increase in value"[87].

95.     Travana was an emerging technology company building on the success, in terms of technology and platform, of AFT.  Travana was a more like a re-structured company as it was a "restart" of a company with proven technology, and should thus be considered more developed than simply a start-up without any track record or experience, especially in regards to its technology.  This is a strength.

## VI.     Industry Analysis[88]

96.     Travana, operates primarily in the Online Travel Agency ("OTA") Sector.  The most applicable North American Industry Classification System (NAICS) code is 56151, Travel Agencies in the US. This industry includes businesses that sell, book and arrange travel, tour and accommodation services for the general public and commercial clients. The industry also encompasses companies primarily engaged in providing travel arrangement and reservation services, including online-only booking systems.

97.     As of September 2016, total industry revenue is approximately $34.4 billion internationally, with annual real growth of 2.8% from 2011 to 2016, and projected real

---

[87] Expert Report of Jim Timmins, May 22, 2019 (Ex. C-1326) ("Timmins Report"), p.6.
[88] IBISWorld Industry Report 56151, Travel Agencies in the US, September 2016 (Ex. C-1835) ("IBISWorld Sept. 2016").

growth of 2.3% from 2016 to 2021[89]. These growth figures do not include inflation, and if adjusted for long term inflation of approximately 2.5% per annum, would result in nominal growth of 5.3% per annum from 2011 to 2016, and projected growth of 4.8% from 2016 to 2021.

98.    The Travel Agencies industry is growing once again. The rise of online travel websites, such as Expedia and Priceline. com, has completely revolutionized the industry. Consumers can now research locations, compare prices, book travel and manage reservations without the assistance of an expert, negating the role of traditional travel agencies. This trend has been amplified with the rise of mobile computing, as consumers have become more likely to seek affordable travel packages online.

99.    The percentage of services conducted online represents the increasing use by consumers and businesses of the internet for services they used to pay for in a physical form. Rising internet access is allowing consumers to bypass brick-and-mortar travel agents and make travel arrangements online by either using online travel agents or directly from the travel operators' websites.

100.    The Travel Agencies industry comprises two distinctly different segments, with both growing at starkly different rates over the past five years. Online travel websites are growing quickly, as consumers move online in increasing numbers to book travel. Meanwhile, many traditional brick-and-mortar travel agents are struggling due to fi erce price competition from their online counterparts.

---

[89] IBISWorld Sept. 2016, p. 5.

101.     The two main segments of the Travel Agencies industry are also in distinctively different stages of their life cycles. Travel websites are in the growth stage of their life cycle, as consumers flock to the internet to make travel bookings directly. Meanwhile, traditional brick-and-mortar travel agents have reached maturity and face increasing threats from travel websites and vendors that take online bookings directly

102.     About 60.0% of industry revenue is derived from sales of international travel packages to US residents. This figure has grown substantially over the past decade, as it has become more common for Americans to take international trips. The departure of US residents to international destinations for business, vacations or other purposes is a key income earner for this industry.

103.     Steady growth in the broader economy will boost the industry's prospects over the next five years as travel rates lift. Growth in per capita income and steady unemployment will lead to growth in domestic and international travel. However, consumers will continue to remain price-conscious and more likely to book travel online.

104.     IBISWorld estimates that in 2016, the industry's top four players will account for just over 20.0% of the available market. This includes Expedia and Priceline with approximately 18% of the market.[90] The industry has a medium level of concentration with a few large, dominant players. However, beyond these large players the industry is highly fragmented with a large number of small, independent operators, many of which are owner-operators with no employees.

---

[90] IBISWorld Sept. 2016, p. 25.

105.    In our industry benchmarking analysis, we noted that there have been significant acquisitions within the OTA industry (See Exhibit G.4), leading to consolidation within the industry. However as noted by IBISWorld, the market size is so large that the industry's top four players account for only 20% of that market, allowing for significant potential market share for new entrants.

106.    In summary, the OTA segment of the Travel Agencies industry is in a growth phase, while traditional agencies are at maturity. This growth of OTAs, and continued shift by consumers towards online bookings is favorable to Travana's growth prospects on the Valuation Date. The Company has positioned itself with a focus on Millennials, which are early technology adopters as compared with older generations, and its innovative technology platform and business model will give the Company an advantage in an industry where ability to locate and offer competitive fares is increasingly important towards consumer purchase decisions[91]

107.    Travana is also poised to take advantage of the large travel market outside of the US, particularly China, as it expands into that geography per the Company's roadmap. The market potential in China is illustrated by Ctrip.com International, a Chinese focused OTA that has grown from $100 million to $2.8 billion in annual revenues in over the ten year period to 2016 (Exhibit G.1).

**VII.    Economic Conditions[92]**

---

[91] IBISWorld Sept. 2016, p. 10.
[92] Key Value Data US National Economy Report, September 2016 (Ex. C-1847).

108.    As it has for the past several months, the national economic picture in

September 2016 continued to be a mix of positive and negative news—although, for the first

time since early summer, the positive news dominated. Most significantly, the U.S.

Commerce Department on September 28 released in its first estimate of third-quarter U.S.

economic growth, reporting that the U.S. gross domestic product (GDP) rose by 2.9%, the

measure's highest level in two years and more than double the upwardly revised 1.4% rate

for the second quarter. On the other hand, the job market remained tepid, with the U.S.

Labor Department saying that the economy added just 156,000 jobs in September, below

even August's meager 167,000-jobs increase (vs. 270,000+ new jobs in June and July). At the

same time, after climbing from 4.7% in May to 4.9% in each of June, July, and August, the

U.S. unemployment rate bumped back up to 5.0% in September.

109.    Other concerns persist. Although the budget deficit for FY 2015 fell to a seven-

year low, the FY 2016 deficit rose by 33.8% to $587.4 billion. Also, both Federal spending and

taxation again hit new highs, and the U.S. national debt in September moved past $19.5

trillion. In other areas, on the positive side, industrial production was up slightly, new- and

existing-home sales both increased, four out of the five major consumer-confidence indices

rose, wages inched upward, both consumer spending and retail sales were up, consumer

price increases remained moderate, and gasoline prices edged down. On the negative side,

stocks were little changed, productivity declined for a third straight quarter, U.S. auto sales

fell for a second straight month, Obamacare premiums were projected to rise by an average

of 25% in 2017, and crude oil prices continued upward.

*U.S. Economic Growth for Third Quarter Rebounds Strongly.*

110.    U.S. economic growth rebounded at an annualized 2.9% rate in the third quarter of 2016, the U.S. Commerce Department said on September 28, in its first estimate of growth of the U.S. Gross Domestic Product (GDP) for Q3. The 2.9% figure was the strongest GDP growth rate in two years, and was more than double the 1.4% rate for Q2 (which was revised upward from a previously reported 1.1% rate). The Q3 surge, fueled mostly by the first inventory buildup since early 2015, was also slightly above the forecast of 2.6% growth by a Bloomberg panel of economists. Previously, the economy grew by 0.8% in the first quarter. For 2015 as a whole, the economy rose by an upwardly revised 2.6%, above the growth rates for 2012 (2.2%), 2013 (1.7%), and 2014 (2.4%).

*Employment Gains Remain Tepid in September*

111.    After a sluggish report in August, the U.S. job market turned in another lackluster performance in September, the U.S. Labor Department said on October 7. Altogether, the economy added just 156,000 jobs, well below the 176,000-jobs gain forecast by a Reuters economist panel and below June's and July's 270,000+ gains. The Department also raised August's originally reported 151,000 new jobs to a revised 167,000-jobs increase. At the same time, after climbing from 4.7% in May—its lowest level since the Great Recession began—to 4.9% in June, July, and August, the U.S. unemployment rate bumped back up to 5.0% in September, the Labor Department said on October 7.

*Budget Deficit Up in FY 2016*

112.    After topping $1 trillion each year from FY 2009 to FY 2012, the Federal budget deficit fell sharply from FY 2012's $1.08 trillion level to $438.9 billion in FY 2015, which ended on September 30, 2015. However, the Federal budget deficit jumped back up to

$587.4 billion in FY 2016, which ended on September 30, 2016—representing an increase of 33.8% over the FY 2015 level (although the final FY 2016 figure was down from the $600 billion projection issued on July 15).

*U.S. National Debt Moves Past $19.5 Trillion*

113.     For the first time in history, the U.S. national debt in February climbed above $19 trillion, hitting $19.029 trillion on February 24. This figure rose to $19.573 trillion on September 30 from $19.442 trillion on August 31. The debt is now 84.2% greater than the $10.625 trillion national debt that existed on January 21, 2009. The U.S. Congressional Budget Office (CBO) expects the total national debt to hit $20 trillion at some point next year.

*Federal Spending and Tax Collections Again Set New Records*

114.     Federal spending hit another all-time record in FY 2016, which ended on September 30, 2016, with spending for the year coming in at an estimated $3.854 trillion vs. $3.688 trillion in FY 2015, an increase of 4.5%.The government also took in another new record of $3.27 trillion in taxes in FY 2016, up from the $3.25 trillion collected last year.

*Stocks Little Changed in September*

115.     U.S. stocks were down slightly but otherwise were little changed in September, as they had been in August. The Dow Jones Industrial Index, which had slipped to 18,400.88 on August 31, declined further to 18,308.15 on September 30, a falloff of 0.5%. Likewise, the S&P 500, which had edged down to 2,170.95 on August 31, slipped to 2,168.27 on September 30, a decline of 0.1%. In contrast, the Nasdaq, which had risen to 5,213.22 on August 31, edged up further to 5,312.00 on September 30, an increase of 1.9%.

*Industrial Production Up Slightly in September*

116.    After declining by a downwardly revised 0.5% in August, U.S. industrial production crept up by 0.1% in September, the U.S. Federal Reserve reported on October 17. It was only the fifth such increase in the measure in the past 13 months.

*Productivity Declines for Third Straight Quarter*

117.    After falling during the previous two quarters, U.S. nonfarm productivity—or the level of employee output per hour— slipped by a downwardly revised 0.6% in the second quarter of 2016, the U.S. Bureau of Labor Statistics said on September 1.

*U.S. Auto Sales Fall Again in September*

118.    After declining by 4.2% in August following gains in each of June and July, U.S. auto sales sputtered again in September, with sales declining by 0.5% to 1.44 million units on the month. However, by yearend, the industry is still expected to nearly match 2015's record volume of 17.5 million units sold that year.

*New-Home and Existing-Home Sales Both Rise*

119.    After posting their biggest decline in nearly a year in August, U.S. single-family new-home sales in September unexpectedly rose by 3.1% to a seasonally adjusted annual rate of 593,000 units. At the same time, the number of contracts to buy previously owned U.S. homes rebounded in September, rising by 3.2% to an annualized 5.47 million units.

*Consumer-Confidence Measures Improve*

120.    After a month in which four out of five major consumer-confidence measures were up, this same pattern repeated itself in August. Most notably, the Conference Board Consumer Confidence Index was up from 101.8 in August to 103.5 in September.

*Wages Inch Up in September*

121.     After rising in each of May through August, U.S. personal incomes climbed by another 0.3% in September, the U.S. Commerce Department said on October 31. It was the index's 18th straight monthly gain.

*Consumer Spending Up By 0.5% in September*

122.     After a flat August, U.S. consumer spending rose by 0.5% in September, the U.S. Commerce Department reported on October 31.

*Retail Sales Up in September*

123.     After a flat reading in July and a 0.3% decline in August, U.S. retail sales rose by 0.6% in September, the U.S. Department of Commerce reported on October 14.

*Consumer Prices Up By 0.3% in September*

124.     After being unchanged in July and rising by 0.2% in August, the U.S. Consumer Price Index (CPI) for all goods was up by another 0.3% in September. The index for all items less food and energy climbed by 0.1% in September after having increased by 0.1% in July and by 0.3% in August.

125.     The expectation indicates that the overall economy will continue in growth mode as supported by the continued improvements in consumer confidence, consumer spending, and retail sales. These trends are favorable to Travana's online travel offerings to consumers on the Valuation Date.

## VIII.    Financial Review

126.     In the valuation of a company, it is useful to examine the financial position of the Company. This allows the appraiser to review the history of the Company, compare it to its

industry, and use the analysis to assist in assessing what the future might bring for the Company.

127.    I have analyzed the Company's internally prepared financial statements for the year ended December 31, 2016. While these financial statements cover a period that is past the October 1, 2016 Valuation Date, it is the closest period available to that date.

128.    The Company's historical financial statements are presented in Exhibits B.1 through B.2 and Exhibits B.3 through B.6 include common size presentations and comparative industry metrics.Because of the limited purpose of these presentations, they may be incomplete and contain departures from generally accepted accounting principles.  I have not audited, reviewed, or compiled these presentations.

129.    My analysis includes a comparison of Travana to industry averages.  For comparison purposes, I have relied on financial data published by BizMiner (BizMiner) and Risk Management Association (RMA).  I have used data for companies operating in the same industries as Travana classified by the U.S. Census Bureau's North American Industry System (NAICS) code #561510 as: Travel Agencies, which includes OTAs. The selected data from BizMiner and RMA includes companies with annual revenues in the $1,000,000 to $3,000,000 range. Travana's financial statements are also compared to a peer group of publicly traded OTAs listed in Exhibits D.2 through D.4 . The selected peer group will be discussed later in this report.

**1.  Adjustments to Reported Financial Statements**

130.    In analyzing a company's historical earnings as a guide to estimating the company's earnings base, it is important to make the distinction between past earnings that

represent ongoing earning power and those that do not.  Financial statements should be adjusted to eliminate the effect of past items that would tend to distort the company's current and future earning power, such as items that are unusual or non-recurring in nature, occur infrequently, are discretionary, or are derived from non-operating sources, such as interest income. Based on my review, I did not identify any material items that require adjustments in Travana's 2016 financial statements. It is noted that because Travana is early stage and has limited revenue on the valuation date, historical financial statements do not provide meaningful guidance on expected future results.

131.

**2. Balance Sheet Review**

132.     In my review of the Company's historical balance sheet, I noted the following (Exhibit B.3):

133.     *Assets*.  The Company's assets are primarily comprised of cash proceeds from HNA's initial $27.5 million in funding, and intangible assets comprising the purchase of AFT's technology platform, and capitalized development costs.

**3. Income Statement Review**

134.     In my review of the Company's historical income statement, I noted the following (Exhibit B.4):

135.     *Sales.* Travana has generated small revenues of $146,000 in the year ended 2016. As of the Valuation Date, the Company's management team was preparing to ramp up marketing spend to increase sales volume on the Janbala website that had an initial soft launch in July 2016.

136.    *Operating Expenses.* In 2016, Travana incurred significant operating expenses in the amount of approximately $17 million. The majority of this figure was spent on engineering personnel to further develop and test Travana's OTA technology platform. Approximately $1 million of this amount was spent on sales and marketing efforts, and according to management the large majority of this spend related to refining the technology platform to meet consumer needs. As such, it is also related to the development of the technology. When these amounts are added to

137.    *Margins.* Travana incurred significant operating losses in 2016 as is typical of early stage technology companies. The Company's planned ramp in marketing spend was expected to lead to significant revenue growth, resulting in a path to profitability within the next year.

## IX.    Estimate of Value

138.    The value of a closely held business is derived not from a formula, but from the relevant facts and circumstances of a company and is based on informed judgment with regard to those facts. In determining fair value, I considered available financial data, as well as all relevant factors affecting the fair value.

### 1.    Controlling Interest Consideration

139.    The interest being valued represents a majority ownership interest and therefore possesses the ability to control the Company's management and financial decisions. These decisions include the ability to elect directors and appoint management, determine management compensation and perquisites, set policy, acquire and liquidate assets,

determine dividend distribution policy, and other significant policies. Accordingly, I have considered valuation methods which yield an estimate of value on a controlling basis.

**2. Marketability Consideration**

140.    A major component of a security being valued is its marketability. All other things being equal, an investment is worth more if it is marketable than if it is not, since investors prefer liquidity over lack of liquidity. Investments that lack the inherent liquidity of publicly traded securities are less attractive investments. Because the interest valued is a controlling interest and the owner of such an interest would have control over the decision to sell, no adjustment for illiquidity of the interest would apply.

**3. Valuation Methodologies**

141.    The appraisal profession generally recognizes three primary approaches to determine value: the income approach, the market approach, and the asset approach.  Each approach is distinctive and contains many variations. While all valuation approaches are generally considered, not all may be used; which approach or approaches are used depends upon the specific facts of that engagement.

142.    In valuing the Interest in Travana, I considered a number of valuation methods:

**143.    Income Approaches**

   a.   *Capitalization of Earnings Method*

   b.   *Discounted Cash Flow Method*

**144.    Market Approaches**

   a.   *Guideline Public Company Method*

   b.   *Merger and Acquisition Method*

       c. *Backsolve Method*

**145.**    **Asset Approaches**

       a. *Net Asset Value Method*

       b. *Adjusted Net Asset Value Method*

146.    Income approaches value a company with reference to various measures of the earnings or cash flows generated by that company, with the assumption that such earnings or cash flows sooner or later will be paid out to unit holders in the form of dividends.

147.    Market approaches value a company by comparison with transactions in similar businesses, business interests, or securities.

148.    Asset approaches value a company, often one that is capital-intensive, with reference to the stated or calculated net worth of that company, with the assumption that such net worth sooner or later will be paid out to unit holders in liquidation.

149.    The focus on liquidation value utilized by asset-based approaches tends to limit their applicability to the value of a non-operating business, such as a holding company or one that will be liquidated.  In the alternative, income and market approaches are most appropriate when valuing ongoing businesses. I did however consider in my analysis the cost incurred to develop Travana's technology platform, and compared this cost to the going concern value of the Company under other valuation methods.

**4.  Selection of Valuation Methods**

150.    In valuing the Interest in Travana, I considered the methods listed above.  I chose the discounted flow method, and the discounted cash flow method with a market exit

multiple, and the backsolve method as suitable methods for valuing Travana.  The following summarizes the methods considered and my reasoning for my selection.

151.    *Capitalization of Earnings Method*

The capitalization of earnings method is an abridged version of the discounted cash flow method.  This method seeks to determine an estimate of value by projecting a single period's expected economic amount and converting that amount to a value by dividing it by a "capitalization rate."  The capitalization rate is a derivative of the discount rate, i.e., the discount rate minus the annually compounded expected growth rate, in perpetuity, of the variable being capitalized.

152.    This method is appropriate when the projected single period expected economic amount is indicative of future operations, assuming a normal growth rate.  On the Valuation Date, Travana is an early stage OTA company that has not reached long term mature growth levels or margins. As such, past results are not indicative of future operations.  Accordingly, I did not consider the capitalization of earnings method an appropriate valuation method for Travana.

153.    *Discounted Cash Flow Method*

The discounted cash flow method is based on the theory that the total value of a business is the present value of the projected future earnings plus the present value of the terminal value.  This method requires that a terminal value assumption be made.  The amounts of projected earnings and the terminal value are discounted to the present using an appropriate "discount" rate.  The discounted cash flow method relies on the ability of the

valuator and management to reasonably forecast cash flows and assess the risks associated with those cash flows.

154.    Company management has significant experience in the industry, and provided me with a detailed eighteen month forecast that had been prepared in August 2016, less than two months before the Valuation Date. It  is my opinion that these forecasts could be applied to reasonably reflect future anticipated operating results, and that the discounted cash flow method is an appropriate method for valuing the Company.

155.    *Guideline Public Company Method*

The guideline public company method develops an estimate of value based on prices at which stocks of similar companies are trading in a public market.  The estimate of value is derived by value multipliers such as price to earnings and price to cash flow.  These value multipliers are then adjusted and applied to the subject company's fundamental data to reach an estimate of value for the subject company.

156.    Application of the guideline public company method requires the selection of a sufficient number of "comparable companies" to facilitate the determination of a value conclusion for the subject company.  In selecting comparable guideline companies, the standard sought is usually one of reasonable and justifiable similarities.

157.    Based on my research, I found publicly traded companies which possess sufficient comparability and an adequate financial history to support the determination of value for Travana two years into the future, when Travana may become a viable acquisition candidate, and would be more comparable to the publicly traded peer group.  Accordingly, I

did not apply the guideline public company method on the valuation date, but I did rely on the guideline public company method multiples to estimate the reasonable future exit value of Travana. This exit value is reflected in the discounted cash flow method with market exit multiple method.

158.    *Merger and Acquisition Method*

The merger and acquisition method derives an estimate of value of the subject company based on merger and acquisition transactions involving companies or operating units of companies in similar industries to the subject's.  Since the transactions often involve entire businesses, the valuation methodology usually involves the determination of market value of the entire invested capital (debt and equity) often referred to as enterprise value.  As a result, the value derived under the merger and acquisition method results in a control or majority interest value.

159.    Application of this method requires the selection of a sufficient number of comparable sales transactions to facilitate the determination of a value conclusion for Travana.

160.    Based on my research, I located sales transactions which are sufficiently comparable to support the determination of value for Travana two years into the future, when Travana may become a viable acquisition candidate, and would be more comparable to the companies acquired in the sales transactions.  Accordingly, I did not apply the merger and acquisition method on the valuation date, but I did rely on the acquisition multiples to estimate the reasonable future exit value of Travana. This exit value is reflected in the discounted cash flow method with market exit multiple method.

161.    *Net Asset Value Method*

The net asset value method values a company at the book value of its stockholders' equity. The historical cost bases of assets, however, usually bear very little relationship to true market values. The method only reflects accounting history expressed in nominal dollars and not the potential of a going concern. Because of this limitation inherent in the net book asset method and because I was able to apply a more appropriate method, I did not use the net asset value method to value the Company.

162.    *Adjusted Net Asset Method*

Under the adjusted net asset method, the assets and liabilities of the Company are expressed at their current market values with an offsetting adjustment to equity. The adjusted net asset method is generally appropriate for businesses that are about to be liquidated or that have substantial capital investments in tangible assets such as real property. I considered the net asset value method only to establish a minimum value for the Company, and noted that the going concern value of Travana as reflected by other valuation methods supports intangible value. Such intangible value is not typically reflected in the net asset method.

**5. Estimate of Value - Controlling, Marketable Interest Basis**

163.    The following discussion describes my process in estimating the fair value of the 100% equity Interest in Travana as of October 1, 2016

**6. Income Approach – Discounted Cash Flow Method**

164.     As discussed previously, the discounted cash flow method is based upon the theory that the total value of a business is equal to the present value of the forecast future cash flows plus the present value of the terminal value. The present value determination is based on using a discount rate that reflects the expected rate of return that the market requires in order to attract funds to the particular investment. This rate is often referred to as a company's "cost of capital."

165.     Primary consideration is often given to this approach when earnings and resulting cash flows contribute substantially to a company's net worth. Other situations in which the income approach is regarded as suitable are when valuing a company with considerable intangible assets (as is the case with Travana's technology platform), significant positive earnings, or when labor or intangible assets contribute substantial value to a company. This method is a commonly applied method when valuing an operating company.

166.     For the free cash flow to equity calculation, I established a discount rate based on rates of return studies for early stage venture backed companies. The terminal value was determined by applying the Gordon Growth Model to year ten free-cash flow.

167.     The formula for the Gordon Growth Model is:

$$PV = \frac{FCFo * (1+g)}{k\text{-}g}$$

Where PV   =        Present value.
FCF   =        Free cash flow in the last year of discrete forecast period.
o   = Last period of discrete forecast period.
g   = Expected long-term growth rate.
k   = Discount rate.

168.     *Earnings Base*

The fair value of Travana's equity is equal to the present value of the Company's free cash flow to equity. The Company's free cash flow to equity was determined as follows for a ten-year period (as shown in Exhibit C.3):

Net Income (after tax)
+ Depreciation and Amortization
+/− Changes in Working Capital
− Capital Expenditures
+/− Changes in Interest Bearing Debt
= Free Cash Flow to Equity

169.    *Key Assumptions*

The key assumptions incorporated in the cash flow forecasts are set forth in Exhibit C.1 and C.2. My assumptions are based on revenue and net income forecasts from management's August 2016 plan presented to Travana's board[93] ("August 2016 Plan"), the historical operations of the Company, benchmarking significant forecast assumptions to operating results of mature OTAs over their life cycle (as reported by S&P Capital IQ from public filings), industry statistics as published by BizMiner and RMA, historical and forecast industry growth information from IBISWorld.


My Key Assumptions are explained below:

170.    *Bookings:* Management's August 2016 plan includes product launch of Travana's Janbala online travel site combined with significant marketing spend to create market awareness starting in July 2016. As of the Valuation Date, no significant marketing spend had

---

[93] FY16 Consolidated Budget 8.11.16 Base Scenario (Ex. C-0197), Transcript of Lei Shi Deposition on September 27, 2017 (C-1181) ("Shi Depo"), p.27 – 31.

occurred yet. Management indicated however that as of October 1st, they had planned to start their marketing spend at the level indicated for that month in the August 2016 plan, rather than at July 2016 levels. I discussed this with the marketing expert David Atkins, and he indicated that this was a reasonable approach given that peak season (and sales opportunity) occurs in the November to January time from of each year. Therefore, I have reflected bookings levels starting on October 2016 for purposes of my income approach.

171.    In the first year of the plan (October 2016 – September 2017), management projected $681 million in bookings (value of ticket sales. In the first three months of the second year, management projected $422 million in bookings (value of ticket sales). I estimated full second year sales by applying a multiplier of 4.00x, conservatively assuming a slowdown in growth in the remaining nine months of the second year, resulting in $1.689 billion in bookings for the full second year. Bookings growth is estimated to continue decelerating over a ten-year period to a long-term sustainable level of 6% per annum. By 2026, bookings are estimated at $23.627 billion per year.  I applied procedures to test the bookings growth assumptions for reasonableness as described later in this report.

172.    *Revenues:* Relative to the value of the ticket sales generated by OTAs, which I refer to as bookings above, OTAs only earn a small portion of the ticket sale value which they report as revenue. The majority of the value of the ticket sales is deposited into an escrow account, and ultimately remitted to the service providers – primarily the airlines and the hotels.  In the first year of management's plan, they estimate the ratio of revenues to bookings to be approximately 5.5%, and 6.8% in the first three months the second year. In order to estimate a reasonable ratio over the remaining projection period, I reviewed the

public filings of mature OTAs. Ratios for Expedia Group and Booking Holdings (formerly Priceline) were approximately 11% and 17% respectively (Exhibit G.6). Management's long-term estimate for Travana is more conservative in the range of 8% - 9%, which appears reasonable given that Travana will include a lower proportion of hotel sales (which have a higher revenue / bookings ratio than airline ticket sales). I applied 8% as a long-term assumption, which results in projected revenues increasing from $37.8 million in 2017 to $1.890 billion in 2026. I applied procedures to test the revenue growth assumptions for reasonableness as described later in this report.

173.    *Operating Expenses:* Due to management's plans for significant marketing spend in order support near-term growth, Travana's operating expenses were estimated to exceed revenues and result in operating losses in the first year of operations. Thereafter, operating expenses were estimated by a comparison to operating expense / revenue ratios, and resulting Earnings Before Interest, Taxes, Depreciation and Amortization ("EBITDA") margins during the stages of the life cycle of publicly traded OTAs. This comparison to test cost structure and margin assumptions is discussed later in this report. It is noted that based on this comparison, I applied adjustments to the second year of management's projections to increase cost structure, and decrease operating margins for purpose of my valuation.

174.    *Capital Expenditures.* Management estimates that capital asset investments primarily in computers and ancillary products would approach $900,000 per year initially, and would approximate 2.0% of revenue per year in the long term (Exhibit C.2). This amount is higher than travel industry depreciation levels of 0.5% - 0.7% as reported by RMA and Bizminer. As these statistics include traditional travel agencies, which may not have the

same fixed asset needs as OTAs, I relied primarily on a review of Tier 1 OTAs Expedia,

Priceline, and Trip Advisor reported depreciation levels. These three companies report

depreciation expense ranging from 1% - 5% of revenues in years 2014 through 2016[94]. Since

fixed asset purchases that are capitalized are subsequently depreciated, depreciation can

provide a guide to required capital expenditure levels.

175.    Travana's estimated capital expenditures of 2% of revenues in the long term are

within the levels of depreciation reported by Tier 1 OTAs. It is noted that management's

projections in the August 2016 plan were prepared on a cash basis, and capital expenditures

were treated as a period expense. I have treated such expenses as purchases of fixed assets

that would be capitalized and subsequently depreciated for purposes of my valuation model.

176.    *Depreciation.* I estimated depreciation related to capital expenditures in Exhibit

C.2, based on estimated economic lives of 3 years for capital assets, which are primarily

computers and ancillary products.

177.    *Working Capital.* Travana's August 2016 Plan on which I relied as a starting point

for my income approach was prepared on a cash basis. As such, it would not require any

estimated changes in working capital to be applied to the projections to convert them from

an accrual to cash basis. However, since I relied on publicly traded OTAs to benchmark

significant long term assumptions, and such OTAs report their financials on an accrual basis, I

reviewed their working capital levels. As per Exhibit D.2, working capital levels for the

majority of OTAs are negative on a net of cash basis (operating liabilities exceed operating

assets), with mean and median levels of *negative* 16.4% and *negative* 11.6% respectively.

---

[94] 2016 Consolidated statements of cash flows, 10-K Filings for Expedia Inc., Priceline Group Inc., and TripAdvisor, Inc. (Ex. C-1850, C-1851, C-1852 respectively)

The negative levels are partially attributable to some OTAs having deferred revenue liabilities from unearned payments on subscription services.

178.    I estimated for Travana that if the Company needed to retain operating cash requirements equal to two months of operating expenses, based on long term margin assumptions that would translate to cash levels equal to 14% of annual revenues. If this figure is added to the negative mean and median working capital levels for the peer group OTAs net of cash, the resulting required working capital levels with operating cash would be in the range of 2.1% to *negative* 2.8%. The midpoint of this range is approximately zero working capital (operating assets equal to operating liabilities), and further validates that treating management's forecasts as if they are cash basis with no required working capital adjustments is reasonable.

179.    *Financing Debt.* Travana did not have any financing debt as of the valuation date, and given the company's stage of development, it would likely not qualify for traditional debt financing. I estimated the applicable capital structure for the Company to be 100% equity, and therefore did not estimate any increases or decreases in debt principal or any associated interest expense would be applicable in determining free cash flow to equity.

180.    *Long-term Growth Rate.* I estimated sustainable long-term growth to be 6.0% annually starting in 2026, which is tenth year of projected cash flows. Real industry growth per IbisWorld is estimated at 2.3% per annum over the next five years as discussed in the industry section of this report. When this figure is adjusted for long term inflation of approximately 2.5%, total nominal growth is approximately 4.8% per annum. However as explained by IBISWorld, this growth rate includes both traditional travel agencies which are

mature and stagnating, and OTAs, which are significantly growing. Therefore the growth of the OTA segment of the industry would be expected to exceed overall industry projections. I have applied a 6.0% long term growth rate to account for the significant remaining growth potential of Travana as of the end of the discrete forecast horizon, and the higher growth potential of OTAs as compared to traditional travel agencies. This figure is conservative when compared to the public peer group of OTAs, which continues to grow at median rate of 15% per annum, and average rate of 14% per annum at comparable annual revenue thresholds to Travana in 2026 (Exhibit G.1).

181.    *Validation of Key Projection Assumptions.*

Given that Travana was an early stage OTA, and that the company's past results would not be indicative of the future as of the valuation date, I have applied a number of procedures to test and validate projection assumptions. I began by researching and identifying a number of OTAs as outlined in Exhibit G.1. My selections include the following companies:

- *CUV Ventures Corp.* operates as an online travel and digital media marketing company in the Americas, Europe, and internationally.

- *Expedia Group, Inc.*, together with its subsidiaries, operates as an online travel company in the United States and internationally.

- *Booking Holdings Inc.* provides online travel and related services in Europe, North America, South America, the Asia-Pacific region, the Middle East, and Africa.

- *TripAdvisor, Inc.* operates as an online travel company.

- *trivago N.V.*, together with its subsidiaries, operates as a hotel and accommodation search platform.

- *Kayak Software Corporation* provides online travel search services in the United States and internationally.

- *MakeMyTrip Limited*, an online travel company, engages in the business of selling travel products and solutions in India, the United States, Singapore, Malaysia, Thailand, the United Arab Emirates, China, Colombia, and Peru.

- *Ctrip.com International, Ltd.* operates as a travel service provider for accommodation reservation, transportation ticketing, packaged tours, and corporate travel management in China.

- *Orbitz Worldwide, Inc.* operates as an online travel company worldwide. It uses technology that enables leisure and business travelers to research, plan, and book a range of travel products and services.

- *Laser Holdings Limited* operates a portal to book cheap last minute travel deals that include hotels, flights, vials, cards, days out, holidays, theaters, city breaks, spa, and more travel deals in the United Kingdom and internationally.

- *Skyscanner Limited* develops a global travel search site that allows people to plan and book direct from millions of travel options.

182.    As a next step, I analyzed historical financial results for the above peer group of OTAs as far back as data was available through our S&P Capital IQ subscription database. The financial statements are primarily based on publicly filed information by the peer group companies. Annual revenues over each company's history and resulting annual growth rates

are summarized in the table at the top of Exhibit G.1. The lower half of the same exhibit

categorizes the annual revenue data points and resulting growth rates by size brackets; $0 to

$50 million, $50 to $100 million, $100 to $500 million, $500 to $1 billion, $1 billion to $1.5

billion, $1.5 billion to $3 billion, and finally revenues over $3 billion.

183.    The analysis at the bottom of Exhibit G.1 results in average and median annual

revenue growth rates at each size bracket (as measured by annual revenues) for the

comparable peer group of OTAs. The results demonstrate declining revenue growth rates as

the OTAs grew in size, this decelerating growth is typically observed as companies grow and

mature. It is noted that Exhibit G.1 annual growth rates are adjusted to factor out the impact

of acquired revenues where data is available, in order to result in internally generated

organic growth rates only. The data on acquisitions by each OTA in the peer group is

summarized on Exhibit G.4.

184.    Exhibit G.2 applies the same data as Exhibit G.1 to estimate annual revenue

thresholds achieved by OTAs after ten years of operations and growth in market share.

Exhibit G.3 is a line graph showing the projected ten year growth trajectory in Travana

revenues as compared to the OTA peer group. Exhibit G.5 analyzes earnings before interest,

taxes, depreciation, and amortization ("EBITDA") as a percentage of revenue for the OTAs at

the size thresholds mentioned previously. The average and median EBITDA margins are

summarized at the bottom of Exhibit G.5, demonstrating a trend towards improving profit

margins as the OTAs grew in size. This is to be expected, as OTAs have a highly scalable

business model that leverages underlying software technology across a very large

international travel market. Exhibit G.6 analyzes the relationship between gross bookings

(ticket sales), and the resulting revenues earned by OTAs. The revenue / gross bookings ratio average is shown at the bottom of the page.

185.    Based on the analysis described above in Exhibits G.1 through G.6, I compared the resulting key metrics of the OTA peer group to Travana's projections in my valuation model. The following is a summary of the comparison:

186.    As outlined at the bottom of Exhibit C.3, Travana's projected revenues in 2018 grow at a 203% annual rate, as compared to the OTA peer group mean and median at similar size thresholds of 92% and 79%. It is noted that growth rates for the peer group at the preceding size threshold are 323% and 127% respectively. For 2019 and 2020, revenues grow at 136% and 85% respectively for Travana, as compared to the peer group mean and median at similar size thresholds of 110% and 32% respectively. In 2021 Travana grows at 50%, as compared to peer group mean and median of 32% and 12% respectively. In 2022 and 2023 Travana grows at 35% and 25% respectively, as compared to the peer group mean and median of 43%, and 27%. In 2024 through 2026, Travana's growth rates trend down from 23% to 6%. The average growth rate of those three years is comparable to the peer group growth rates ranging from 15% to 14% at the median and mean. In summary, Travana's growth trajectory applied in the income approach is generally comparable to that of the peer group and becomes more conservative than the peer group in the later years of the 10 year forecast. Beyond the 10 year forecast horizon, Travana's long term growth rate is much more conservative than the peer group.

187.    A comparative line graph is shown below for Travana's projected growth trajectory as compared to the OTA peer group for the first ten years of each company's

reported sales. It is noted that while Ctrip.com experienced lower growth than Travana in its

first ten years of operations, it has experienced explosive growth similar to Travana

projections over the ten-year period ended in 2016. Ctrip grew from $100 million in

revenues in 2006 in to $2.8 billion in 2016.



188.    It is also noted that the peer group includes companies that were at similar size

thresholds to Travana in late 1990s such as current Tier 1 OTAs Expedia and Bookings

Holdings (formerly Priceline). The opportunity for growth in the 1990s for OTAs was much

more limited than on the Valuation Date in late 2016, as the internet was much less

developed and use of traditional travel agencies was more prevalent twenty years ago. The

significant and ongoing trend by consumers towards online bookings and away from

traditional travel agencies was discussed in the industry section of this report as per IBIS

World. As such, by benchmarking to the trajectory of OTAs that have been in existence for

two decades, my growth assumptions for Travana are likely conservative for October 2016

market conditions.

189.    In addition to a comparison of revenue growth rates, the bottom of Exhibit C.3

includes a comparison of EBITDA margins of Travana to the OTA peer group at similar size

thresholds. Travana's projections assume significant operating losses in year 1 (2017), and

positive EBITDA margins trending from 7% of revenue in year 2, to long term margins of 18%

in year 7 (2023) and thereafter. The projected EBITDA margins track closely to the peer

group median margins over the projection period, and it is noted that Travana's long term

margin of 18% is conservatively assumed to be moderately below the peer group of 19% -

22% mean to median range.

190.    In addition to validating Travana's projected gross bookings to revenue ratio,

revenue growth rates, and EBITDA margins over time based on benchmarking to a peer

group, I also reviewed marketing expert David Atkins' opinions and analyses. Mr. Atkin's

summarizes his range of estimated gross bookings in the first four months of Travana's

projection period as of the Valuation Date. He estimates total bookings in his midpoint

scenario of **$135.7 million**[95] from October 2016 – January 2017. This compares to

management's August 2016 plan (which I adopted) of only **$93.2 million**. This comparison

indicates that the August 2016 plan, on which I am relying for the income approach, is

conservative in Mr. Atkin's opinion. In fact, even Mr. Atkin's *low scenario* estimates **$97.1**

---

[95] David L. Atkins Expert Report, Exhibit C-1225.

**million** in bookings based on Travana's planned marketing spend, which moderately exceeds the August 2016 plan integrated into my income approach. These estimates provide additional validation for the reasonable and conservative nature of the bookings and revenue projections on which I am relying.

191.    Another factor which provides some validation of my projection assumptions is that they adopt an 18-month plan prepared by a sophisticated management team with many years of OTA industry experience[96]. In addition, the August 2016 Plan was presented to the Board of Travana by Lei Shi, who was the company's CFO and a board member[97]. The Board included 3 of 4 board seats that were HNA controlled, and when this plan was presented none of the board members raised any objections to the plan[98]. As such this plan was not officially, but implicitly approved by the Company's Board of Directors.

192.    A final factor that I considered when determining the reasonableness of Travana's 10-year projections, is market size. Per IBIS World, the international travel agency market is enormous, at $34.4 billion in revenues per year in 2016[99]. 77% of purchases are in the leisure segment per IBIS World, which is the segment that was primarily targeted by Travana's Janbala website. IBIS World also notes that there is increasing technological change in the sector, where travelers are more likely than ever to "make their own direct bookings via travel websites like Expedia and Priceline.com"[100]. Travana's Janbala website was particularly targeted towards millennials, who are more technologically oriented than earlier generations.

---

[96] See management team discussion in background section of this report
[97] Shi Depo, p.27 - 31.
[98] Shi Depo, p.27 - 31, p.92 - 93,
[99] IBISWorld Industry Report 56151, Travel Agencies in the US (Ex. C-1830), p.16.
[100] IBISWorld Industry Report 56151, Travel Agencies in the US (Ex. C-1830), p. 15.

193.    Major OTA companies such as Priceline with $1.9 billion of revenues, and Expedia with $4.3 billion of revenues in the US operations account for only 5.5% and 12.6% of the market respectively. It is noted that Travana's 2026 estimated revenues of approximately $2.0 billion would place it at a market share of only *6% of the 2016 market size*. If the 2016 market is assumed to grow at a long term inflation rate of 2.5% per annum, Travana's projected $2.0 billion in revenues in 10 years would be only *4% of total market size in 2026*. An additional point of comparison is that Expedia and Priceline grew to $2.8 billion and $1.8 billion in annual revenues respectively (in 2016 dollars) within a 10 year timeframe as per Exhibit G.1. If these figures are adjusted to 2026 dollars, they would be $3.6 billion and $2.3 billion, both above Travana's projected figure of $1.9 billion (Exhibit G.2). All of these data points indicate that my assumptions for Travana's growth is reasonable and potentially conservative relative to market size and Tier 1 OTA comparables.

194.    *Discount / Capitalization Rate*

When considering any investment, an investor is exposed to various risks. These include company, industry, economic, market, interest rate, and credit risks. The riskier the investment, the higher the return expected. Discount and capitalization rates, as used in an earnings approach to valuing a business, represent the return an investor would require in order to choose a particular investment. It represents anticipated future return; past returns, however, are often used to help determine a reasonable future rate.

195.    In order to determine the appropriate discount rate that equity investors in Travana would require - the cost of equity of Travana – I considered several commonly accepted approaches. Two widely used approaches for privately held companies are the

Modified Capital Asset Pricing Model ("Modified CAPM"), and the Ibbotson's Build-Up

Model. The Modified CAPM and Ibbotson's Build-Up models are frequently applied to

companies that are later stage than Travana, and will produce a discount rate that is too low

for Travana, resulting in potential over-valuation of the Company if applied. Given Travana's

stage of development, I determined that the best approach to determining an appropriate

discount rate was comparison to Venture Capital actual and target rates of return on their

investments in early stage companies.

196.    Exhibit C.4 outlines venture capital rates of return studies that are commonly

referenced in the valuation of early stage technology companies. These rates of return

studies are cited in the American Institute of Certified Public Accountants ("AICPA") practice

aid on the Valuation of Valuation of Privately-Held-Company Equity Securities Issued as

Compensation[101], and in the AICPA practice aid on Valuation of Portfolio Company

Investments of Venture Capital and Private Equity Funds and Other Investment

Companies[102].

197.    Table 1 in Exhibit C.4 demonstrates that actual rates of return across VC portfolio

investments at the earliest Seed / Early Stage range between 25.5% and 34.9% over a ten-

year horizon, and between 20.4% and 22.1% over a twenty year horizon. Travana's

projections are over a ten-year period, however they are followed by a perpetuity formula

thereafter. The projection horizon therefore extends beyond ten years as is typical in an

income approach.

---

[101] Valuation of Valuation of Privately-Held-Company Equity Securities Issued as Compensation, 2013, Venture Capital Rates of return (Ex. C-1801), p. 136.
[102] Valuation of Portfolio Company Investments of Venture Capital and Private Equity Funds and Other Investment Companies, May 15, 2018, Part II (Ex. C-1802), p. 22.

198.    Tables 2 and 3 in Exhibit C.4 outline *target rates of return* for VC portfolio investments. These rates are significantly above actual returns to investors of early stage companies, and represent the rate of return they are targeting to make their investment decision, assuming a company successfully implements its business plan. These higher returns consider the significant failure rates of early stage companies, and compensate for this risk in the high target rate. The most current data in Tables 2 and 3, is that of Craig R. Everett, published in the 2017 Private Capital Markets Report by Pepperdine University Gradazio School of Business and Management. Median returns are 35% for start-up stage companies, and 25% for first stage through Bridge / IPO stage companies.

199.    In considering the risk profile of Travana and the projections that I applied based on the August 2016 Plan. I noted the following factors:

1.    *Technology:* Travana has a functional, differentiated and previously proven (in Airfast Tickets) technology platform as discussed earlier in this report.

2.    *Management Team:* Travana has an experienced management team with many years of OTA specific industry knowledge.

3.    *Fraud Prevention Plan:* Travana had a fraud prevention team in place, and an installed technology (Kount) to manage and monitor consumer fraud risk.

4.    *Licensing:* Travana had an established license with ARC as of the valuation date, allowing it to operate as an OTA. The company also had a path to maintain this license in future years as discussed earlier in this report and per Bruce Berndt's expert report.

5. *Marketing:* As discussed in David Atkins' expert report, Travana has a viable, differentiated, and well planned marketing strategy that would have yielded significant growth for the Company, *with bookings exceeding the August 2016 Plan*.

6. *Funding:* As discussed Jim Timmins' expert report, Travana had the ability to obtain funding to support continued growth, and there is significant interest in and financing activity in OTAs though 2016.  It is noted that the committed funds by HNA of $50 million in total would have been sufficient to reach profitability for Travana in year 2 of its' plan.

7. *Forecast Risk:* Although Travana is an early stage company on the valuation date, the Company's projections applied for the valuation estimate in this report were extensively benchmarked and tested for reasonableness as discussed earlier in this report. As such the projections more closely represent reasonable expected value rather than an overly optimistic success only scenario that does not consider downside risk.  In addition, Travana is a "restart" using previously successful OTA technology[103]. Implementation risk on the projections is therefore lower as compared to a success scenario forecast for a typical early stage technology company.

8. *Milestones:* Per David Atkins' expert report, Travana would have met the $20 million per month bookings milestone by the second month of the projection period in

---

[103] Travana's technology platform was previously deployed by Air Fast tickets with reported revenues of $4.7 million in FYE June 2013 and  $13.9 million in FYE June 2014. Although fraud was uncovered at AFT, it is my understanding that the nature of the fraud through these dates was use of ticket sales proceeds to reinvest in marketing spend, rather than remitting such funds to an escrow account as required by IATA. As such, the sales figures represent real and significant sales resulting from use of Travana's technology platform.

November 2016 based on planned marketing spend. This would have allowed for the release of additional funds under HNA's investment terms[104].

9. *Stage of Development:* On the valuation date, Travana had the characteristics of an early second stage venture backed company. At this stage, the idea has been transformed into a product and is being produced and sold. The product will go to market and will compete for market share. In addition, the venture capital firm monitors company management's capability in managing the company[105].

200.    Based on all of the above factors, I consider the appropriate discount rate for Travana to be the actual rates of return in Table 1 of Exhibit C.4 over a 10 to 20 year horizon. These rates of return range between 20.4% and 34.9%, and I selected **25.0%** as the applicable rate. The early 2017 published median target rates of return by Everett in Table 2 for first stage and second expansion stages of 25% also validate my discount rate selection for Travana's cost of equity.

201.    Utilizing a discounted cash flow to equity method with a cost of equity of 25.0%, I derived an estimate of value for Travana of **$301.8 million** (rounded), on a 100% - controlling, marketable interest basis, as shown in Exhibit C.5.

### 7. Income / Market Hybrid Approach – Discounted Cash Flow Method with Market Exit Multiple

---

[104] Series B Stock Purchase Agreement (Ex. C-0012), p.129.
[105] Valuation of Valuation of Privately-Held-Company Equity Securities Issued as Compensation, 2013, Venture Capital Rates of return (Ex. C-1801), p. 138.

202.    Market approaches are commonly accepted as a methodology for the valuation of privately held companies. Because Travana is early stage on the valuation date, and does not have significant revenues or operating profits, a pure market approach cannot be reasonably applied. There are no indicative financial fundamentals against which a market multiple can be applied, the value of the company is based primarily on future expected results. An alternative to a pure market approach that is often applied to early stage technology companies is a hybrid income / market approach. This approach is referred to as a discounted cash flow method with market derived exit multiple. The theory behind this approach is that the operating cash flows of a company, followed by the saleable future value of the company, discounted to present value equals the current market value of the company.

203.    My application of the hybrid income / market approach begins with a discounted cash flow model that is identical to that discussed previously under this income approach. However the projection horizon is only the first two years which is the period that is covered by the August 2016 plan. At the end of the second year, Travana is projected to have significant revenues and an operating profit margin similar to its OTA peer group as per the benchmarking analysis previously discussed. I was able to locate mergers and acquisitions transactions for OTAs that are sufficiently comparable to Travana at the end of the second year of projections to estimate its market value at that point in time.

204.    The merger and acquisition method derives an estimate of value of the subject company based on merger and acquisition transactions involving companies or operating units of companies in similar industries to Travana. Exhibit E.1 outlines the mergers and

acquisitions transactions that I located through a search of several proprietary subscription

databases. These include Mergerstat, Pratt's Stats, Public Stats, S&P Capital IQ, Done Deals,

and Dealroom.co.

205.    The transactions were filtered for industry fit, their primary business operations

had to be as an OTA or similar search engine for online travel booking. The transactions were

also filtered for date of acquisition, and size of the acquired company (not to exceed 10

times Travana's annual revenues at the end of the second year of projections of $115

million).

206.    My search ultimately resulted in 16 companies that were acquired that were

sufficiently comparable to Travana in 2018 to derive applicable valuation multiples. The

acquired companies include the following per Exhibit E.1:

- TravelNow.com
- Cheap Tickets
- Ebookers
- Lastminute.com
- Hotel.de AG
- Kayak Sotware Corp.
- Farequest Holdings, LLC
- Skyscanner Holdings Ltd.
- Orbitz (2 transactions)
- Preview Travel
- Travelocity
- Itravel 2000.com
- Trivago
- Skyscanner
- Momondo

207.    To value Travana in 2018, I selected capitalization multiples to apply to the

Company's 2018 revenues and earnings. As set forth in Exhibit E.1, I considered the following

valuation multiples:

- Market Value of Invested Capital ("MVIC") to Revenue
- MVIC to EBITDA
- MVIC to EBIT

208.    As of October 1, 2018 Travana is projected to have realized $114.5 million in annual revenues, and to have an EBITDA margin of 7% of revenues. Travana's size as measured by annual revenues is comparable to the mean and median of the peer group transactions on Exhibit E.1. Similarly, operating margins are comparable to the mean and median of the peer group. Given it's relatively small size on that date as compared to market size, Travana has significant remaining growth potential, as do the companies acquired in the M&A transactions. However some of the transactions are significantly dated to a time internet use was less widespread, and OTAs ability to grow would have been more constrained.

209.    Based on comparison of the above factors between Travana and the peer group acquisitions, I determined that a multiple in the upper range of the mean to median bracket should apply to Travana on October 1, 2018. I applied multiples accordingly in Exhibit E.1, and applied a greater weighting to revenue rather than earnings (EBITDA, EBIT) multiples. Because Travana has not reached mature operating margins and has significant remaining growth potential, it is my opinion that the market would assess the Company's value primarily based on revenues rather than earnings. The resulting value of Travana at October 1, 2018 is $488.1 million. When this future exit value is discounted to the Valuation Date along with the two years of operating cash flows that precede the exit, the resulting value of Travana is **$328.6 million** (rounded) under the income / market hybrid approach.

210.    As a secondary check on the estimated exit value, I applied an alternative market approach based on publicly traded OTAs in Exhibit D.1. This exit value is similar to that derived under the mergers and acquisitions method at $473.8 million. Because the publicly traded OTAs (discussed earlier under the benchmarking section of the income approach) are significantly larger than Travana and more mature, this approach is less reliable than the mergers and acquisitions method; it was applied only as a reasonableness check on the exit value of Travana on October 1, 2018.

### 8. Income / Market Hybrid Approach – Optimistic Scenario

211.    As part of my assignment, I was asked to calculate a scenario based on the same approach just described in the preceding section of this report, but that would assume a more optimistic possible exit multiple for Travana at the end of the second year of forecasts ("Optimistic Scenario"). As described in the preceding section, my base opinion of the applicable MVIC / Revenue exit multiple for Travana is between the median and mean of the observed OTA transactions in Exhibit E.1. My Optimistic Scenario calculates the value of Travana if it is able to realize a MVIC / Revenue multiple of 6.00x between the mean to third quartile range of acquired OTA multiples. It is noted that Kayak Software, Skyscanner, and Trivago are examples of transactions that occurred between 2012 and 2016 that realized MVIC / Revenue multiples exceeding 6.00x. Therefore this exit multiple assumption appears reasonably achievable based on my knowledge of Travana's prospects, and industry transaction data.

212.    Based on an assumption of a 6.00x exit multiple against projected revenues in year two for Travana of $114.5 million, the resulting exit value would be $687.2 million.

When this value is discounted to the Valuation Date along with the first two years of projected cash flows per Exhibit C.7, the resulting value of Travana's equity on the valuation date is **$456.1 million** (rounded).

### 9. Market Approach – Backsolve Method

213.    In the year preceding the valuation date, Travana management had negotiated terms for HNA to invest $50 million in Travana, with an option to invest and additional $150 million[106]. It is my understanding that HNA had insisted on including the option to invest the additional $150 million, when management had initially requested only $50 million in funding.

214.    The investment terms by HNA into Travana included Series B Preferred Stock issued to HNA as the primary investor, and Series A Preferred Stock and Common Stock issued to founders and initial investors in Airfast Tickets, the entity whose OTA technology platform was purchased by Travana. Based on a $50 million investment by HNA, the Letter Agreement outlined the following capital structure:

| Party | Shares | Percentage |
|---|---|---|
| HNA | 120,000,000 | 80.0% |
| Founders | 7,500,000 | 5.0% |
| Initial Investors | 7,500,000 | 5.0% |
| 2015 Stock Incentive Plan | 15,000,000 | 10.0% |

---

[106] October 26, 2015 Letter Agreement between HNA Group and AirTourist, Inc. (Travana) for joint development of new international OTA (Ex. C-0011).

215.    Based on the option to invest an additional $150 million in Travana, therefore totaling $200 million of investment, the Letter Agreement outlined the following capital structure:

| Party | | Percentage |
|---|---|---|
| HNA | 480,000,000 | 85.91% |
| Founders | 7,500,000 | 1.34% |
| Founders Anti-Dilution Warrant | 11,250,000 | 2.01% |
| Stock Incentive Plan (ESOP) | 45,000,000 | 8.05% |
| Initial Investors | 7,500,000 | 1.34% |
| Initial Investors Warrant | 7,500,000 | 1.34% |
| | 558,750,000 | 100.00% |

216.    I considered both sets of investment terms of $50 million and $200 million by HNA regarding the value that they implied in Travana. Inferring value from investment terms in a company is a form of market approach frequently referred to as the Backsolve Method. This approach is frequently applied to early stage companies and is discussed in the AICPA Practice Aid on Valuation of Valuation of Privately-Held-Company Equity Securities Issued as Compensation[107]. The backsolve method is applied though an option pricing model (often a Black Scholes option pricing model) ("OPM"), where common stock and each security in a company is treated as a call option on total company value[108].

---

[107] Valuation of Valuation of Privately-Held-Company Equity Securities Issued as Compensation, 2013 (Ex. C-1801), Sections 4.07, 4.16, 4.17.
[108] Valuation of Valuation of Privately-Held-Company Equity Securities Issued as Compensation, 2013 (Ex. C-1801), Sections 6.30 – 6.41.

217.    The OPM will model future possible exit values for the company on a lognormal (bell shaped) distribution curve, based on an estimated current equity value for the company, and an estimated volatility of the company's equity in the future. The OPM will consider the rights and preferences of each security, and at each possible future exit value it will allocate proceeds from that exit value to each class of securities. At high exit values, preferred stock will convert to common, and at low exit values preferred stock will not convert to retain their liquidation preferences that exceed the value of common stock. At very low exit values, there may be zero payout to common stock and the preferred securities may not recover their full liquidation preferences. As a final step the OPM will aggregate all of the payouts to each security under future possible exits to determine the probability weighted present value of each class of securities. All of the securities will sum to the total value of the company on the valuation date.

218.    In the backsolve approach, an OPM model is applied in reverse. The equity value of the company is not known, but the value of the security in which investors are financing can be readily observed. The model applies an iterative process to solve for implied equity value that corresponds to the value of the security that was jpurchased. In the case on Travana, HNA was purchasing Series B Preferred shares at $0.417 per share both under the $50 million investment terms, and the $200 million optional investment terms. I applied backsolve models for both financing scenarios as outlined in Exhibits F.1 through F.4.

219.    Exhibits F.1 and F.2 correspond to the $50 million financing, and Exhibits F.3 and F.4 correspond to the $200 million financing. Significant assumptions in the model include an estimated 3 year minimum term to liquidity, which is consistent with the assumption

described earlier for the income approach with market exit, and a volatility for Travana of 85% as per the public peer group OTA analysis on Exhibit F.5 when the public OTAs were of similar size to Travana. Based on these inputs and the terms outlines in the Letter Agreement of October 2015, I solved for the implied equity value of Travana. The resulting implied values are $58.3 million in Exhibit F.2 with $50 million of investment, and $219.8 million in Exhibit F.4 with $200 million of investment. It is noted that these resulting values correspond with the $0.417 per share paid by HNA for Series B Preferred.

220.    Because the investment terms were negotiated in October 2015, one year prior to the Valuation Date, and because the $50 million in investment were committed per the Letter Agreement, I adjusted for the passage of time by increasing the backsolve value of $58.3 million at the cost of equity of 25% discussed previously. The resulting implied value of Travana on the Valuation Date is **$72.9 million.** I applied the same adjustment to the backsolve value with $200 million of optional investment by HNA, resulting in an implied value of Travana on the Valuation Date of  **$274.8 million**

221.    The final data point I considered under the backsolve method is the investment terms that had been negotiated by HNA in Airfast Tickets ("AFT"), the entity that initially developed the technology platform that was purchased by Travana. The investment terms in Airfast Tickets were $200 million by HNA in exchange for 55% of AFT. The LOI states $200 million based on a pre-money value of $150 million, which would imply closer to a 57% stake by HNA[109]. On the date of investment, AFT appeared to be 1 to 2 years ahead of Travana in

---

[109] AFT LOI Signed Version 5-20-2015 (Ex. C-1481), p.1

revenue generation based on comparison to Travana's August 2016 plan[110]. I conservatively assumed that AFT was 2 years ahead of Travana, and discounted its pre-money value of $150 million at the 25% cost of equity for two years. The resulting lower pre-money value represents potential investment terms that HNA would have been willing to negotiate with Travana, absent the Fraud in AFT. The resulting pre-money value summed with the $200 million of investment by HNA would result in a comparative backsolve value of **$296 million** for Travana on the Valuation Date.

## X.    Conclusion

222.    It is my opinion that the estimated value of Travana  based on $50 million of committed investment by HNA ranges between **$301.8 million and $328.6 million** based on an income approach and an income approach with a market derived exit multiple. The midpoint of this range is **$315.2 million** as of October 1, 2016 (Exhibit A).

223.    If HNA was going to invest $200 million in Travana as per the option included in the Letter Agreement of October 2015, the resulting value range above would increase by an additional $150 million to **$451.8 million to $478.6 million**.

224.    It is my opinion that the estimated value of Travana under the backsolve methods ranges between **$72.9 million and $296.0 million** as of October 1, 2016.

225.    In comparing the backsolve methods to the fundamental income and market approaches,  **it is my opinion that the fundamental income and market approaches are more reliable indicators of value in Travana's circumstances on October 1, 2016.** All of the

---

[110] AFT S-1 Amend No. 1-2 (Ex.C-1272), six months ended June 30, 2014 report $13.894 million in revenues.

backsolve methods are based on financing of Travana (or AFT) under extenuating circumstances where negotiating leverage was heavily tilted in favor of the investor.

226.    In the financing of Travana in October 2015, HNA had almost invested in AFT, then discovered the fraud in AFT, followed by the proposed investment in Travana to partially finance the purchase of AFT's technology. The backdrop of fraud caused HNA to propose significantly worse investment terms for founders, and significantly more favorable investment terms in Travana as compared to AFT. In addition, the investment in Travana was one year prior to the Valuation Date and Travana had made significant progress over that year in refreshing its technology platform, building out the management team, obtaining a license to operate, and developing its marketing plan. All of these factors may have increased the value of Travana by more than the cost of capital of 25% that I applied. At their earliest stages, companies often experience large increases in value based on meeting of milestones.

227.    In regards to the AFT investment terms, those were also influenced by AFT having lost its license to operate, and discussion in the LOI regarding HNA assisting AFT with reinstating its license concurrent with its investment. This circumstance would have also influenced negotiating leverage between AFT and HNA in favor of the investor.

228.    Finally, the Optimistic Scenario that I have been asked to calculate results in an equity value for Travana of **$456.1 million** as of October 1, 2016 (Exhibit C.7).

## XI.    Tax Adjustment and Statutory Interest Calculations

229.    As part my assignment, I also considered the tax implications on an award to Claimants for their interest in Travana's estimated value as of October 1, 2016. If Claimants had realized my estimated value of Travana as of October 1, 2016 in the form of an equity ownership interest in the Company, and had they eventually sold such an interest to convert it to cash, they would have been taxed at long capital gains tax rates. If the Claimants are given a cash award to compensate them for the value of their lost equity interest in Travana, such an award may be taxed at ordinary income tax rates which are higher than long term capital gains tax rates.

230.    The Federal Judicial Center Reference Manual on Scientific Evidence states "If the plaintiff's lost income would have been taxed as a capital gain (at a preferential rate), but the damages award will be taxed as ordinary income, the plaintiff can be expected to include an explicit calculation of the extra compensation needed to make up for the loss of the tax advantage"[111].

231.    I have included in my calculations the amount that would need to be added to my estimated equity value of Travana to compensate Claimants for the difference between ordinary income tax rates and capital gains tax rates. I have assumed for the calculation the highest tax brackets for both ordinary income (37.0% Federal and 13.3% California State) and for long term capital gains (20.0% Federal and 13.3% California State). The resulting difference in effective tax rate per Exhibit A.1 is 45.4% for ordinary income as compared to 30.6% for long term capital gains. Based on this difference I have calculated an additional award amount that would range from **$81.438 million** to **$88.670 million** for the equity

---

[111] Federal Judicial Center *Reference Manual on Scientific Evidence*, Third Edition (Ex. C-1849), P.454

values under fundamental approaches. The award amount would range from **$19.661 million** to **$79.873 million** for the backsolve methods, and would be **$123.075 million** for the Optimistic Scenario as per Exhibit A.1.

232.    I have also been asked in my assignment to calculate statutory interest due to Claimants from the Valuation Date to the date of this report. I have calculated these amounts at the legal rate under 6 Del. C § 2301. I understand this rate to be the Federal Reserve Discount Rate (which was 1.0% on October 1, 2016)[112] plus 5.0%, and that such rate should be compounded quarterly.

233.    In Exhibit A.1 I have calculated a statutory interest based on the ranges of estimated equity values for Travana from October 1, 2016 to May 17, 2019. My calculations are at 6.0% per annum, compounded quarterly. I have calculated a statutory interest amount that would range from **$51.100 million** to **$55.637 million** for the equity values under fundamental approaches. The interest amount would range from **$12.337 million** to **$50.118 million** for the backsolve methods, and would be **$77.225 million** for the Optimistic Scenario as per Exhibit A.1.

Dated:  May 24, 2019
_____
Carl S. Saba, MBA, CVA

---

[112] Federal Reserve Discount Rate (Ex C-1848)

**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit A**

Summary of Values
*(in thousands of USD)*

| Fundamental Methods | Reference | Low Value | | Mid Value | | High Value |
|---|---|---|---|---|---|---|
| Discounted Cash Flow Method [1] | Exhibit C.5 | $ | 301,800 | | | |
| Discounted Cash Flow with Market Exit Multiple [1] | Exhibit C.6 | | | | | $ 328,600 |
| **Range of Value - 100% Equity Interest in Travana** | | **$** | **301,800** | **To** | | **$ 328,600** |
| Add: Statutory Interest @ 6% per Annum | Exhibit A.1 | | 51,100 | | | 55,637 |
| Add: Tax Differential Adjustment | Exhibit A.1 | | 81,438 | | | 88,670 |
| **Adjusted Range of Value for 100% Equity Interest** | | **$** | **434,338** | **To** | | **$ 472,907** |
| | | | | | | |
| **Methods Based on Negotiated Financing Terms** | | | | | | |
| Backsolve Method - Travana [2] | Exhibit F.2 | $ | 72,862 | | | |
| Backsolve Method - Travana [3] | Exhibit F.4 | | | | $ 274,759 | |
| Backsolve Method - AirFast Tickets Adjusted [4] | N/A | | | | | $ 296,000 |
| **Range of Value - 100% Equity Interest in Travana** | | **$** | **72,862** | **To** | | **$ 296,000** |
| Add: Statutory Interest @ 6% per Annum | Exhibit A.1 | | 12,337 | | | 50,118 |
| Add: Tax Differential Adjustment | Exhibit A.1 | | 19,661 | | | 79,873 |
| **Adjusted Range of Value for 100% Equity Interest** | | **$** | **104,861** | **To** | | **$ 425,991** |

**Notes:**
[1] Values reflect actual funding of $27.5 million as of valuation date, with additional committed funding of $22.5 million for total of $50 million. If investors were ultimately going to invest a total of $200 million as per option in October 2015 Letter Agreement, the stated values would increase by an additional $150 million of cash investment proceeds.

[2] Backsolve value on Exhibit F.2 reflects committed funding of $50 million as of October 2015 Letter Agreement Date. Value has been increased by one year to valuation date of October 2016 at cost of equity of 25% per Exhibit C.4.

[3] Backsolve value on Exhibit F.4 reflects committed funding of $50 million plus optional funding of additional $150 million as per October 2015 Letter Agreement Date. Value has been increased by one year to valuation date of October 2016 at cost of equity of 25% per Exhibit C.4.

[4] Estimate is based on stated pre-money value of $150 million in LOI for Airfast Tickets. $150 million pre-money value has been discounted at a cost of equity of 25% per Exhibit C.4 for two years, to reflect that Airfast Tickets was approximately two years ahead of Travana's development on LOI date as compared to October 1, 2016 for Travana. Investment proceeds of $200 million in LOI are added to discounted pre-money value of $96 million.



**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit A.1
Statutory Interest and Income Tax Adjustment Calculations
(in thousands of USD)

| Company Value October 1, 2016 | 2016 Oct 1 - Jan 1 Q4 | 2017 Jan 1 - Apr 1 Q1 | 2017 Apr 1 - Jul 1 Q2 | 2017 Jul 1 - Oct 1 Q3 | 2017 Oct 1 - Jan 1 Q4 | 2018 Jan 1 - Apr 1 Q1 | 2018 Apr 1 - Jul 1 Q2 | 2018 Jul 1 - Oct 1 Q3 | 2018 Oct 1 - Jan 1 Q4 | 2019 Jan 1 - Apr 1 Q4 | 2019 Apr 1 - May 17 Q4 | Statutory Interest Initial Value Less Ending Value Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fundamental Approaches** | | | | | | | | | | | | |
| 301,800 | 306,327 | 310,922 | 315,586 | 320,320 | 325,124 | 330,001 | 334,951 | 339,975 | 345,075 | 350,251 | 352,900 | **51,100** |
| 328,600 | 333,529 | 338,532 | 343,610 | 348,764 | 353,996 | 359,305 | 364,695 | 370,165 | 375,718 | 381,354 | 384,237 | **55,637** |
| **Based on Negotiated Terms** | | | | | | | | | | | | |
| 72,862 | 73,955 | 75,065 | 76,191 | 77,334 | 78,494 | 79,671 | 80,866 | 82,079 | 83,310 | 84,560 | 85,199 | **12,337** |
| 274,759 | 276,880 | 283,063 | 287,309 | 291,619 | 295,993 | 300,433 | 304,940 | 309,514 | 314,156 | 318,869 | 321,280 | **46,521** |
| 296,000 | 300,440 | 304,947 | 309,521 | 314,164 | 318,876 | 323,659 | 328,514 | 333,442 | 338,443 | 343,520 | 346,118 | **50,118** |
| **Optimistic Scenario** | | | | | | | | | | | | |
| 456,100 | 462,942 | 469,886 | 476,934 | 484,088 | 491,349 | 498,719 | 506,200 | 513,793 | 521,500 | 529,323 | 533,325 | **77,225** |

**LTCG/Dividend Tax Rate**

| | |
|---|---|
| 100% | Pretax Income |
| -13% | CA State 13.3% |
| 87% | |
| -17% | Fed 20% |
| 69% | After Tax Income |
| **30.6%** | **Effective tax rate** |

**Individual Income Tax Rate**

| | |
|---|---|
| 100% | Pretax Income |
| -13% | CA State 13.3% |
| 87% | |
| -32% | Fed 37.0% |
| 55% | Pretax Income |
| **45.4%** | **Effective tax rate** |

| Company Value October 1, 2016 | Long Term Capital Gains Tax | Net Award Value After Capital Gains Tax | Pretax Award Value Adjusted for Ordinary Income Tax | Ordinary Income Tax Adjustment Amount |
|---|---|---|---|---|
| | **30.6%** | | **45.4%** | |
| **Fundamental Approaches** | | | | |
| 301,800 | 92,472 | 209,328 | 383,238 | 81,438 |
| 328,600 | 100,683 | 227,917 | 417,270 | 88,670 |
| **Based on Negotiated Terms** | | | | |
| 72,862 | 22,325 | 50,537 | 92,524 | 19,661 |
| 274,759 | 84,186 | 190,573 | 348,900 | 74,141 |
| 296,000 | 90,694 | 205,306 | 375,873 | 79,873 |
| **Optimistic Scenario** | | | | |
| 456,100 | 139,749 | 316,351 | 579,175 | 123,075 |



HEMMING
MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

| **Travana, Inc.** | **Exhibit B.1** |
|---|---|
| Business Valuation | Historical Balance Sheets |
| As of October 1, 2016 | *(in thousands of USD)* |

|  | As of 12-31-16 |
|---|---:|
| **Assets** |  |
| Current Assets |  |
|    Current Operating Assets |  |
|       Cash & Equivalents | $ 6,523 |
|       Accounts Receivable | 89 |
|       Prepaid Expenses | 307 |
|       Other Current Assets | 75 |
|    Total Current Operating Assets | 6,993 |
|    Total Current Non-Operating Assets | - |
| Total Current Assets | 6,993 |
|  |  |
| Total Fixed Assets - Net | 205 |
|  |  |
| Non Current Assets |  |
|    Total Intangible Assets - Net | 2,742 |
|    Total Long Term Receivables | - |
|    Total Other Non-Current Assets | - |
| Total Non Current Assets | 2,742 |
|  |  |
| **Total Assets** | **$ 9,940** |
|  |  |
| **Liabilities and Equity:** |  |
|  |  |
| Liabilities |  |
|    Current Liabilities |  |
|       Current Operating Liabilities |  |
|          Accounts Payable | $ 709 |
|          Deferred Revenue | - |
|          Other Current Liabilities | 984 |
|       Total Current Operating Liabilities | 1,693 |
|       Total Current Debt Obligations | - |
|    Total Current Liabilities | 1,693 |
|  |  |
|    Non Current Liabilities |  |
|       Total Long Term Debt | - |
|       Total Other Non Current Liabilities | - |
|    Total Non Current Liabilities | - |
|  |  |
| Total Liabilities | 1,693 |
|  |  |
| Total Equity | 8,247 |
|  |  |
| **Total Liabilities and Equity** | **$ 9,940** |



**Travana, Inc.**                                          **Exhibit B.2**

| Business Valuation | Historical Income Statements |
|---|---|
| As of October 1, 2016 | *(in thousands of USD)* |

|  | FYE 12-31-16 |
|---|---|
| **Revenue** |  |
| Sales - Commission Income | $ 43 |
| Revenue - Airline & GDS | 16 |
| Sales - Other | 87 |
| Total Revenue | $ 146 |
|  |  |
| Total Cost of Goods Sold | 82 |
|  |  |
| Gross Profit | 65 |
|  |  |
| **Operating Expenses** |  |
| Personnel | 12,157 |
| General & Administrative | 3,408 |
| Sales & Marketing | 1,020 |
| R&D | 447 |
| Total Operating Expenses | 17,031 |
|  |  |
| Total Officers' Compensation | - |
|  |  |
| **EBITDA** | **(16,967)** |
|  |  |
| Depreciation & Amortization |  |
| Depreciation | 84 |
| Amortization | - |
| Total Depreciation & Amortization | 84 |
|  |  |
| **EBIT** | **(17,051)** |
|  |  |
| Total Miscellaneous Income/(Expense) | - |
|  |  |
| Interest Expense | - |
|  |  |
| Pre-Tax Income | (17,051) |
| Less: Income Taxes/(Benefit) | - |
|  |  |
| **Net Income/(Loss)** | **$ (17,051)** |



**Travana, Inc.**                                                                                                      **Exhibit B.3**

| Business Valuation | Adjusted Balance Sheets |
|---|---|
| As of October 1, 2016 | *(in thousands of USD)* |

| | Subject Company | Common Size | Benchmark Common Size | | |
|---|---|---|---|---|---|
| | As of 12-31-16 | As of 12-31-16 | Comparable [1] LTM | RMA [2] 2016-17 | BizMiner [3] 2016q2 |
| **Assets** | | | | | |
| Current Assets | | | | | |
| Current Operating Assets | | | | | |
| Cash & Equivalents | $ 6,523 | 65.6% | 19.9% | 48.1% | 53.3% |
| Accounts Receivable | 89 | 0.9% | 6.7% | 2.6% | 6.7% |
| Prepaid Expenses | 307 | 3.1% | 0.0% | 0.0% | 0.6% |
| Other Current Assets | 75 | 0.8% | 4.5% | 17.3% | 9.6% |
| Total Current Operating Assets | 6,993 | 70.4% | 31.0% | 68.0% | 70.3% |
| Total Current Non-Operating Assets | - | 0.0% | NA | NA | NA |
| Total Current Assets | 6,993 | 70.4% | 31.0% | 68.0% | 70.3% |
| | | | | | |
| Total Fixed Assets - Net | 205 | 2.1% | 5.1% | 12.6% | 15.4% |
| | | | | | |
| Total Intangible Assets - Net | 2,742 | 27.6% | 50.7% | 3.2% | NA |
| Total Long Term Receivables | - | 0.0% | NA | NA | NA |
| Total Other Non-Current Assets | - | 0.0% | 13.1% | 16.4% | 14.3% |
| Total Non Current Assets | 2,742 | 27.6% | 63.8% | 19.5% | 14.3% |
| | | | | | |
| **Total Assets** | $ 9,940 | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | |
| **Liabilities and Equity:** | | | | | |
| | | | | | |
| Liabilities | | | | | |
| Current Liabilities | | | | | |
| Current Operating Liabilities | | | | | |
| Accounts Payable | $ 709 | 7.1% | 8.6% | 12.5% | 9.7% |
| Deferred Revenue | - | 0.0% | 5.4% | NA | NA |
| Other Current Liabilities | 984 | 9.9% | 5.5% | 31.4% | 17.3% |
| Total Current Operating Liabilities | 1,693 | 17.0% | 19.6% | 43.9% | 27.0% |
| Total Current Debt Obligations | - | 0.0% | 10.5% | 10.1% | 1.7% |
| Total Current Liabilities | 1,693 | 17.0% | 30.1% | 54.0% | 28.7% |
| | | | | | |
| Non Current Liabilities | | | | | |
| Total Long Term Debt | - | 0.0% | 10.6% | 28.7% | 37.3% |
| Total Other Non Current Liabilities | - | 0.0% | 8.2% | 17.0% | NA |
| Total Non Current Liabilities | - | 0.0% | 18.8% | 45.7% | 37.3% |
| | | | | | |
| Total Liabilities | 1,693 | 17.0% | 49.0% | 99.7% | 66.0% |
| | | | | | |
| Total Equity | 8,247 | 83.0% | 51.0% | 0.3% | 34.0% |
| | | | | | |
| **Total Liabilities and Equity** | $ 9,940 | 100.0% | 100.0% | 100.0% | 100.0% |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.

[2] Source: The Risk Management Association; NAICS 561510: Travel Agencies for firms with annual revenues between $1MM - $3MM.

[3] Source: BizMiner Industry Financial Analysis Profile; NAICS 561510: Travel Agencies for firms with annual revenues between $1MM - $3MM.



**Travana, Inc.**  **Exhibit B.4**

| Business Valuation | Adjusted Income Statements |
|---|---|
| As of October 1, 2016 | *(in thousands of USD)* |

| | Subject Company | Common Size | Benchmark Common Size | | |
|---|---|---|---|---|---|
| | FYE 12-31-16 | FYE 12-31-16 | Comparable [1] LTM | RMA [2] 2016-17 | BizMiner [3] 2016q2 |
| Total Revenue | $ 146 | 100.0% | 100.0% | 100.0% | 100.0% |
| Total Cost of Goods Sold | 82 | 55.9% | 27.7% | 0.0% | 69.5% |
| Gross Profit | 65 | 44.1% | 72.3% | 100.0% | 30.5% |
| Operating Expenses | | | | | |
| Personnel | 12,157 | 8306.8% | NA | NA | NA |
| General & Administrative | 3,408 | 2328.7% | NA | NA | NA |
| Sales & Marketing | 1,020 | 697.2% | NA | NA | NA |
| R&D | 447 | 305.1% | NA | NA | NA |
| Total Operating Expenses | 17,031 | 11637.8% | 79.9% | 94.7% | 22.1% |
| Total Officers' Compensation | - | 0.0% | NA | NA | 4.4% |
| **EBITDA** | **(16,967)** | **-11593.6%** | **-7.6%** | **5.3%** | **4.0%** |
| Depreciation & Amortization | 84 | 57.5% | 66.3% | 0.5% | 0.7% |
| **EBIT** | **(17,051)** | **-11651.1%** | **-73.9%** | **4.8%** | **3.3%** |
| Total Miscellaneous Income/(Expense) | - | 0.0% | 4.5% | 0.2% | 0.2% |
| Interest Expense | - | 0.0% | 1.7% | NA | 0.2% |
| Pre-Tax Income | (17,051) | -11651.1% | -71.0% | 5.0% | 3.3% |
| Less: Income Taxes/(Benefit) | - | 0.0% | 6.6% | NA | 0.5% |
| **Net Income/(Loss)** | **$ (17,051)** | **-11651.1%** | **-77.7%** | **5.0%** | **2.8%** |

**Growth Analysis:**

| | Revenue Growth |
|---|---|
| Subject - 1 year | N/A |
| Guideline Public Company Group [4] - 1 year | 29.6% |
| Industry [5] - 1 year (real growth) | 1.9% |
| | |
| Subject - 3 year | N/A |
| Guideline Public Company Group - 3 year | 17.8% |
| Industry - 3 year (real growth) | 2.8% |

**Notes:**

[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent average of dataset as reported by S&P CapitalIQ.

[2] Source: The Risk Management Association; NAICS 561510: Travel Agencies for firms with annual revenues between $1MM - $3MM.

[3] Source: BizMiner Industry Financial Analysis Profile; NAICS 561510: Travel Agencies for firms with annual revenues between $1MM - $3MM.

[4] Figures represent median of dataset as reported by S&P CapitalIQ.

[5] Source: IBISWorld. NAICS 56151: Travel Agencies in the US Industry.
Numbers have been annualized were applicable.



**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit B.5**
Comparative Financial Ratios

|  | Subject Company | Benchmark | | |
|---|---|---|---|---|
|  | FYE 12-31-16 | GPC [1,4] LTM | RMA [2] 2016-17 | BizMiner [3] 2016q2 |
| **Liquidity Ratios** | | | | |
| Current Ratio | 4.1 | 1.2 | 1.6 | 2.5 |
| Quick (Acid-Test) Ratio | 3.9 | 1.1 | 1.3 | 2.1 |
| Working Capital as a % of Revenue | 3621.7% | -11.6% | 3.5% | 5.9% |
| Days' Receivables | 221.2 | 35.1 | | 3.5 |
| Days' Inventory | 0.0 | 0.0 | | 0.3 |
| Days' Payables | 3166.1 | 179.7 | | 7.3 |
| **Coverage Ratios** | | | | |
| Times Interest Earned | NA | 6.5 | | 25.2 |
| NI+Non-Cash Expenditures / Current L.T. Debt | NA | NA | | 14.07 |
| **Leverage Ratios** | | | | |
| Fixed Assets/Tangible Worth | 0.0 | 0.4 | 0.9 | 0.5 |
| Debt-to-Equity | 0.0 | 0.6 | 129.3 | 1.1 |
| **Operating Ratios** | | | | |
| EBT/Tangible Worth | NA | NA | 6.6% | 68.2% |
| EBT/Total Assets | NA | NA | | 23.2% |
| Fixed Asset Turnover | 0.7 | 5.8 | 292.9 | 45.8 |
| Total Asset Turnover | 0.0 | 0.6 | 2.1 | 7.0 |

**Notes:**
[1] Source: Refer to report for selection of public comparables that represent comparable group. Figures represent median of d:
[2] Source: The Risk Management Association; NAICS 561510: Travel Agencies for firms with annual revenues between $1MM
[3] Source: BizMiner Industry Financial Analysis Profile; NAICS 561510: Travel Agencies for firms with annual revenues betwee
[4] Comparable group working capital is presented as net of cash.



**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit C.1
Discounted Cash Flow Key Assumptions
*(in thousands of USD)*

| | Historical 12-31-16 | % | Basis | For the Twelve Month Period Ending October 01, 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Bookings** | | | | | | | | | | | | | |
| Gross Bookings - Air | - | | Annual Growth Rate | N/A | 130.4% | | | | | | | | |
| Gross Bookings - Hotel | - | | Annual Growth Rate | N/A | 156.5% | | | | | | | | |
| Fees and Markups | - | | Annual Growth Rate | N/A | 284.7% | | | | | | | | |
| Total Bookings | - | | Annual Growth Rate | N/A | 148.1% | 100.0% | 85.0% | 50.0% | 35.0% | 25.0% | 22.5% | 15.0% | 6.0% |
| | | | | | | | | | | | | | |
| Long-Term Growth Rate | | | Annual Growth Rate | | | | | | | | | | 6.0% |
| | | | | | | | | | | | | | |
| **Net Revenue** | | | | | | | | | | | | | |
| Revenue - Air | - | | % of Related Bookings | 1.3% | 1.6% | | | | | | | | |
| Revenue - Hotel | - | | % of Related Bookings | 24.2% | 26.4% | | | | | | | | |
| Revenue - Fees and Markups | - | | % of Related Bookings | 36.8% | 29.7% | | | | | | | | |
| Total Revenue | 146 | | % of Total Bookings | 5.5% | 6.8% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| Marketing Spend | | | % of Revenue | 69.3% | 43.7% | 45.0% | 45.0% | 45.0% | 45.0% | 44.0% | 44.0% | 44.0% | 44.0% |
| Payroll & Benefits | | | % of Revenue | 32.6% | 17.5% | 17.0% | 16.0% | 15.0% | 14.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Other Operating Expenses | | | % of Revenue | 40.7% | 31.5% | 29.0% | 28.0% | 27.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Total Operating Expenses | 17,113 | | % of Revenue | 142.6% | 92.7% | 91.0% | 89.0% | 87.0% | 84.0% | 82.0% | 82.0% | 82.0% | 82.0% |
| | | | | | | | | | | | | | |
| Depreciation & Amortization | 84 | | Exhibit C.2 | 0.8% | 0.7% | 0.8% | 0.9% | 1.1% | 1.2% | 1.4% | 1.5% | 1.6% | 1.7% |
| | | | | | | | | | | | | | |
| Interest Expense | - | NA | % of Avg Debt Bal, Exhibit C.3 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | | | | | | |
| Income Tax | - | | Income Tax Rate | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |
| | | | | | | | | | | | | | |
| Adjusted Operating Working Capital | 5,300 | | % of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Operating Working Capital | 5,300 | | | - | - | - | - | - | - | - | - | - | - |
| Yr/yr Working Capital (Increase)/Reduction | | | | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| Capital Expenditures | (205) | | Exhibit C.2 | 2.4% | 2.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| | | | | | | | | | | | | | |
| Interest-Bearing Debt | - | NA | NA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS


**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit C.2
Depreciation & Capital Expenditure Analysis
*(in thousands of USD)*

| | | For the Twelve Month Period Ending October 01, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Forecast Depreciation** | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| Total Revenue | $ 37,764 | $ 114,536 | $ 270,303 | $ 500,061 | $ 750,091 | $ 1,012,623 | $ 1,265,779 | $ 1,550,579 | $ 1,783,166 | $ 1,890,156 |
| Beginning Balance - Total Fixed Assets | 205 | 817 | 2,531 | 5,904 | 11,454 | 18,403 | 26,045 | 33,723 | 41,876 | 49,444 |
| Capital Expenditures | 898 | 2,499 | 5,406 | 10,001 | 15,002 | 20,252 | 25,316 | 31,012 | 35,663 | 37,803 |
| Fixed Assets | 1,104 | 3,316 | 7,938 | 15,905 | 26,456 | 38,656 | 51,360 | 64,734 | 77,539 | 87,248 |
| Capital Expenditures as a % of Revenue | 2.38% | 2.18% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |
| **Depreciation** | | | | | | | | | | |
| Assumptions as to Depreciable Lives: | | | | | | | | | | |
| Beg. Dep. Existing Fixed Assets - avg life  **1.5** | | | | | | | | | | |
| Capital Additions - avg life  **3.0** | | | | | | | | | | |
| Beginning Balance | $ 137 | $ 68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2017 Additions | 150 | 299 | 299 | 150 | | | | | | |
| 2018 Additions | | 416 | 833 | 833 | 416 | | | | | |
| 2019 Additions | | | 901 | 1,802 | 1,802 | 901 | | | | |
| 2020 Additions | | | | 1,667 | 3,334 | 3,334 | 1,667 | | | |
| 2021 Additions | | | | | 2,500 | 5,001 | 5,001 | 2,500 | | |
| 2022 Additions | | | | | | 3,375 | 6,751 | 6,751 | 3,375 | |
| 2023 Additions | | | | | | | 4,219 | 8,439 | 8,439 | 4,219 |
| 2024 Additions | | | | | | | | 5,169 | 10,337 | 10,337 |
| 2025 Additions | | | | | | | | | 5,944 | 11,888 |
| 2026 Additions | | | | | | | | | | 6,301 |
| Total Depreciation | $ 287 | $ 784 | $ 2,033 | $ 4,452 | $ 8,053 | $ 12,611 | $ 17,638 | $ 22,858 | $ 28,095 | $ 32,745 |
| As a % of Revenue | 0.8% | 0.7% | 0.8% | 0.9% | 1.1% | 1.2% | 1.4% | 1.5% | 1.6% | 1.7% |
| Net Fixed Assets | $ 817 | $ 2,531 | $ 5,904 | $ 11,454 | $ 18,403 | $ 26,045 | $ 33,723 | $ 41,876 | $ 49,444 | $ 54,503 |
| As a % of Revenue | 2.2% | 2.2% | 2.2% | 2.3% | 2.5% | 2.6% | 2.7% | 2.7% | 2.8% | 2.9% |



HEMMING MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS, FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit C.3
Forecast Free Cash Flow to Equity
*(in thousands of USD)*

For the Twelve Month Period Ending October 01,

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Bookings** | | | | | | | | | | |
| Gross Bookings – Air | $ 597,376 | $ 1,376,080 | | | | | | | | |
| Gross Bookings – Hotel | 6,385 | 16,376 | | | | | | | | |
| Fees and Markups | 77,180 | 296,938 | | | | | | | | |
| **Total Bookings** | $ 680,942 | $ 1,689,394 | $ 3,378,789 | $ 6,250,759 | $ 9,376,138 | $ 12,657,787 | $ 15,822,234 | $ 19,382,236 | $ 22,289,572 | $ 23,626,946 |
| **Net Revenue** | | | | | | | | | | |
| Revenue – Air | 7,845 | 22,033 | | | | | | | | |
| Revenue – Hotel | 1,546 | 4,323 | | | | | | | | |
| Revenue – Fees and Markups | 28,373 | 88,180 | | | | | | | | |
| **Total Net Revenue** | 37,764 | 114,536 | 270,303 | 500,061 | 750,091 | 1,012,623 | 1,265,779 | 1,550,579 | 1,783,166 | 1,890,156 |
| *Revenue / Bookings %* | 5.5% | 6.8% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| **Operating Expenses** | | | | | | | | | | |
| Marketing Spend | 26,165 | 50,006 | 121,636 | 225,027 | 337,541 | 455,680 | 556,943 | 682,255 | 784,593 | 831,688 |
| *Revenue / Marketing Spend* | 144.3% | 229.0% | 222.2% | 222.2% | 222.2% | 222.2% | 227.3% | 227.3% | 227.3% | 227.3% |
| Payroll & Benefits | 12,316 | 20,095 | 45,852 | 80,010 | 112,514 | 141,767 | 164,551 | 201,575 | 231,812 | 245,720 |
| Other Operating Expenses | 15,355 | 36,102 | 78,388 | 140,017 | 202,525 | 253,156 | 316,445 | 387,645 | 445,791 | 472,539 |
| **Total Operating Expenses** | 53,836 | 106,202 | 245,976 | 445,054 | 652,579 | 850,603 | 1,037,939 | 1,271,475 | 1,462,196 | 1,549,928 |
| *Operating Expense %* | 142.6% | 92.7% | 91.0% | 89.0% | 87.0% | 84.0% | 82.0% | 82.0% | 82.0% | 82.0% |
| **EBITDA** | (16,072) | 8,334 | 24,327 | 55,007 | 97,512 | 162,020 | 227,840 | 279,104 | 320,970 | 340,228 |
| *EBITDA %* | -42.6% | 7.3% | 9.0% | 11.0% | 13.0% | 16.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| Depreciation | 287 | 784 | 2,033 | 4,452 | 8,053 | 12,611 | 17,638 | 22,858 | 28,095 | 32,745 |
| **EBIT** | (16,359) | 7,550 | 22,294 | 50,555 | 89,459 | 149,409 | 210,203 | 256,246 | 292,875 | 307,483 |
| *EBIT %* | -43.3% | 6.6% | 8.2% | 10.1% | 11.9% | 14.8% | 16.6% | 16.5% | 16.4% | 16.3% |
| Interest Expense | | | | | | | | | | |
| Earnings Before Taxes | (16,359) | 7,550 | 22,294 | 50,555 | 89,459 | 149,409 | 210,203 | 256,246 | 292,875 | 307,483 |
| Income Taxes | - | - | - | 19,932 | 35,784 | 59,764 | 84,081 | 102,498 | 117,150 | 122,993 |
| **Forecast After-Tax Income** | $ (16,359) | $ 7,550 | $ 22,294 | $ 30,623 | $ 53,676 | $ 89,645 | $ 126,122 | $ 153,748 | $ 175,725 | $ 184,490 |
| *NPAT %* | -43.3% | 6.6% | 8.2% | 6.1% | 7.2% | 8.9% | 10.0% | 9.9% | 9.9% | 9.8% |
| **Cash Flow** | | | | | | | | | | |
| Add: Depreciation | 287 | 784 | 2,033 | 4,452 | 8,053 | 12,611 | 17,638 | 22,858 | 28,095 | 32,745 |
| After-Tax Gross Cash Flow | (16,072) | 8,334 | 24,327 | 35,074 | 61,728 | 102,256 | 143,759 | 176,606 | 203,820 | 217,235 |
| Less: Decrease / (Increase) in Working Capital | 5,300 | (2,499) | (5,406) | (10,001) | (15,002) | (20,252) | (25,316) | (31,012) | (35,663) | (37,803) |
| Less: Capital Expenditures | (898) | | | | | | | | | |
| (Decrease) / Increase in Long-Term Debt | | | | | | | | | | |
| **Free Cash Flow** | $ (11,671) | $ 5,835 | $ 18,921 | $ 25,073 | $ 46,726 | $ 82,004 | $ 118,444 | $ 145,594 | $ 168,157 | $ 179,432 |

**Benchmarking Analysis**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Revenue | 37,764 | 114,536 | 270,303 | 500,061 | 750,091 | 1,012,623 | 1,265,779 | 1,550,579 | 1,783,166 | 1,890,156 |
| **Projected Revenue Growth Rate** | 323% | 203% | 136% | 85% | 50% | 35% | 25% | 23% | 15% | 6% |
| **Peer Group Average Growth Rate** | 92% | 92% | 110% | 110% | 32% | 43% | 43% | 14% | 14% | 14% |
| **Peer Group Median Growth Rate** | 127% | 79% | 32% | 32% | 12% | 27% | 27% | 15% | 15% | 15% |
| Projected EBITDA | (16,072) | 8,334 | 24,327 | 55,007 | 97,512 | 162,020 | 227,840 | 279,104 | 320,970 | 340,228 |
| **Projected EBITDA Margin % of Revenue** | -43% | 9% | 9% | 11% | 13% | 16% | 18% | 18% | 18% | 18% |
| **Peer Group Average EBITDA Margin % of Revenue** | -253% | -15% | 3% | 15% | 15% | 9% | 9% | 19% | 19% | 19% |
| **Peer Group Median EBITDA Margin % of Revenue** | -51% | -10% | 9% | 9% | 14% | 8% | 8% | 22% | 22% | 22% |



HEMMING MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit C.4
Discount Rate - Venture Capital Rates of Return

**Table 1: Venture Capital Average Actual Rates of Return for the Period ended September 30, 2008**

| Stage of Development | 5-year Return | | 10-year Return | | 20-year Return | | Ref. |
|---|---|---|---|---|---|---|---|
| | 2002 | 2008 | 2002 | 2008 | 2002 | 2008 | [1] |
| Seed/Early Stage | 51.4% | 3.0% | 34.9% | 25.5% | 20.4% | 22.1% | |
| Balanced | 20.9% | 7.5% | 20.9% | 12.0% | 14.3% | 14.6% | |
| Later Stage | 10.6% | 8.1% | 21.6% | 7.3% | 15.3% | 14.7% | |
| All Ventures | 28.3% | 5.7% | 26.3% | 13.4% | 16.6% | 17.2% | |

**Table 2: Target Rates of Return**

| Stage of Development | Plummer | Scherlis and Sahlman | Sahlman, Stevenson, and Bhide | Everett | Everett Median Returns | Ref. |
|---|---|---|---|---|---|---|
| Start-up | 50% – 70% | 50% – 70% | 50% – 100% | 25% – 60% | 35% | [2-4] |
| First stage or "early development" | 40% – 60% | 40% – 60% | 40% – 60% | 15% – 50% | 25% | |
| Second stage or "expansion" | 35% – 50% | 30% – 50% | 30% – 40% | 15% – 50% | 25% | |
| Bridge/IPO | 25% – 35% | 20% – 35% | 20% – 30% | 15% – 50% | 25% | |

**Table 3: Target Rates of Return**

| Stage of Development | Ruhnka / Young | Wetzel | Plummer / Qed Range of Discount Rates Used | | Ref. |
|---|---|---|---|---|---|
| | | | High | Low | [6] |
| Seed | 73.0% | 50.0% | 75.4% | 49.2% | |
| Start-up | 54.8% | 50.0% | 59.6% | 40.6% | |
| 3rd Stage | 42.2% | 37.5% | 49.3% | 34.7% | |
| Fourth Stage | 35.0% | 30.0% | 45.7% | 31.2% | |
| Exit Stage | 35.0% | 22.5% | 40.8% | 28.1% | |

**Selected Venture Capital Rate of Return**  25.0%  [7]

**Notes:**
[1] Source: Thomson Financial.  The average annual return is based upon Thomson Financial's Private Equity Performance Index (PEPI).
    The PEPI is based on the latest quarterly statistics from Thomson Financial's Private Equity Performance Database analyzing the cashflows and
    returns for over 1400 US venture capital and private equity partnerships.
[2] Plummer, James L., QED Report on Venture Capital Financial Analysis.
[3] Scherlis, Daniel R. and William A. Sahlman, "A Method for Valuing High-Risk, Long Term, Investments: The Venture Capital Method,"
    Harvard Business School Teaching Note 9-288-006, Boston: Harvard Business School Publishing, 1989.
[4] William A. Sahlman, Howard H. Stevenson, Amar V. Bhide, et al., "Financing Entrepreneurial Ventures,"
    Business Fundamental Series (Boston: Harvard Business School Publishing, 1998).
[5] Craig R. Everett, "2017 Private Capital Markets Report" (Malibu: Pepperdine University Graziadio School of Business and Management, 2017).  Note
    that this publication also includes rates of return for many other types of private capital investments, as well as summaries of other information
    captured in Pepperdine's annual industry survey.  See http://digitalcommons.pepperdine.edu/gsbm_pcm_pcmr/10.
[5] Dorsey, Terry, "A Portfolio Model for Venture Capital Performance Measurement and Investment Selection," Polaris Group, Inc. January 2000.
[6] Refer to the report for discussion of the selected Venture Capital Rate of Return.



**Travana, Inc.**

Business Valuation
As of October 1, 2016

**Exhibit C.5**

Discounted Cash Flow Method (Free Cash Flow to Equity)
*(in thousands of USD)*

| Forecast Period | Base Cash Flow | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] |
|---|---|---|---|---|---|
| 2017 | $ (11,671) | 0.50 | 25.0% | 0.8945 | $ (10,439) |
| 2018 | 5,835 | 1.50 | 25.0% | 0.7156 | 4,176 |
| 2019 | 18,921 | 2.50 | 25.0% | 0.5725 | 10,833 |
| 2020 | 25,073 | 3.50 | 25.0% | 0.4580 | 11,484 |
| 2021 | 46,726 | 4.50 | 25.0% | 0.3664 | 17,121 |
| 2022 | 82,004 | 5.50 | 25.0% | 0.2931 | 24,038 |
| 2023 | 118,444 | 6.50 | 25.0% | 0.2345 | 27,775 |
| 2024 | 145,594 | 7.50 | 25.0% | 0.1876 | 27,314 |
| 2025 | 168,157 | 8.50 | 25.0% | 0.1501 | 25,237 |
| 2026 | 179,432 | 9.50 | 25.0% | 0.1201 | 21,544 |
| Terminal Value | 1,001,039 | 9.50 | 25.0% | 0.1201 | 120,190 |

| | |
|---|---|
| **Indicated Value** | **$ 279,272** |
| Add: Financing Proceeds Receivable | 22,500 |
| Add/(Less): Non-Operating Assets/(Liabilities) | - |
| Add: Present Value of NOL Tax Benefit | - |
| | |
| **Total Equity Value - Controlling, Marketable Basis** | **$ 301,772** |
| | |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | **$ 301,800** |

**Notes:**
[1] 1 / (1 + Discount Rate) ^ Period.
[2] Base Cash Flow x PV Factor.



HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit C.6**
Discounted Cash Flow Method with Market Exit Multiple
*(in thousands of USD)*

| Forecast Period | Base Cash Flow | | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] | |
|---|---|---|---|---|---|---|---|
| 2017 | $ | (11,671) | 0.50 | 25.0% | 0.8945 | $ | (10,439) |
| 2018 | | 5,835 | 1.50 | 25.0% | 0.7156 | | 4,176 |
| Exit Value [3] | | 488,100 | 2.00 | 25.0% | 0.6400 | | 312,384 |
| | | | | | | | |
| **Indicated Value** | | | | | | $ | **306,121** |
| Add: Financing Proceeds Receivable | | | | | | | 22,500 |
| Add/(Less): Non-Operating Assets/(Liabilities) | | | | | | | - |
| Add: Present Value of NOL Tax Benefit | | | | | | | - |
| | | | | | | | |
| **Total Equity Value - Controlling, Marketable Basis** | | | | | | $ | **328,621** |
| | | | | | | | |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | | | | | | $ | **328,600** |

**Notes:**
[1] 1 / (1 + Discount Rate) ^ Period.
[2] Base Cash Flow x PV Factor.
[3]



**Travana, Inc.**                                                                                                **Exhibit C.7**
Business Valuation                          Discounted Cash Flow Method with Market Exit Multiple - Optimistic Scenario
As of October 1, 2016                                                                                       *(in thousands of USD)*

| Forecast Period | Base Cash Flow | | Period | Discount Rate | PV Factor [1] | Discounted Cash Flow [2] | |
|---|---|---|---|---|---|---|---|
| 2017 | $ | (11,671) | 0.50 | 25.0% | 0.8945 | $ | (10,439) |
| 2018 | | 5,835 | 1.50 | 25.0% | 0.7156 | | 4,176 |
| Exit Value [3] | | 687,218 | 2.00 | 25.0% | 0.6400 | | 439,820 |
| | | | | | | | |
| **Indicated Value** | | | | | | $ | 433,556 |
| Add: Financing Proceeds Receivable | | | | | | | 22,500 |
| Add/(Less): Non-Operating Assets/(Liabilities) | | | | | | | - |
| Add: Present Value of NOL Tax Benefit | | | | | | | - |
| | | | | | | | |
| **Total Equity Value - Controlling, Marketable Basis** | | | | | | $ | 456,056 |
| | | | | | | | |
| **Total Equity Value - Controlling, Marketable Basis (rounded)** | | | | | | $ | 456,100 |

**Notes:**
[1] 1 / (1 + Discount Rate) ^ Period.
[2] Base Cash Flow x PV Factor.
[3]



**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit D.1
Guideline Public Company Method
*(in thousands of USD unless noted otherwise)*

| Name | Ticker | Market Cap | Debt, Pref Shr & Min Int. | Cash | MVIC [1] | Revenue LTM | Revenue 2018E | EBITDA LTM | EBITDA 2018E | EBIT LTM | MVIC/Rev LTM | MVIC/Rev 2018E | MVIC/EBITDA LTM | MVIC/EBITDA 2018E | MVIC/EBIT LTM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUV Ventures Corp. | TSXV:CUV | $ 2,862 | $ 28 | 49 | $ 2,841 | 695 | NA | (541) | NA | $ (3,185) | 4.09x | NA | NA | NA | NA |
| Expedia Group, Inc. | sdaqGS:E> | 17,495,161 | 4,855,046 | 1,890,156 | 20,460,051 | 8,379,302 | 11,065,429 | 1,016,949 | 2,406,815 | 484,059 | 2.44x | 1.85x | 20.12x | 8.50x | 42.27x |
| Booking Holdings Inc. | sdaqGS:BH | 72,731,271 | 7,345,193 | 4,378,316 | 75,698,148 | 10,394,568 | 14,015,431 | 4,014,644 | 5,749,452 | 3,714,552 | 7.28x | 5.40x | 18.86x | 13.17x | 20.38x |
| TripAdvisor, Inc. | sdaqGS:TI | 9,202,653 | 96,000 | 727,000 | 8,571,653 | 1,473,000 | 2,016,315 | 181,000 | 635,655 | 132,000 | 5.82x | 4.25x | 47.36x | 13.48x | 64.94x |
| trivago N.V. | sdaqGS:TR | - | 2,336 | 4,670 | (2,335) | 769,140 | NA | (31,311) | NA | (56,150) | (0.00)x | NA | NA | NA | NA |
| MakeMyTrip Limited | 3DAQGS:M | 983,704 | 186,634 | 146,571 | 1,023,767 | 381,234 | 270,446 | (101,055) | (44,068) | (105,765) | 2.68x | 3.79x | NA | NA | NA |
| Ctrip.com International, Ltd. | 3DAQGS:C | 23,191,098 | 6,787,655 | 5,543,209 | 24,436,245 | 2,554,273 | 5,132,626 | (206,748) | 1,144,553 | (252,001) | 9.57x | 4.76x | NA | 21.35x | NA |

| | Revenue LTM | Revenue 2018E | EBITDA LTM | EBITDA 2018E | EBIT LTM |
|---|---|---|---|---|---|
| Correlation to MVIC | 0.85 | 0.85 | 1.00 | 0.96 | 1.00 |
| Correlation to Price | 0.84 | 0.83 | 1.00 | 0.96 | 1.00 |

| | Revenue LTM | Revenue 2018E | EBITDA LTM | EBITDA 2018E | EBIT LTM |
|---|---|---|---|---|---|
| Upper Quartile | 6.55x | 4.76x | 33.74x | 15.49x | 53.60x |
| Mean | 4.55x | 4.01x | 28.78x | 14.13x | 42.53x |
| Median | 4.09x | 4.25x | 20.12x | 13.33x | 42.27x |
| Lower Quartile | 2.56x | 3.79x | 19.49x | 12.00x | 31.32x |

| | Revenue LTM | | EBITDA LTM | | EBIT LTM |
|---|---|---|---|---|---|
| Selected Multiple | 4.75x | | 40.00x | | - |
| Subject Company Base Value | $ 114,536 | $ 270,303 | $ 8,334 | $ 24,327 | $ 7,550 |
| | | | | | |
| Indicated Value | 544,048 | | 333,357 | | - |
| Interest Bearing Debt | - | | - | | - |
| Indicated Equity Value | $ 544,048 | | $ 333,357 | | $ - |
| Weighting | 66.7% | 0.0% | 33.3% | 0.0% | 0.0% |

| | |
|---|---|
| Weighted Value (in thousands) | $ 473,818 |
| Add: Subject Company Cash | |
| Total Equity Value - Non-Controlling, Marketable Basis | $ 473,818 |
| Total Equity Value - Non-Controlling, Marketable Basis (rounded) | $ 473,800 |

**Notes:**
Source: S&P Capital IQ.
[1] MVIC = Market Value of Invested Capital. Presented as net of cash.



HEMMING MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit D.2
Guideline Public Company Key Financial Ratios
*(in thousands of USD)*

| Name | Ticker | Market Cap | Trading Volume [1] | LTM Revenue | CAGR Revenue [2] 1 Year | CAGR Revenue [2] 3 Year | Forward Growth 2018E | Forward Growth 2019E | Forward Growth 2020E | GM | As a % of Revenue EBITDA | As a % of Revenue EBIT | As a % of Revenue WC [3] | Current Ratio | Debt to Equity | Debt to TNW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUV Ventures Corp. | TSXV:CUV | $ 2,862 | 317 | $ 695 | NA | NA | NA | NA | NA | 22.5% | -77.9% | -458.5% | -16.4% | 0.65 | 2.0% | -4.9% |
| Expedia Group, Inc. | NasdaqGS:EXPE | 17,495,161 | 2,065 | 8,379,302 | 32.4% | 22.2% | 32.1% | 9.0% | 8.6% | 81.3% | 12.1% | 5.8% | -58.3% | 0.55 | 58.0% | -63.3% |
| Booking Holdings Inc. | NasdaqGS:BKNG | 72,731,271 | 495 | 10,394,568 | 14.7% | 17.3% | 34.8% | 13.6% | 11.7% | 95.4% | 38.6% | 35.7% | -4.7% | 2.01 | 74.9% | 137.4% |
| TripAdvisor, Inc. | NasdaqGS:TRIP | 9,202,653 | 1,825 | 1,473,000 | 0.1% | 17.8% | 36.9% | 17.6% | 13.5% | 95.5% | 12.3% | 9.0% | -9.2% | 2.15 | 6.1% | 14.6% |
| trivago N.V. | NasdaqGS:TRVG | - | - | 769,140 | 59.4% | NA | NA | NA | NA | 99.4% | -4.1% | -7.3% | 1.4% | 1.17 | 0.0% | 0.0% |
| MakeMyTrip Limited | NASDAQGS:MMYT | 983,704 | 157 | 381,234 | 26.9% | 16.1% | -29.1% | 24.1% | 4.9% | 39.9% | -26.5% | -27.7% | -11.6% | 0.73 | 670.7% | -2838.8% |
| Ctrip.com International, Ltd. | NASDAQGS:CTRP | 23,191,898 | 4,427 | 2,554,273 | 71.4% | 50.0% | 100.9% | 22.6% | 13.2% | 74.4% | -8.1% | -9.9% | -25.5% | 1.57 | 58.4% | 300.6% |
| Upper Quartile | | $ 20,343,530 | 1,945 | $5,466,788 | 52.6% | 22.2% | 36.9% | 22.6% | 13.2% | 95.4% | 12.2% | 7.4% | -6.9% | 1.79 | 66.6% | 76.0% |
| Mean | | 16,735,942 | 810 | 3,566,323 | 26.7% | 18.3% | 18.7% | 16.1% | 9.7% | 72.3% | -7.6% | -73.9% | -16.4% | 1.21 | 135.3% | -459.2% |
| Median | | 9,202,653 | 495 | 1,473,000 | 29.6% | 17.8% | 34.8% | 17.6% | 11.7% | 81.3% | -4.1% | -7.3% | -11.6% | 1.17 | 58.0% | 0.0% |
| Lower Quartile | | 493,283 | 237 | 575,187 | 17.7% | 17.3% | 32.1% | 13.6% | 8.6% | 57.1% | -17.3% | -18.8% | -21.0% | 0.69 | 4.1% | -34.1% |
| vana Inc. at October 2018 Exit Date | | NA | NA | $ 114,536 | 203.3% | NA | 136.0% | 85.0% | 50.0% | NA | 7.3% | 6.6% | 0.0% | NA | 0.0% | NA |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] CAGR = Compound Annual Growth Rate
[3] WC = Current Assets - Cash & Equivalents - Current Liabilities + Short-Term Debt


HEMMING
MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

| Name | Ticker | Description |
|---|---|---|
| CUV Ventures Corp. | TSXV:CUV | CUV Ventures Corp. operates as an online travel and digital media marketing company in the Americas, Europe, and internationally. |
| Expedia Group, Inc. | NasdaqGS:EXPE | Expedia Group, Inc., together with its subsidiaries, operates as an online travel company in the United States and internationally. |
| Booking Holdings Inc. | NasdaqGS:BKNG | Booking Holdings Inc. provides online travel and related services in Europe, North America, South America, the Asia-Pacific region, the Middle East, and Africa. |
| TripAdvisor, Inc. | NasdaqGS:TRIP | TripAdvisor, Inc. operates as an online travel company. |
| trivago N.V. | NasdaqGS:TRVG | trivago N.V., together with its subsidiaries, operates as a hotel and accommodation search platform. |
| MakeMyTrip Limited | NASDAQGS:MMYT | MakeMyTrip Limited, an online travel company, engages in the business of selling travel products and solutions in India, the United States, Singapore, Malaysia, Thailand, the United Arab Emirates, China, Colombia, and Peru. |
| Ctrip.com International, Ltd. | NASDAQGS:CTRP | Ctrip.com International, Ltd. operates as a travel service provider for accommodation reservation, transportation ticketing, packaged tours, and corporate travel management in China. |

**Notes:**
Source: S&P Capital IQ.



**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit D.4**
Guideline Public Company Ranking
*(in thousands of USD)*

**Size**
*(Revenue, millions)*

| Company | Value |
|---|---|
| Booking Holdings Inc. | $ 10,394,568 |
| Expedia Group, Inc. | 8,379,302 |
| Ctrip.com International, Ltd. | 2,554,273 |
| TripAdvisor, Inc. | 1,473,000 |
| trivago N.V. | 769,140 |
| MakeMyTrip Limited | 381,234 |
| **Travana Inc. at October 2018 Exit Date** | **114,536** |
| CUV Ventures Corp. | 695 |

**Liquidity**
*(Current Ratio)*

| Company | Value |
|---|---|
| TripAdvisor, Inc. | 2.15 |
| Booking Holdings Inc. | 2.01 |
| Ctrip.com International, Ltd. | 1.57 |
| trivago N.V. | 1.17 |
| MakeMyTrip Limited | 0.73 |
| CUV Ventures Corp. | 0.65 |
| Expedia Group, Inc. | 0.55 |

**Liquidity**
*(Operating Net Working Capital-to-Revenue)*

| Company | Value |
|---|---|
| Expedia Group, Inc. | -58.3% |
| Ctrip.com International, Ltd. | -25.5% |
| CUV Ventures Corp. | -16.4% |
| MakeMyTrip Limited | -11.6% |
| TripAdvisor, Inc. | -9.2% |
| Booking Holdings Inc. | -4.7% |
| **Travana Inc. at October 2018 Exit Date** | **0.0%** |

**Growth**
*(Historical 1-year Growth Rate)*

| Company | Value |
|---|---|
| **Travana Inc. at October 2018 Exit Date** | **203.3%** |
| Ctrip.com International, Ltd. | 71.4% |
| trivago N.V. | 59.4% |
| Expedia Group, Inc. | 32.4% |
| MakeMyTrip Limited | 26.9% |
| Booking Holdings Inc. | 14.7% |
| TripAdvisor, Inc. | 0.1% |

**Growth**
*(Historical 3-year CAGR)*

| Company | Value |
|---|---|
| Ctrip.com International, Ltd. | 50.0% |
| Expedia Group, Inc. | 22.2% |
| TripAdvisor, Inc. | 17.8% |
| Booking Holdings Inc. | 17.3% |
| MakeMyTrip Limited | 16.1% |

**Coverage**
*(Debt-to-Equity Ratio)*

| Company | Value |
|---|---|
| trivago N.V. | 0.0% |
| **Travana Inc. at October 2018 Exit Date** | **0.0%** |
| CUV Ventures Corp. | 2.0% |
| TripAdvisor, Inc. | 6.1% |
| Expedia Group, Inc. | 58.0% |
| Ctrip.com International, Ltd. | 58.4% |
| Booking Holdings Inc. | 74.9% |
| MakeMyTrip Limited | 670.7% |

**Growth**
*(Forward 1-year Growth Rate)*

| Company | Value |
|---|---|
| **Travana Inc. at October 2018 Exit Date** | **136.0%** |
| Ctrip.com International, Ltd. | 100.9% |
| TripAdvisor, Inc. | 36.9% |
| Booking Holdings Inc. | 34.8% |
| Expedia Group, Inc. | 32.1% |
| MakeMyTrip Limited | -29.1% |

**Profitability**
*(Historical EBITDA Margin 1-year)*

| Company | Value |
|---|---|
| Booking Holdings Inc. | 38.6% |
| TripAdvisor, Inc. | 12.3% |
| Expedia Group, Inc. | 12.1% |
| **Travana Inc. at October 2018 Exit Date** | **7.3%** |
| Ctrip.com International, Ltd. | -4.1% |
| trivago N.V. | -8.1% |
| MakeMyTrip Limited | -26.5% |
| CUV Ventures Corp. | -77.9% |

**Operational Efficiency**
*(Return on Equity)*

| Company | Value |
|---|---|
| Booking Holdings Inc. | 14.9% |
| TripAdvisor, Inc. | 5.0% |
| Expedia Group, Inc. | 4.2% |
| Ctrip.com International, Ltd. | -1.4% |
| MakeMyTrip Limited | -37.6% |
| CUV Ventures Corp. | -114.1% |



HEMMING
MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

Exhibit E.1

**Travana, Inc.**
Business Valuation
As of October 1, 2016

Merger & Acquisition Method
*(in thousands of USD unless noted otherwise)*

| Database | Transaction Date | Acquirer Name | Target Name | Target Description | MVIC | Target LTM Revenue | Price | Target LTM EBITDA | Target LTM EBITDA % | Target LTM EBIT | Target LTM EBIT % | Target Closing Date Cash | MVIC/ Revenue | MVIC/ EBITDA | MVIC/ EBIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stock Sales** | | | | | | | | | | | | | | | |
| Mergerstat | 2/12/2001 | Hotel Reservations Network | TravelNow.com Inc | Operates an Internet-based travel company | 45,231 | 7,530 | 45,232 | (2,710) | -36.0% | (2,960) | -39.3% | NA | 6.01x | NA | NA |
| Mergerstat | 11/8/2000 | Cendant Corp | Cheap Tickets Inc | Sells discount tickets for leisure air travel through call ce | 403,706 | 102,080 | 401,561 | 21,100 | 20.7% | 18,150 | 17.8% | NA | 3.95x | 19.13x | 22.24x |
| Mergerstat | 2/28/2006 | Cendant Corp. (Cendant Bidco) | eBookers PLC | Provides on-line travel services | 424,870 | 143,544 | 393,144 | 14,730 | 10.3% | (10,382) | -7.2% | NA | 2.96x | 28.84x | NA |
| Mergerstat | 7/20/2005 | Sabre Holdings Corp. (Travelocity Euro) | Lastminute.com Plc | Provides on-line travel arrangement services | 1,609,950 | 1,009,780 | 1,076,049 | 27,701 | 2.7% | (139,409) | -13.8% | NA | 1.59x | 58.12x | NA |
| Mergerstat | 10/14/2011 | Hotel Reservation Service Robert Ragg | Hotel.de AG | Provides online hotel reservation services | 96,376 | 54,590 | 59,252 | 1,920 | 3.5% | 1,689 | 3.1% | NA | 1.75x | 50.20x | 57.06x |
| Mergerstat | 5/21/2013 | Priceline.com, Inc. | Kayak Software Corp. | Provides search engine services for holiday and travel p | 1,709,186 | 282,627 | 1,788,992 | 55,083 | 19.5% | 46,756 | 16.5% | NA | 6.04x | 31.03x | 36.55x |
| Pratt's Stats | 2/7/2006 | RegCompanies Inc. | Forepoint Holdings, LLC | Travel Consolidator (see additional notes) | 32,666 | 4,296 | NA | (3,753) | -86.9% | (4,158) | -96.8% | 6 | 7.60x | NA | NA |
| Pratt's Stats | 12/6/2016 | Chip.Com International Ltd | Skyscanner Holdings Ltd | Leading Global Travel Search Site | 1,768,200 | 168,061 | NA | 21,644 | 12.9% | 16,091 | 9.6% | - | 10.52x | 81.69x | 109.89x |
| Public Stats | 9/17/2015 | Expedia, Inc. | Orbitz Worldwide, Inc. | Online Travel Booking Company | 1,813,534 | 932,607 | NA | 139,559 | 15.0% | 82,010 | 8.8% | 304,798 | 1.95x | 12.99x | 22.11x |
| S&P Capital I | 3/7/2000 | Travelocity, Inc. | Preview Travel, Inc. | As on March 7, 2000, Preview Travel, Inc. was acquired | 302,240 | 26,470 | NA | (32,070) | -123.0% | (34,750) | -131.3% | 23,750 | 11.42x | NA | NA |
| S&P Capital I | 4/6/2002 | Sabre Holdings Corporation | Travelocity, Inc. | Travelocity, Inc. provides online travel services to leisure | 1,369,490 | 299,140 | NA | 40,650 | 13.4% | (84,960) | -31.7% | 107,150 | 4.68x | 34.94x | NA |
| S&P Capital I | 11/11/2004 | Avis Budget Group, Inc. (Nasdaq:GS | Orbitz, Inc. | Orbitz, Inc. operates as an online travel company that re | 1,268,730 | 279,940 | NA | 40,320 | 14.4% | 27,200 | 9.7% | 156,950 | 4.53x | 31.47x | 46.64x |
| S&P Capital I | 10/16/2006 | Travelport plc | travel2000.com, Inc. | travel2000.com, Inc. provides online travel services in C | 45,750 | 159,130 | NA | NA | NA | NA | NA | - | 0.29x | NA | NA |
| [1] Dealroom.co | 12/21/2012 | Tron Newco GmbH (Expedia) | Trivago N.V. | trivago N.V., together with its subsidiaries, operates as a | 911,156 | 113,895 | NA | 16,300 | 14.3% | NA | NA | - | 8.00x | 55.90x | NA |
| [1] Dealroom.co | 10/2/2013 | Sequoia Capital (Majority Investment) | Skyscanner Holdings Limited | Skyscanner Holdings Limited operates an integrated onli | 800,039 | 91,958 | NA | 34,944 | 37.0% | NA | NA | - | 8.70x | 23.50x | NA |
| [1] Dealroom.co | 10/17/2014 | Great Hill Partners, LLC (Investment) | Momondo Group Ltd. | Momondo Group Ltd. operates an online travel portal tha | 225,478 | 80,528 | NA | 18,038 | 22.4% | NA | NA | - | 2.80x | 12.50x | NA |
| Upper Quartile | | | | | 1,462,105 | 280,662 | 907,427 | 37,047 | 17.2% | 20,413 | 9.6% | | 7.70x | 51.62x | 54.46x |
| Average | | | | | 863,537 | 234,780 | 627,371 | 26,098 | -4.0% | (7,894) | -21.2% | | 5.18x | 36.69x | 49.06x |
| Median | | | | | 612,454 | 138,719 | 397,352 | 21,100 | 14.4% | 27,200 | -9.7% | | 4.61x | 31.25x | 41.60x |
| Lower Quartile | | | | | 193,202 | 74,138 | 142,725 | 8,325 | 3.1% | (116,074) | -33.6% | | 2.59x | 22.41x | 25.92x |
| **Selected Multiple** | | | | | | | | | | | | | | | |
| Subject Company Base - Weighted Average | | | | | 114,536 | | | 8,334 | 7% | 7,550 | 7% | | 4.75 | 45.00 | 50.00 |
| | | | | | $ 114,536 | | | $ 8,334 | | $ 7,550 | | | | | |

Preliminary Indicated Value for Stock Transactions before Debt    $ 544,048   $ 375,027   $ 377,480
Less: Interest Bearing Debt

Preliminary Indicated Equity Value for Stock Transactions    $ 544,048   $ 375,027   $ 377,480
Weighting    66.7%   16.7%   16.7%

Total Equity Value - Controlling, Marketable Basis    $ 488,116

Total Equity Value - Controlling, Marketable Basis (rounded)    $ 488,500

**Notes:**
[1] https://blog.dealroom.co/momondo-acquisition-by-priceline-a-closer-look/



HEMMING MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit F.1

Backsolve for $50 Million Letter Agreement Terms - October 2015

## Break Point Calculation

| Share Class | Number of Shares | Liquidation Preferences | $0.32 Options Exercise | $0.42 Series B Converts |
|---|---|---|---|---|
| **Preferred Share Classes** | | | | |
| Series B @ $0.42 | 120,000,000 | $ 50,000,000 | $ 50,000,000 | $ 50,000,000 |
| Common & Series A Shares | 15,000,000 | | | 6,250,000 |
| **Options on Common** | | | | |
| Exercise Price @ $0.32 | 15,000,000 | | 4,744,153 | 1,505,847 |
| NA | - | | | |
| NA | - | | | |
| NA | - | | | |
| | 150,000,000 | $ 50,000,000 | $ 54,744,153 | $ 57,755,847 |

| | | Liquidation Preferences | Options Exercise | Series B Converts |
|---|---|---|---|---|
| **Inputs** | | | | |
| Stock Price Now | $ 58,289,979 | $ 58,289,979 | $ 58,289,979 | $ 58,289,979 |
| Volatility [1] | 85.0% | 85.0% | 85.0% | 85.0% |
| Riskfree Rate - Annual | 0.94% | 0.94% | 0.94% | 0.94% |
| Exercise Price | $ 0.00 | $ 50,000,000 | $ 54,744,153 | $ 57,755,847 |
| Time To Maturity - Years [2] | 3.00 | 3.00 | 3.00 | 3.00 |
| | | | | |
| **Outputs** | | | | |
| d1 | 26.98 | 0.86 | 0.80 | 0.76 |
| d2 | 25.50 | (0.61) | (0.67) | (0.71) |
| N(d1) | 1.000 | 0.805 | 0.788 | 0.777 |
| N(d2) | 1.000 | 0.270 | 0.250 | 0.239 |
| Call Price ($V_c$) | $ 58,289,979 | $ 33,795,807 | $ 32,597,479 | $ 31,882,285 |
| | | | | |
| -d1 | -26.977 | -0.859 | -0.798 | -0.762 |
| -d2 | -25.504 | 0.613 | 0.674 | 0.711 |
| N(-d1) | 0.000 | 0.195 | 0.212 | 0.223 |
| N(-d2) | 0.000 | 0.730 | 0.750 | 0.761 |
| Put Price ($P_p$) | $ 0 | $ 24,115,524 | $ 27,529,433 | $ 29,742,189 |
| | | | | |
| Fair value | $ 58,289,979 | $ 33,795,807 | $ 32,597,479 | $ 31,882,285 |

**Notes:**
[1] Estimated volatility for Travana per peer group analysis in Exhibit F.5
[2] Minimum term to liquidity event (acquisition) of 3 years is consistent with income approach with market exit in October 2018 (Exhibit C.6)


HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**    **Exhibit F.2**
Business Valuation
As of October 1, 2016

Backsolve for $50 Million Letter Agreement Terms - October 2015

| | Liquidation Preferences | Options Exercise | Series B Converts | All Classes Participate |
|---|---|---|---|---|
| High call option | $ 58,289,979 | 33,795,807 | 32,597,479 | $ 31,882,285 |
| Less low call option | 33,795,807 | 32,597,479 | 31,882,285 | - |
| Total value to allocate | $ 24,494,172 | $ 1,198,327 | $ 715,194 | $ 31,882,285 |
| | | | | |
| Series B @ $0.42 | 120,000,000 | | 15,000,000 | 120,000,000 |
| Common & Series A Shares | | 15,000,000 | 15,000,000 | 15,000,000 |
| Exercise Price @ $0.32 | | | 15,000,000 | 15,000,000 |
| | 120,000,000 | 15,000,000 | 30,000,000 | 150,000,000 |
| **Distribution Percentage** | | | | |
| Series B @ $0.42 | 100% | 0% | 0% | 80% |
| Common & Series A Shares | 0% | 100% | 50% | 10% |
| Exercise Price @ $0.32 | 0% | 0% | 50% | 10% |
| | 100.0% | 100.0% | 100.0% | 100.0% |
| **Allocation of Value** | | | | |
| Series B @ $0.42 | $ 24,494,172 | $ - | $ - | $ 25,505,828 |
| Common & Series A Shares | - | 1,198,327 | 357,597 | 3,188,229 |
| Exercise Price @ $0.32 | - | - | 357,597 | 3,188,229 |
| | $ 24,494,172 | $ 1,198,327 | $ 715,194 | $ 31,882,285 |

| Share Class | Total Value | Number of Shares | Per Share Value Marketable |
|---|---|---|---|
| Series B @ $0.42 | $ 50,000,000 | 120,000,000 | $ 0.42 |
| Common & Series A Shares | 4,744,153 | 15,000,000 | $ 0.32 |
| Common Options at Exercise Price @ $0.32 | 3,545,826 | 15,000,000 | $ 0.24 |
| | $ 58,289,979 | 150,000,000 | |

**Notes:**
Series B value reconciled to investment proceeds of $50 million per October 2015 Letter Agreement.



**Travana, Inc.**
Business Valuation
As of October 1, 2016

Backsolve for $200 Million Letter Agreement Terms - October 2015

Exhibit F.3

**Break Point Calculation**

| Share Class | Number of Shares | Liquidation Preferences | $0.32 Options Exercise | $0.42 Series B Converts & Warrants Exercise |
|---|---|---|---|---|
| **Preferred Share Classes** | | | | |
| Series B @ $0.42 | 480,000,000 | $ 200,000,000 | | $ 200,000,000 |
| Common & Series A Shares | 15,000,000 | | 4,744,153 | 6,250,000 |
| **Founder Warrants on Common** | | | | |
| Exercise Price @ $0.42 | | | | |
| NA | 18,750,000 | - | | - |
| **Options on Common** | | | | |
| Exercise Price @ $0.32 | | | | |
| NA | 45,000,000 | | | 4,517,541 |
| NA | - | | | |
| NA | - | | | |
| NA | - | | | |
| | 558,750,000 | $ 200,000,000 | $ 204,744,153 | $ 210,767,541 |

| | | Liquidation Preferences | Options Exercise | Series B Converts & Warrants Exercise |
|---|---|---|---|---|
| **Inputs** | | | | |
| Stock Price Now | $ 219,807,065 | $ 219,807,065 | $ 219,807,065 | $ 219,807,065 |
| Volatility [1] | 85.0% | 85.0% | 85.0% | 85.0% |
| Riskfree Rate - Annual | 0.94% | 0.94% | 0.94% | 0.94% |
| Exercise Price | $ 219,807,065 | 200,000,000 | 204,744,153 | 210,767,541 |
| Time To Maturity - Years [2] | 3.00 | 3.00 | 3.00 | 3.00 |
| **Outputs** | | | | |
| $d1$ | 27.88 | 0.82 | 0.80 | 0.78 |
| $d2$ | 26.41 | (0.65) | (0.67) | (0.69) |
| $N(d1)$ | 1.000 | 0.794 | 0.789 | 0.783 |
| $N(d2)$ | 1.000 | 0.257 | 0.252 | 0.246 |
| Call Price ($V_c$) | $ 219,807,065 | $ 124,508,556 | $ 123,335,357 | $ 121,879,080 |
| $-d1$ | -27.878 | -0.819 | -0.803 | -0.784 |
| $-d2$ | -26.406 | 0.653 | 0.669 | 0.688 |
| $N(-d1)$ | 0.000 | 0.206 | 0.211 | 0.217 |
| $N(-d2)$ | 0.000 | 0.743 | 0.748 | 0.754 |
| Put Price ($P_p$) | $ 0 | $ 99,140,273 | $ 102,579,310 | $ 106,976,935 |
| **Fair value** | $ 219,807,065 | $ 124,508,556 | $ 123,335,357 | $ 121,879,080 |

**Notes:**
[1] Estimated volatility for Travana per peer group analysis in Exhibit F.5
[2] Minimum term to liquidity event (acquisition) of 3 years is consistent with income approach with market exit in October 2018 (Exhibit C.6)



HEMMING MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit F.4**
Backsolve for $200 Million Letter Agreement Terms - October 2015

| | Liquidation Preferences | Options Exercise | Series B Converts & Warrants Exercise | All Classes Participate |
|---|---|---|---|---|
| High call option | $ 219,807,065 | $ 124,508,556 | $ 123,335,357 | $ 121,879,080 |
| Less low call option | 124,508,556 | 123,335,357 | 121,879,080 | - |
| Total value to allocate | $ 95,298,509 | $ 1,173,200 | $ 1,456,277 | $ 121,879,080 |
| | | | | |
| Series B @ $0.42 | 480,000,000 | | | 480,000,000 |
| Common & Series A Shares | | 15,000,000 | 15,000,000 | 15,000,000 |
| Exercise Price @ $0.42 | | | | 18,750,000 |
| Exercise Price @ $0.32 | | | 45,000,000 | 45,000,000 |
| | 480,000,000 | 15,000,000 | 60,000,000 | 558,750,000 |
| **Distribution Percentage** | | | | |
| Series B @ $0.42 | 100% | 0% | 0% | 86% |
| Common & Series A Shares | 0% | 100% | 25% | 3% |
| Exercise Price @ $0.42 | 0% | 0% | 0% | 3% |
| Exercise Price @ $0.32 | 0% | 0% | 75% | 8% |
| | 100.0% | 100.0% | 100.0% | 100.0% |
| **Allocation of Value** | | | | |
| Series B @ $0.42 | $ 95,298,509 | $ - | $ - | $ 104,701,491 |
| Common & Series A Shares | - | 1,173,200 | 364,069 | 3,271,922 |
| Exercise Price @ $0.42 | - | - | - | 4,089,902 |
| Exercise Price @ $0.32 | - | - | 1,092,208 | 9,815,765 |
| | $ 95,298,509 | $ 1,173,200 | $ 1,456,277 | $ 121,879,080 |

| Share Class | Total Value | Number of Shares | Per Share Value Marketable |
|---|---|---|---|
| Series B @ $0.42 | $ 200,000,000 | 480,000,000 | $ 0.42 |
| Common & Series A Shares | 4,809,190 | 15,000,000 | $ 0.32 |
| Exercise Price @ $0.42 | 4,089,902 | 18,750,000 | $ 0.22 |
| Exercise Price @ $0.32 | 10,907,972 | 45,000,000 | $ 0.24 |
| | $ 219,807,065 | 558,750,000 | |

**Notes:**
Series B value reconciled to investment proceeds of $200 million per option in October 2015 Letter Agreement.


HEMMING
MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

Exhibit F.5
Volatility Analysis
*(in thousands of USD)*

### 4 Year Asset Volatility Analysis

| Guideline Companies | Ticker | Market Capitalization | Trading Volume [1] | LTM Rev. Size | Revenue Growth 1 Year | Revenue Growth 3 Year | MVIC | Debt, Pref Shr & Min Int. | Dividend Yield [2] | Equity Volatility | Asset Volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUV Ventures Corp. | TSXV:CUV | $ 2,862 | 317 | $ 695 | 0.0% | 0.0% | $ 2,890 | $ 28 | 0.0% | 162.5% | 161.2% |
| Expedia Group, Inc. | sdaqGS:EX | 17,495,161 | 2,065 | 8,379,302 | 32.4% | 22.2% | 22,350,207 | 4,855,046 | 0.8% | 45.2% | 36.1% |
| Booking Holdings Inc. | sdaqGS:BK | 72,731,271 | 495 | 10,394,568 | 14.7% | 17.3% | 80,076,464 | 7,345,193 | 0.0% | 29.7% | 27.0% |
| TripAdvisor, Inc. | isdaqGS:TI | 9,202,653 | 1,825 | 1,473,000 | 0.1% | 17.8% | 9,298,653 | 96,000 | 0.0% | 41.7% | 41.2% |
| trivago N.V. | sdaqGS:TR | - | - | 769,140 | 0.0% | 0.0% | 2,336 | 2,336 | 0.0% | 64.3% | 33.5% |
| MakeMyTrip Limited | sDAQGS:M | 983,704 | 157 | 374,461 | 26.9% | 16.1% | 1,170,338 | 186,634 | 0.0% | 52.3% | 44.2% |
| Ctrip.com International, Ltd. | sDAQGS:C | 23,191,898 | 4,427 | 2,462,756 | 71.4% | 50.0% | 29,979,454 | 6,787,555 | 0.0% | 50.4% | 39.6% |
| | | | | | | | | | | | |
| Upper Quartile | | | | | | | | | | | 42.7% |
| Average | | | | | | | | | | | 54.7% |
| Median | | | | | | | | | | | 39.6% |
| Lower Quartile | | | | | | | | | | | 34.8% |
| | | | | | | | | | | | |
| Selected Asset Volatility [3] | | | | | | | | | | | 85.0% |

### Relevered for Subject Company Capital Structure

| | Ticker | Market Capitalization | Trading Volume [1] | LTM Rev. Size | Revenue Growth 1 Year | Revenue Growth 3 Year | MVIC | Debt, Pref Shr & Min Int. | Dividend Yield [2] | Equity Volatility | Asset Volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Travana, Inc. | N/A | N/A | NA | $ 146 | N/A | N/A | N/A | $ - | 0.0% | 85.0% | 85.0% |
| | | | | | | | | | | | |
| Selected Equity Volatility | | | | | | | | | | 85.0% | |

**Notes:**
Source: S&P Capital IQ.
[1] Represents trailing 3-month average daily trading volume (in thousands).
[2] Dividend Yield = Total Dividend divided by Market Capitalization.
[3] Selected above the upper quartile based on earlier stage of development and smaller size of Travana compared to peer group. The closest stage of development comparable is CUV Ventures Corp.


HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**                                                                                   **Exhibit G.1**
Business Valuation                                    Guideline OTA Companies - Annual Revenue Growth Benchmarking
As of October 1, 2016                                                                         (in millions of USD)

### Fiscal Years

| Ticker | Company | 2010 Revenue | Growth % | 2011 Revenue | Growth % | 2012 Revenue | Growth % | 2013 Revenue | Growth % | 2014 Revenue | Growth % | 2015 Revenue | Growth % | 2016 Revenue | Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia Group, Inc. | 3,033.65 | 11% | 3,449.01 | 14% | 4,030.35 | 17% | 4,771.26 | 18% | 5,763.49 | 21% | 6,572.32 | 11% | 8,774.00 | 31% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | 3,084.91 | 32% | 4,355.61 | 41% | 5,260.96 | 17% | 6,793.31 | 29% | 8,441.97 | 23% | 9,223.99 | 9% | 10,743.00 | 16% |
| NasdaqGS:TRIP | TripAdvisor, Inc. | 484.64 | 36% | 637.06 | 31% | 763.00 | 20% | 945.00 | 24% | 1,246.00 | 32% | 1,492.00 | 20% | 1,480.00 | -1% |
| NASDAQGS:TRVG | trivago N.V. | | NA | | NA | | NA | | NA | 374.43 | NA | 535.52 | 43% | 796.12 | 49% |
| Private Company | Kayak Software | 170.70 | 51% | 224.53 | 32% | 292.72 | 30% | | NA | | NA | | NA | | NA |
| NASDAQGS:MMYT | MakeMyTrip Limited | 83.56 | 22% | 124.72 | 49% | 196.60 | 58% | 228.82 | 16% | 255.38 | 12% | 299.66 | 17% | 336.05 | 12% |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | 436.99 | 3% | 554.89 | 27% | 667.19 | 20% | 889.78 | 33% | 1,184.60 | 33% | 1,678.49 | -21% | 2,771.70 | 44% |
| Private Company | Orbitz Worldwide Inc. | 757.49 | 3% | 766.82 | 1% | 778.80 | 2% | 847.00 | 9% | 932.01 | 10% | 933.50 | 0% | | NA |
| Private Company | Skyscanner Limited | 12.77 | 120% | 19.41 | 52% | 54.57 | 181% | 107.50 | 97% | 138.15 | 29% | 161.62 | 17% | 195.40 | 21% |

### Fiscal Years

| Ticker | Company | 2003 Revenue | Growth % | 2004 Revenue | Growth % | 2005 Revenue | Growth % | 2006 Revenue | Growth % | 2007 Revenue | Growth % | 2008 Revenue | Growth % | 2009 Revenue | Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia Group, Inc. | 2,339.81 | 58% | 1,843.01 | -21% | 2,119.46 | 15% | 2,237.59 | 6% | 2,665.33 | 19% | 2,937.01 | 10% | 2,743.05 | -7% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | 863.66 | -14% | 914.37 | 4% | 962.66 | 5% | 1,123.10 | 17% | 1,428.01 | 27% | 1,884.81 | 32% | 2,338.21 | 24% |
| NasdaqGS:TRIP | TripAdvisor, Inc. | | NA | | NA | | NA | | NA | | NA | 48.44 | NA | 298.25 | NA |
| Private Company | Kayak Software | | NA | | NA | | NA | | NA | | NA | 112.02 | 131% | 112.70 | 1% |
| NASDAQGS:MMYT | MakeMyTrip Limited | | NA | | NA | | NA | | NA | | NA | 38.33 | NA | 68.55 | 79% |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | 20.92 | -62% | 40.48 | 94% | 64.95 | 60% | 99.85 | 54% | 164.15 | 64% | 217.18 | 32% | 291.16 | 34% |
| Private Company | Orbitz Worldwide Inc. | | NA | 244.00 | NA | 686.00 | 181% | 752.00 | 10% | 859.00 | 14% | 870.28 | 1% | 737.65 | -15% |
| Private Company | Laser Holdings Ltd. | 312.73 | 471% | 795.67 | 154% | 1,034.03 | 30% | | NA | | NA | 4.14 | NA | 5.79 | 40% |
| Private Company | Skyscanner Limited | | | | | | | | | | | | | | |

### Fiscal Years

| Ticker | Company | 1996 Revenue | Growth % | 1997 Revenue | Growth % | 1998 Revenue | Growth % | 1999 Revenue | Growth % | 2000 Revenue | Growth % | 2001 Revenue | Growth % | 2002 Revenue | Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia, Inc. | - | NA | 2.74 | NA | 13.83 | 404% | 38.70 | 180% | 94.63 | 145% | 222.22 | 135% | 590.60 | 166% |
| NasdaqGS:EXPE | Expedia Group, Inc. | - | NA | - | NA | - | NA | - | NA | - | NA | 536.50 | NA | 1,499.08 | 179% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | - | NA | - | NA | 35.24 | NA | 482.41 | 1269% | 1,235.40 | NA | 1,171.75 | -5% | 1,003.61 | -14% |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | | | | | | | 0.32 | NA | 5.54 | 1620% | 5.31 | 582% | 12.08 | 127% |
| Private Company | Laser Holdings Ltd | | | | | | | | | | | 27.19 | 391% | 54.78 | 101% |

---

| | Revenues $0-$50M | Annual Growth | Revenues $50M-$100M | Annual Growth | Revenues $100M-$500M | Annual Growth | Revenues $500M-$1B | Annual Growth | Revenues $1B-$1.5B | Annual Growth | Revenues $1.5B-$3B | Annual Growth | Revenues >$3B | Annual Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NasdaqGS:EXPE** Expedia, Inc. | 2.74 | NA | 94.63 | 145% | 222.22 | 135% | 536.50 | NA | 1,499.08 | 179% | 1,843.01 | -21% | 3,033.65 | 11% |
| | 13.83 | 404% | | | | | 590.60 | 166% | | | 2,119.46 | 15% | 3,449.01 | 14% |
| | 38.70 | 180% | | | | | | | | | 2,237.59 | 6% | 4,030.35 | 17% |
| | | | | | | | | | | | 2,339.81 | 58% | 4,771.26 | 18% |
| | | | | | | | | | | | 2,665.33 | 19% | 5,763.49 | 21% |
| | | | | | | | | | | | 2,743.05 | -7% | 6,572.32 | -7% |
| | | | | | | | | | | | 2,937.01 | 10% | 6,672.32 | 11% |
| | | | | | | | | | | | | | 8,774.00 | 31% |
| **NasdaqGS:PCLN** Booking Holdings Inc. (Priceline) | 35.24 | NA | | | 482.41 | 1269% | 863.66 | -14% | 1,003.61 | -14% | 1,884.81 | 32% | 3,084.91 | 32% |
| | | | | | | | 914.37 | 4% | 1,123.10 | 17% | 2,338.21 | 24% | 4,355.61 | 41% |
| | | | | | | | 962.66 | 5% | 1,171.75 | -5% | | | 5,260.96 | 17% |
| | | | | | | | | | 1,235.40 | 156% | | | 6,793.31 | 29% |
| | | | | | | | | | 1,428.01 | 27% | | | 8,441.97 | 23% |
| | | | | | | | | | | | | | 9,223.99 | 9% |
| | | | | | | | | | | | | | 10,743.00 | 16% |
| **NasdaqGS:TRIP** TripAdvisor, Inc. | | | | | 298.25 | NA | 637.06 | 31% | 1,246.00 | 32% | | | | |
| | | | | | 352.09 | 18% | 763.00 | 20% | 1,480.00 | -1% | | | | |
| | | | | | 484.64 | 36% | 945.00 | 24% | 1,492.00 | 20% | | | | |
| **NasdaqGS:TRIP** trivago N.V. | | | | | 374.43 | NA | 535.52 | 43% | | | | | | |
| | | | | | | | 796.12 | 49% | | | | | | |
| **Private Company** Kayak Software | 48.44 | NA | | | 112.02 | 131% | | | | | | | | |
| | | | | | 112.70 | 1% | | | | | | | | |
| | | | | | 170.70 | 51% | | | | | | | | |
| | | | | | 224.53 | 32% | | | | | | | | |
| | | | | | 292.72 | 30% | | | | | | | | |
| **NASDAQGS:MMYT** MakeMyTrip Limited | 38.33 | NA | 68.55 | 79% | 124.72 | 49% | | | | | | | | |
| | | | 83.56 | 22% | 196.60 | 58% | | | | | | | | |
| | | | | | 228.82 | 16% | | | | | | | | |
| | | | | | 255.38 | 12% | | | | | | | | |
| | | | | | 299.66 | 17% | | | | | | | | |
| | | | | | 336.05 | 12% | | | | | | | | |
| **NASDAQGS:CTRP** Ctrip.com International, Ltd. | 0.78 | NA | 64.95 | 60% | 164.15 | 64% | 554.89 | 27% | 1,184.60 | 33% | 2,771.70 | 44% | | |
| | 5.31 | 582% | 99.85 | 54% | 217.18 | 32% | 667.19 | 20% | | | 1,678.49 | -21% | | |
| | 12.08 | 127% | | | 291.16 | 34% | 889.78 | 33% | | | | | | |
| | 20.92 | -62% | | | 436.99 | 3% | | | | | | | | |
| | 40.48 | 94% | | | | | | | | | | | | |
| **Private Company** Orbitz Worldwide Inc. | | | | | 244.00 | NA | 686.00 | 181% | | | | | | |
| | | | | | | | 752.00 | 10% | | | | | | |
| | | | | | | | 859.00 | 14% | | | | | | |
| | | | | | | | 870.28 | 1% | | | | | | |
| | | | | | | | 737.65 | -15% | | | | | | |
| | | | | | | | 757.49 | 3% | | | | | | |
| | | | | | | | 766.82 | 1% | | | | | | |
| | | | | | | | 778.80 | 2% | | | | | | |
| | | | | | | | 847.00 | 9% | | | | | | |
| | | | | | | | 932.01 | 10% | | | | | | |
| | | | | | | | 933.50 | 0% | | | | | | |
| **Private Company** Laser Holdings Ltd. | 0.32 | NA | 54.78 | 101% | 312.73 | 471% | 795.67 | 154% | 1,034.03 | 30% | | | | |
| | 5.54 | 1620% | | | | | | | | | | | | |
| | 27.19 | 391% | | | | | | | | | | | | |
| **Private Company** Skyscanner Limited | 4.14 | NA | 54.57 | 181% | 107.50 | 97% | | | | | | | | |
| | 5.79 | 40% | | | 138.15 | 29% | | | | | | | | |
| | 12.77 | 120% | | | 161.62 | 17% | | | | | | | | |
| | 19.41 | 52% | | | 195.40 | 21% | | | | | | | | |
| **Median** | 13.30 | 127% | 68.55 | 79% | 228.82 | 32% | 778.80 | 12% | 1,235.40 | 27% | 2,338.21 | 15% | 5,512.22 | 18% |
| **Average** | 18.44 | 323% | 74.41 | 92% | 253.21 | 110% | 774.90 | 32% | 1,263.42 | 43% | 2,323.50 | 14% | 6,028.41 | 21% |
| **Travana Selected Annual Revenue Growth (Exhibit C.3)** | | **203%** | | **110%** | | **50%** | | **30%** | | **15%** | | **6%** | | |

**Notes:**
Highlighted growth rates at top of chart have been adjusted to remove impact of acquired revenues in year of acquisition


HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit G.2**
Guideline OTA Companies - 10 Year Revenue Growth Benchmarking
(In millions of USD)

| Comparison to Tier 1 OTAs | Actual | | | | | | | Inflation Adjusted to 2016 Dollar Equivalents | | | | | | | Adjusted to 2026 Dollar Equivalents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenues After 4 years | Revenues After 5 years | Revenues After 6 years | Revenues After 7 years | Revenues After 8 years | Revenues After 9 years | Revenues After 10 years | Revenues After 4 years | Revenues After 5 years | Revenues After 6 years | Revenues After 7 years | Revenues After 8 years | Revenues After 9 years | Revenues After 10 years | Revenues After 10 years |
| Nasdaq:GS:EXPE  Expedia, Inc. | 94.63 | 222.22 | 590.60 | 1,499.08 | 2,339.81 | 1,843.01 | 2,119.46 | 143.99 | 329.89 | 855.36 | 2,118.15 | 3,225.46 | 2,478.65 | 2,780.91 | 3,559.80 |
| Nasdaq:GS:PCLN  Booking Holdings Inc. (Priceline) | 1,171.75 | 1,003.61 | 863.66 | 914.37 | 962.66 | 1,123.10 | 1,428.01 | 1,697.05 | 1,418.07 | 1,190.57 | 1,229.73 | 1,263.09 | 1,437.67 | 1,783.39 | 2,282.89 |
| Nasdaq:GS:TRIP  TripAdvisor, Inc. | 637.06 | 763.00 | 945.00 | 1,246.00 | 1,492.00 | 1,480.00 | | 720.78 | 842.21 | 1,017.66 | 1,309.08 | 1,529.30 | 1,480.00 | | |
| Tier 1 OTA Average | | | | | | | | 853.94 | 863.39 | 1,021.20 | 1,552.32 | 2,005.95 | 1,798.77 | 2,282.15 | |
| Travana Projected | | | | | | | | | | | | | | | 2,921.34 |
| | | | | | | | | | | | | | | | 1,890.16 |



HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit G.3**
OTA Revenue Growth Comparison to Travana
(In millions of USD)





Travana, Inc.
Business Valuation
As of October 1, 2016

Exhibit 0.4
Guideline OTA Companies - Acquisitions Adjustments
(in millions of USD)

| Ticker | Company Name | 2001 Acquirer | Date | Fee($) | 2002 Acquirer | Date | Fee($) | 2003 Acquirer | Date | Fee($) | 2004 Acquirer | Date | Fee($) | 2005 Acquirer | Date | Fee($) | 2006 Acquirer | Date | Fee($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasdaq:EXPE | Expedia Group, Inc. | | | | | | | | | | Egencia Europe SAS | 8/29/2004 | - | Premier Getaways Inc. | 2/16/2005 | - | | | |
| | | | | | | | | | | | Activity Information Center, Inc. | 4/7/2004 | - | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |
| Nasdaq:BKNG | Booking Holdings Inc. | | | | | | | rentdays.com | 6/10/2003 | - | Travelweb, LLC | 5/3/2004 | 20 | Booking.com B.V. | 7/14/2005 | - | | | |
| | | | | | | | | | | | Travelweb, LLC | 10/2/2004 | 20 | | | | | | |
| | | | | | | | | | | | Booking.com Limited | 9/21/2004 | 18 | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | 19 | | | - | | | - |
| Nasdaq:TRIP | TripAdvisor, Inc. | | | | | | | | | | | | | | | | Travel Library | 9/30/2006 | |
| | | | | | | | | | | | | | | | | | TravelPod Corporation | 12/31/2006 | - |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |
| Nasdaq:EVGL | Idealglo N.V. | | | | | | | | | | | | | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |
| Private Company | Kayak Software | | | | | | | | | | | | | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |
| Nasdaq:MMYT | MakeMyTrip Limited | | | | | | | | | | | | | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |
| Nasdaq:CTRP | Ctrip.com International, Ltd. | | | | Beijing Ctrip International Travel Ag. | 12/5/2002 | - | Shanghai Ctrip Charming International Trav. | 9/23/2003 | - | | | | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |
| Private Company | Skyscanner Limited | | | | | | | | | | | | | | | | | | |
| | Prorated Annual Total | | | - | | | - | | | - | | | - | | | - | | | - |


HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

Travana, Inc.
Business Valuation
As of October 1, 2016

Exhibit G.4
Guideline GTA Companies - Acquisitions Adjustments
(In millions of USD)

| Ticker | Company Name | 2007 Acquiree | Date | Rev($) | 2008 Acquiree | Date | Rev($) | 2009 Acquiree | Date | Rev($) | 2010 Acquiree | Date | Rev($) | 2011 Acquiree | Date | Rev($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia Group, Inc. | | | | Venere Net S.r.l. | 9/3/2008 | - | | | | Mobiata LLC | 12/31/2010 | - | | | |
| | Provated Annual Total | | | - | | | - | | | - | | | - | | | - |
| NasdaqGS:BKNG | Booking Holdings Inc. | Priceline.com Mauritius Company Limite | 12/6/2007 | - | hotelsNcity.com | 1/12/2008 | - | | | | | | | | | |
| | Provated Annual Total | | | - | | | - | | | - | | | - | | | - |
| NasdaqGS:TRIP | TripAdvisor, Inc. | Smarter Travel Media LLC | 12/6/2007 | - | eDir Ltd | 2/1/2008 | - | Beijing Kuxun Interactive Technology C | 10/31/2009 | - | Holiday Lettings Limited | 6/21/2010 | 8 | EveryTrail | 2/3/2011 | - |
| | | SeatGuru.com Inc. | 3/1/2007 | - | OneTime.com and VirtualTourist.com | 6/30/2008 | - | | | | | | | Where I've Been, LLC | 7/11/2011 | - |
| | | The Independent Traveler, Inc. | 5/2/2007 | - | FlipKey, Inc. | 8/20/2008 | - | | | | | | | | | |
| | Provated Annual Total | | | - | | | - | | | - | | | 4 | | | - |
| NASDAQGS:TRVG | trivago N.V. | | | | | | | | | | | | | | | |
| Private Company | Kayak Software | Sidestep, Inc. | 12/20/2007 | 15 | | | | | | | swoodoo GmbH | 5/4/2010 | - | Jaba Software Vertrieb und Entwicklu | 4/4/2011 | - |
| | Provated Annual Total | | | 9 | | | - | | | - | | | - | | | - |
| NASDAQGS:MMYT | MakeMyTrip Limited | | | | | | | | | | Travel Internet Private Limited | 2/11/2010 | - | Le Travenues Technology Pvt. Ltd | 8/21/2011 | - |
| | | | | | | | | | | | | | | My Guest House Accommodations Pvt | 11/30/2011 | - |
| | Provated Annual Total | | | - | | | - | | | - | | | - | | | - |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | | | | | | | ezTravel Co., Ltd. | 8/6/2009 | - | HuaTio Group Limited (NasdaqGM:HTHT) | 3/12/2010 | 185 | | | |
| | | | | | | | | | | | BTG Jianguo Hotels & Resorts Co., Ltd | 3/12/2010 | - | | | |
| | | | | | | | | | | | www.suzhen.com | 4/27/2010 | - | | | |
| | Provated Annual Total | | | - | | | - | | | - | | | 138 | | | - |
| Private Company | Skyscanner Limited | | | | | | | | | | | | | Zoombu Limited | 1/26/2011 | - |
| | Provated Annual Total | | | - | | | - | | | - | | | - | | | - |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

Travere, Inc.
Business Valuation
As of October 1, 2016

Exhibit 0.4
Qualified OTA Companies - Acquisitions + Adjustments
(in millions of USD)

| Ticker | Company Name | 2012 Acquire | Date | Rev($) | 2013 Acquire | Date | Rev($) | 2014 Acquire | Date | Rev($) | 2015 Acquire | Date | Rev($) | 2016 Acquire | Date | Rev($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasdaq:EXPE | Expedia Group, Inc. | | | | | | | Wotif.com Holdings Limited | 11/13/2014 | 139 | Travelocity, Inc. | 1/23/2015 | 592 | Trivaro, Inc. | 7/2/2016 | |
| | | | | | | | | | | | Orbitz Worldwide, Inc. | 9/17/2015 | | | | |
| | | | | | | | | | | | HomeAway, Inc. | 12/14/2015 | 485 | | | |
| | **Prorated Annual Total** | | | | | | | | | **12** | | | **273** | | | |
| Nasdaq:BKNG | Booking Holdings Inc. | Kayak Software Corporation | 5/21/2013 | 283 | | | | Qlika Ltd. | 3/10/2014 | | Rocket Travel, Inc. | 3/3/2015 | | | | |
| | | | | | | | | Buuteeq & Booking Suite Inc. | 6/10/2014 | | AnalyticsPro Pty Ltd | 3/3/2015 | | | | |
| | | | | | | | | OpenTable, Inc. | 7/24/2014 | 196 | | | | | | |
| | | | | | | | | Hotel Ninjas S.L. | 41796 | | | | | | | |
| | **Prorated Annual Total** | | | **138** | | | | | | **83** | | | | | | |
| Nasdaq:TRIP | TripAdvisor, Inc. | Wanderfly, Inc. | 10/2/2012 | | Beerem, Inc. | 3/12/2013 | | Vacation Home Rentals, Inc. | 5/1/2014 | | Zetrip, Inc. | 12/27/2015 | | | | |
| | | | | | Guia de Apartamentos Niumba, S.L. | 3/7/2013 | | Your Safe Planet Limited | 3/5/2014 | | | | | | | |
| | | | | | Gateguru, Inc. | 6/10/2013 | | Viator, Inc. | 8/8/2014 | 196 | | | | | | |
| | | | | | | | | IENS Independent Index B.V. | 42004 | | | | | | | |
| | **Prorated Annual Total** | | | | | | | | | | | | | | | |
| NASDAQ:TRVG | trivago N.V. | | | | | | | Easy to Book Holding B.V. | 2/6/2014 | | Base2Booking.com | 9/30/2015 | | | | |
| | **Prorated Annual Total** | | | | | | | | | | | | | | | |
| Private Company | Kayak Software | | | | | | | | | | | | | | | |
| NASDAQ:MMYT | MakeMyTrip Limited | Hotel Travel Ltd. | 11/6/2012 | | | | | | | | | | | | | |
| | | ITC Group | 11/6/2012 | | | | | | | | | | | | | |
| | | Luxury Tours & Travel Pte Limited | 41152 | | | | | | | | | | | | | |
| | **Prorated Annual Total** | | | | | | | | | | | | | | | |
| NASDAQ:CTRP | Ctrip.com International, Ltd. | LY.TM Culture Spreading Co. Ltd. | 4/29/2012 | | Shanghai Ctrip Charming International Trav. | 8/29/2013 | | Travelfusion Ltd. | 1/7/2014 | | Travelfusion Ltd. | 1/7/2015 | | Qunar Cayman Islands Limited | 6/1/2016 | 696 |
| | | | | | | | | Keystone Lodging Holdings Limited | 3/20/2014 | | Skypro | 3/3/2015 | | Changyong Overseas Tourism (Travel) Grp | 10/7/2016 | |
| | | | | | | | | Xa'Yuan Information & Business GmbH | 4/16/2014 | 180 | Qunar Cayman Islands Limited | 6/1/2015 | 338 | Skyscanner Holdings Limited | 11/23/2016 | |
| | | | | | | | | | | | Hanzhou Hotel Group | 6/21/2015 | 980 | | | |
| | | | | | | | | | | | Guangzhou Suanya Information Technology | 7/23/2015 | | | | |
| | | | | | | | | | | | Qunar Cayman Islands Limited | 10/26/2015 | 534 | | | |
| | **Prorated Annual Total** | | | | | | | | | | | | **748** | | | **348** |
| Private Company | Skyscanner Limited | | | | Fogg | 9/5/2013 | | Youbibo | 6/24/2014 | | | | | | | |
| | | | | | | | | Distinction Kft. | 41934 | | | | | | | |
| | **Prorated Annual Total** | | | | | | | | | | | | | | | |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.** | **Exhibit G.5**

Business Valuation | Guideline OTA Companies - EBITDA Margin Benchmarking

As of October 1, 2016 | (In millions of USD)

| Ticker | Company | 2010 EBITDA | 2010 % of Revenue | 2011 EBITDA | 2011 % of Revenue | 2012 EBITDA | 2012 % of Revenue | 2013 EBITDA | 2013 % of Revenue | 2014 EBITDA | 2014 % of Revenue | 2015 EBITDA | 2015 % of Revenue | 2016 EBITDA | 2016 % of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia Group, Inc. | 590.52 | 19% | 582.40 | 17% | 644.70 | 16% | 654.93 | 14% | 752.37 | 13% | 731.20 | 11% | 1,074.00 | 12% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | 838.96 | 27% | 1,452.75 | 33% | 1,935.93 | 37% | 2,565.09 | 38% | 3,288.03 | 39% | 3,509.00 | 38% | 4,156.00 | 39% |
| NasdaqGS:TRIP | TripAdvisor, Inc. | 244.60 | 50% | 292.56 | 46% | 308.00 | 40% | 311.00 | 33% | 375.00 | 30% | 280.00 | 19% | 214.00 | 14% |
| NASDAQGS:TRVG | trivago N.V. | - | NA | - | NA | - | NA | - | NA | 1.38 | 0% | (16.15) | -3% | (28.41) | -4% |
| Private Company | Kayak Software | 23.41 | 14% | 36.85 | 16% | 51.41 | 18% | | NA | | NA | | NA | | NA |
| NASDAQGS:MMYT | MakeMyTrip Limited | (5.08) | -6% | 5.26 | 4% | 7.07 | 4% | (13.54) | -6% | (10.88) | -4% | (6.48) | -2% | (55.32) | -16% |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | 170.51 | 39% | 182.94 | 33% | 120.45 | 18% | 157.96 | 18% | 4.57 | 0% | 107.09 | 6% | (120.55) | -4% |
| Private Company | Orbitz Wordlwide Inc. | 126.81 | 17% | 113.46 | 15% | 105.99 | 14% | 116.53 | 14% | 140.03 | 15% | 107.72 | 12% | | |

| Ticker | Company | 2003 EBITDA | 2003 % of Revenue | 2004 EBITDA | 2004 % of Revenue | 2005 EBITDA | 2005 % of Revenue | 2006 EBITDA | 2006 % of Revenue | 2007 EBITDA | 2007 % of Revenue | 2008 EBITDA | 2008 % of Revenue | 2009 EBITDA | 2009 % of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia Group, Inc. | 370.73 | 16% | 409.63 | 22% | 534.96 | 25% | 529.87 | 24% | 630.16 | 24% | 666.28 | 23% | 560.24 | 20% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | 19.36 | 2% | 44.80 | 5% | 64.85 | 7% | 97.03 | 9% | 230.79 | 16% | 332.54 | 18% | 513.73 | 22% |
| NasdaqGS:TRIP | TripAdvisor, Inc. | - | NA | - | NA | - | NA | - | NA | - | NA | 138.07 | 46% | 185.32 | 53% |
| Private Company | Kayak Software | | NA | | NA | | NA | | NA | (3.80) | -8% | 11.78 | 11% | 10.28 | 9% |
| NASDAQGS:MMYT | MakeMyTrip Limited | | NA | | NA | | NA | | NA | | NA | (15.64) | -41% | (9.45) | -14% |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | 7.67 | 37% | 17.06 | 42% | 28.66 | 44% | 34.49 | 35% | 58.95 | 36% | 72.82 | 34% | 108.10 | 37% |
| Private Company | Orbitz Wordlwide Inc. | | | (43.00) | -18% | 90.00 | 13% | 59.00 | 8% | 117.00 | 14% | 117.70 | 14% | 127.37 | 17% |
| Private Company | Laser Holdings Ltd | 15.54 | 5% | 15.47 | 2% | 21.39 | 2% | | | | | | | | |

| Ticker | Company | 1996 EBITDA | 1996 % of Revenue | 1997 EBITDA | 1997 % of Revenue | 1998 EBITDA | 1998 % of Revenue | 1999 EBITDA | 1999 % of Revenue | 2000 EBITDA | 2000 % of Revenue | 2001 EBITDA | 2001 % of Revenue | 2002 EBITDA | 2002 % of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia Inc. | (7.80) | NA | (28.92) | -1055% | (29.48) | -213% | (19.60) | -51% | (118.32) | -125% | (78.05) | -35% | 115.86 | 20% |
| NasdaqGS:EXPE | Expedia Group, Inc. | | NA | | NA | | NA | | NA | | NA | | NA | 257.40 | 17% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | - | NA | (5.52) | NA | (110.93) | -315% | (1,056.86) | -219% | (49.06) | -4% | 6.75 | 1% | 22.65 | 2% |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | - | NA | | NA | | NA | | NA | (3.73) | -478% | (1.98) | -37% | 3.24 | 27% |
| Private Company | Laser Holdings Ltd | | | | | | | (7.43) | NA | (56.39) | -1019% | (49.39) | -182% | (11.78) | -21% |

| | | EBITDA for Companies with Rev $0-$50M | EBITDA % of Revenue | EBITDA for Companies with Rev $50M-$100M | EBITDA % of Revenue | EBITDA for Companies with Rev $100M-$500M | EBITDA % of Revenue | EBITDA for Companies with Rev $500M-$1B | EBITDA % of Revenue | EBITDA for Companies with Rev $1B - $1.5B | EBITDA % of Revenue | EBITDA for Companies with Rev $1.5B -$3B | EBITDA % of Revenue | EBITDA for Companies with Rev >$3B | EBITDA % of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NasdaqGS:EXPE | Expedia, Inc. | (7.80)<br>(28.92)<br>(29.48)<br>(19.60) | NA<br>-1055%<br>-213%<br>-51% | (118.32) | -125% | (78.05) | -35% | 115.86 | 20% | 257.40 | 17% | 370.73<br>409.63<br>534.96<br>529.87<br>630.16<br>666.28<br>560.24 | 16%<br>22%<br>25%<br>24%<br>24%<br>23%<br>20% | 590.52<br>582.40<br>644.70<br>654.93<br>752.37<br>731.20<br>1,074.00 | 19%<br>17%<br>16%<br>14%<br>13%<br>11%<br>12% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | (5.52)<br>(110.93) | NA<br>-315% | | | (1,056.86) | -219% | 19.36<br>44.80<br>64.85 | 2%<br>5%<br>7% | (49.06)<br>6.75<br>22.65<br>97.03<br>230.79 | -4%<br>1%<br>2%<br>9%<br>16% | 332.54<br>513.73 | 18%<br>22% | 838.96<br>1,452.75<br>1,935.93<br>2,565.09<br>3,288.03<br>3,509.00<br>4,156.00 | 27%<br>33%<br>37%<br>38%<br>39%<br>38%<br>39% |
| NasdaqGS:TRIP | TripAdvisor, Inc. | | | | | 138.07<br>185.32<br>244.60 | 46%<br>53%<br>50% | 292.56<br>308.00<br>311.00 | 46%<br>40%<br>33% | 375.00<br>280.00<br>214.00 | 30%<br>19%<br>14% | | | | |
| NASDAQGS:TRVG | trivago N.V. | | | | | 1.38 | 0% | (16.15)<br>(28.41) | -3%<br>-4% | | | | | | |
| Private Company | Kayak Software | (3.80) | -8% | | | 11.78<br>10.28<br>23.41<br>36.85<br>51.41 | 11%<br>9%<br>14%<br>16%<br>18% | | | | | | | | |
| NASDAQGS:MMYT | MakeMyTrip Limited | (15.64) | -41% | (9.45)<br>(5.08) | -14%<br>-6% | 5.26<br>7.07<br>(13.54)<br>(10.88)<br>(6.48)<br>(55.32) | 4%<br>4%<br>-6%<br>-4%<br>-2%<br>-16% | | | | | | | | |
| NASDAQGS:CTRP | Ctrip.com International, Ltd. | (3.73)<br>(1.98)<br>3.24<br>7.67<br>17.06 | -478%<br>-37%<br>27%<br>37%<br>42% | 28.66<br>34.49 | 44%<br>35% | 58.95<br>72.82<br>108.10<br>170.51 | 36%<br>34%<br>37%<br>39% | 182.94<br>120.45<br>157.96 | 33%<br>18%<br>18% | 4.57<br>107.09 | 0%<br>6% | (120.55) | -4% | | |
| Private Company | Orbitz Wordlwide Inc. | | | | | (43.00) | -18% | 90.00<br>59.00<br>117.00<br>117.70<br>127.37<br>126.81<br>113.46<br>105.99<br>116.53<br>140.03<br>107.72 | 13%<br>8%<br>14%<br>14%<br>17%<br>17%<br>15%<br>14%<br>14%<br>15%<br>12% | | | | | | |
| Private Company | Laser Holdings Ltd | (7.43)<br>(56.39)<br>(49.39) | NA<br>-1019%<br>-182% | (11.78) | -21% | 15.54 | 5% | 15.47 | 2% | 21.39 | 2% | | | | |
| | **Median** | (7.61) | **-51%** | (7.26) | **-10%** | 11.78 | **9%** | 116.20 | **14%** | 102.06 | **8%** | 521.80 | **22%** | 956.48 | **23%** |
| | **Average** | (19.54) | **-253%** | (13.58) | **-15%** | (5.34) | **3%** | 117.10 | **15%** | 130.63 | **9%** | 442.76 | **19%** | 1,626.85 | **25%** |
| | **Travana Selected EBITDA Margin (Exhibit C.3)** | | **-43%** | | **7%** | | **10%** | | **13%** | | **17%** | | **18%** | | **18%** |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS, FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**

Business Valuation
As of October 1, 2016

**Exhibit G.6**

Guideline OTA Companies - Revenue / Gross Bookings Ratio Benchmarking
(In millions of USD, except per share data)

| Ticker | Company | Fiscal Years | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2014 | | 2015 | | 2016 | |
| | | Gross Bookings | Revenue % of Gross Bookings | Gross Bookings | Revenue % of Gross Bookings | Gross Bookings | Revenue % of Gross Bookings |
| NasdaqGS:EXPE | Expedia Group, Inc. | 50,447.00 | 11.42% | 60,063.00 | 11.11% | 78,411.00 | 11.19% |
| NasdaqGS:BKNG | Booking Holdings Inc. (Priceline) | 50,300.00 | 16.78% | 55,528.00 | 16.61% | 68,087.00 | 15.78% |
| NasdaqGS:TRIP | TripAdvisor, Inc. | NA | NA | NA | NA | NA | NA |
| | Average | | 14% | | 14% | | 13% |
| | **Travana Selected (Exhibit C.3)** | | 8% | | 8% | | 8% |



**Travana, Inc.**
Business Valuation
As of October 1, 2016

**Exhibit G.7**
Guideline OTA Companies Descriptions

| Name | Ticker | Description |
|------|--------|-------------|
| Expedia Group, Inc. | NasdaqGS:EXPE | Expedia Group, Inc., together with its subsidiaries, operates as an online travel company in the United States and internationally. |
| Booking Holdings Inc. | NasdaqGS:BKNG | Booking Holdings Inc. provides online travel and related services in Europe, North America, South America, the Asia-Pacific region, the Middle East, and Africa. |
| TripAdvisor, Inc. | NasdaqGS:TRIP | TripAdvisor, Inc. operates as an online travel company. |
| trivago N.V. | NASDAQGS:TRVG | trivago N.V., together with its subsidiaries, operates as a hotel and accommodation search platform. |
| Kayak Software | Private Company | Kayak Software Corporation provides online travel search services in the United States and internationally. It enables users to find flights, hotels, rental cars, and vacation packages |
| MakeMyTrip Limited | NASDAQGS:MMYT | MakeMyTrip Limited, an online travel company, engages in the business of selling travel products and solutions in India, the United States, Singapore, Malaysia, Thailand, the United Arab Emirates, China, Colombia, and Peru. |
| Ctrip.com International, Ltd. | NASDAQGS:CTRP | Ctrip.com International, Ltd. operates as a travel service provider for accommodation reservation, transportation ticketing, packaged tours, and corporate travel management in China. |
| Orbitz Worldwide Inc. | Private Company | Orbitz Worldwide, Inc. operates as an online travel company worldwide. It uses technology that enables leisure and business travelers to research, plan, and book a range of travel products and services, including hotels, flights, vacation packages, car |
| Laser Holdings Ltd. | Private Company | Laser Holdings Limited operates a portal to book cheap last minute travel deals that include hotels, flights, vials, cards, days out, holidays, theaters, city breaks, spa, and more travel deals in the United Kingdom and internationally. |
| Skyscanner Limited | Private Company | Skyscanner Limited develops a global travel search site that allows people to plan and book direct from millions of travel options. It offers services in the areas of airports, countries/regions, airlines, flights, hotels, and car hire. |

Notes:
Source: S&P Capital IQ.

HEMMING
MORSE LLP
CERTIFIED PUBLIC ACCOUNTANTS
FORENSIC AND FINANCIAL CONSULTANTS

**Travana, Inc.**                                                                                    **Exhibit H**

Business Valuation                                                                      List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Files from Client | 3rd Party Valuation | 2070314_Travana Preliminary Valuation Summary_Jigsaw |
| Files from Client | 2016 Financials | Balance Sheet_FY16 |
| Files from Client | 2016 Financials | Cash Flow Statement_FY16 |
| Files from Client | 2016 Financials | Chart of Account_FY16 |
| Files from Client | 2016 Financials | Income Statement_FY16 |
| Files from Client | Airfast Tickets | AFT Financial Statements 06-30-14 & 06-30-13 |
| Files from Client | Airfast Tickets | AFT Pro forma Financials 1-17-2015 JC |
| Files from Client | Airfast Tickets | AFT S-1 Amend No. 1 2014-08-04 1345 |
| Files from Client | Airfast Tickets | Gross Booking 2014 |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-10-06 Airlines Commission and Contract Summary |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-11-20 Commission Report.xlsx |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-01 Airlines Commission and Contract Report.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-01 Contract and Commission Summary.xlsx |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-08 email p1.png |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-08 email p2.png |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-13 Delta Status - Offline OK.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-22 email p1.png |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-22 email p2.png |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-29 Airlines Commission and Contract Report.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-30 Commercial team Gantt Chart email.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-12-30 Commercial team Gantt Chart.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2017-01-12 Airlines Commission and Contract Report.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2017-01-23 Airlines Netfare Summary.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2017-01-23 Net fares by carrier 09Dec16.xlsx |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2017-01-23 Netfare and FLYR - Higher margin.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2017-02-16  Contract and Commission Summary.xlsx |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2017-02-16 Airlines Commission and Contract Report.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-10-06 Airlines Commission and Contract Summary.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-10-06 Commission Report updated.xlsx |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-10-13 Charts in email.png |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-11-03 Airlines Commission and Contract Report.pdf |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-11-03 Contract and Commission Summary.xlsx |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-11-10 email p1.png |
| Files from Client | Commercial - Airlines and Hotel Reservation | 2016-11-10 Email p2.png |
| Files from Client | Conersion Rate | 2017-01-17 Conversion discussion and product testing.pdf |



| | | |
|---|---|---|
| **Travana, Inc.** | | **Exhibit H** |
| Business Valuation | | List of Considered Documents |
| As of October 1, 2016 | | |

| Folder | Sub-Folder | Title |
|---|---|---|
| Files from Client | Conersion Rate | 2017-02-10 Marketing Milestone Planning v13 .xlsx |
| Files from Client | Conersion Rate | 2017-02-11 Conversion rate - very conservative assumptions.pdf |
| Files from Client | Conersion Rate | 2016-12-20 Full Paths Report for Janbala Site - Production - Thu. 1 Dec. 2016 - Tue. 13 Dec. 2016 copy.pdf |
| Files from Client | Conersion Rate | 2016-12-20 Full Paths Report for Janbala Site - Production - Wed. 14 Dec. 2016 - Tue. 20 Dec. 2016 copy.pdf |
| Files from Client | Conersion Rate | 2016-12-20 Funnel drop off report - Re. Marketing Campaigns copy.pdf |
| Files from Client | Deposition | 2-7-18 Sevket Seyalioglu deposition transcript (00837749x9E19F) |
| Files from Client | Deposition | Confidential Depo Transcript of Shi Lei (00752669x9E19F) |
| Files from Client | Expert Report | Turnbull Report |
| Files from Client | Forecast | Pro Forma Milestone 2-2017 Final.xlsx |
| Files from Client | Forecast | Travana Presentation - Roadmap and Milestones 2-2017.pptx |
| Files from Client | Forecast | Travana-Adam-presentation_en 12-2016 copy.pptx |
| Files from Client | Forecast | FY16 Board Budget Materials.pptx |
| Files from Client | Forecast | FY16 Consolidated Budget 8.11.16 Base Scenario - ORIGINAL VERSION.xlsx |
| Files from Client | Forecast | FY16 Consolidated Budget 8.11.16 Base Scenario CORRECTED.xlsx |
| Files from Client | Fraud Prevention | 2016-07-26 John Klein - continued to work on Fraud system.pdf |
| Files from Client | Fraud Prevention | 2016-07-27 Fraud system update (sevket and operation team).pdf |
| Files from Client | Fraud Prevention | 2016-08-03 Fraud communications and 2 days limitation for international flights.pdf |
| Files from Client | Fraud Prevention | 2016-08-18 Reena - next day booking fraud system copy.pdf |
| Files from Client | Fraud Prevention | 2016-08-18 Reena - next day booking fraud system.pdf |
| Files from Client | Fraud Prevention | 2016-08-22 Frand enhancement proposal.pdf |
| Files from Client | Fraud Prevention | 2016-08-22 Fraud Meeting Recap - Reena SF visit copy.pdf |
| Files from Client | Fraud Prevention | 2016-08-22 Fraud Meeting Recap - Reena SF visit.pdf |
| Files from Client | Fraud Prevention | 2016-08-31 (IMPORTANT) Fraud Prevention Report .pdf |
| Files from Client | Fraud Prevention | 2016-08-31 Booking Cancellation report - over 37% due to fraud copy.pdf |
| Files from Client | Fraud Prevention | 2016-08-31 Booking Cancellation report - over 37% due to fraud.pdf |
| Files from Client | Fraud Prevention | 2016-09-01 (IMPORTANT) Corrected fraud report number.pdf |
| Files from Client | Fraud Prevention | 2016-09-01 (IMPORTANT) Fraud Prevention Report followup.pdf |
| Files from Client | Fraud Prevention | 2016-09-02 (IMPORTANT) Comprehensive Fraud Report.pdf |
| Files from Client | Fraud Prevention | 2016-09-02 (IMPORTANT) Fraud Report_Aug 31.xlsx |
| Files from Client | Fraud Prevention | 2016-09-07 24_7 fraud system and agents in place copy.pdf |
| Files from Client | Fraud Prevention | 2016-09-07 247 fraud system and agents in place copy.pdf |
| Files from Client | Fraud Prevention | 2016-09-07 247 fraud system and agents in place.pdf |
| Files from Client | Fraud Prevention | 2016-09-22 (IMPORTANT) Daily Fraud Report.pdf |
| Files from Client | Fraud Prevention | 2016-09-23 Engineering fruad enhancement in process.pdf |
| Files from Client | Fraud Prevention | 2016-10-01 (IMPORTANT) Hotel Fraund SOP.pdf |



**Travana, Inc.**                                                                                    **Exhibit H**

Business Valuation                                                                    List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Files from Client | Fraud Prevention | 2016-11-18 Fraud Report .pdf |
| Files from Client | Fraud Prevention | 2016-12-05 Fraud update about Intellenet.pdf |
| Files from Client | Fraud Prevention | 2016-12-11 Updates from Risk Department.pdf |
| Files from Client | Fraud Prevention | 2016-12-14 Nishith negotiating a great deal with Accertify.pdf |
| Files from Client | Fraud Prevention | 2016-12-16 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2016-12-23 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2016-12-30 Accertify Agreement (Executed).pdf |
| Files from Client | Fraud Prevention | 2016-12-30 Accertify Agreement signed.pdf |
| Files from Client | Fraud Prevention | 2016-12-30 Travana_MTCs_12-30-2016_v5_Fully Executed.pdf |
| Files from Client | Fraud Prevention | 2016-12-30 Travana_Order Form 1_12-30-2016_v5_Fully Executed.pdf |
| Files from Client | Fraud Prevention | 2017-01-06 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-01-11 (IMPORTANT) International credit card fraud analyses.pdf |
| Files from Client | Fraud Prevention | 2017-01-13 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-01-20 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-01-27 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-02-03 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-02-10 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-02-17 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-02-24 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-03-03 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2017-03-10 Updates from Risk Team.pdf |
| Files from Client | Fraud Prevention | 2106-09-10 (IMPORTANT) Hotel Fraud discussion and actions.pdf |
| Files from Client | Fraud Prevention | 2106-09-21 (IMPORTANT) Fraud update - Intelenet Team training completed.pdf |
| Files from Client | Fraud Prevention | 2016-05-16 Fraud Planning from Operation Team.pdf |
| Files from Client | Fraud Prevention | 2016-05-19 Fraud-Risk-Compliance-Social Function-Task-Cadence-Owner Details  5.19.16.xlsx |
| Files from Client | Fraud Prevention | 2016-05-20 Frand - Operation team to own.pdf |
| Files from Client | Fraud Prevention | 2016-05-20 Fraud-Risk-Compliance-Social Function-Task-Cadence-Owner Details  5.20.xlsx |
| Files from Client | Fraud Prevention | 2016-07-25 Responded to possible frauds copy.pdf |
| Files from Client | Fraud Prevention | 2016-07-25 Responded to possible frauds.pdf |
| Files from Client | Fraud Prevention | 2016-07-26 Fraud - total loss of $671.pdf |
| Files from Client | Fraud Prevention | 2016-07-26 Fraud Discussion amoung team.pdf |
| Files from Client | Fraud Prevention | 2016-07-26 John Klein - continued to work on Fraud system copy.pdf |
| Files from Client | IBA Rules on Expert Reports | FW_ Travana -- requirements for expert reports |
| Files from Client | IBA Rules on Expert Reports | FW_ Travana -- requirements for expert reports |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 6 (00806740x9E19F).PDF |



**Travana, Inc.**                                                                                           **Exhibit H**

Business Valuation                                                                       List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|--------|-----------|-------|
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 7 (00806734x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 8 (00806738x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 9 (00805080x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 10 (00806648x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 11 (00806798x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 12 (00806801x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 13 (00805086x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 14 (00805890x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 15 (00806222x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 16 (00806807x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 17 (00806818x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 18 (00805157x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 19 (00805158x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 20 (00805979x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 21 (00806645x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 22 (00806646x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 23 (00806305x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 24 (00805998x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 25 (00806797x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 26 (00806396x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 27 (00805238x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 28 (00805242x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 29 (00806714x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 30 (00806461x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 31 (00806470x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 32 (00806725x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 33 (00806912x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 34 (00806014x9E19F).PDF |



**Travana, Inc.**                                                                    **Exhibit H**

Business Valuation                                                      List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|--------|-----------|-------|
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 35 (00806362x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim (00806937x9E19F).pdf |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 1 (00806926x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 2 (00806655x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 3 (00806654x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 4 (00806653x9E19F).PDF |
| Files from Client | Legal Filings/Answer to counterclaims | Answer to Counterclaim Exhibit 5 (00806652x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. G Motion to Expedite Discovery (00769965x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. H Motion to Expedite Discovery (00769967x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. I to Motion to Expedite Discovery (00769969x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | MN for Expedited Discovery - CSH Reply Dec (00773621x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | MN for Expedited Discovery - Reply Brief (00773618x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | MN for Expedited Discovery - Reply CSH Dec (00773578x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | MN for Expedited Discovery - Reply RJN (00773580x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | MN for Expedited Discovery - Reply RJN (00773645x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | MPAs in Support of Motion for Limited Expedited Discovery (efiled) (00770093x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Notice of Motion for Limited Expedited Discovery (efiled) (00770092x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Proposed Order Motion to Expedite Limited Discovery (efiled) (00770115x9E19F).PDF |



**Travana, Inc.**                                                                                    **Exhibit H**

Business Valuation                                                                    List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | RAE Dec Motion for Expedited Discovery (to file) (00770068x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Chen Dec In support of Motion For Expedited Limited Discovery (efiled) (00770096x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Ergo Dec in Support of Motion for Limited Expedited Discovery (efiled) (00770099x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. A Motion for Expedited Discovery (00770053x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. B Motion Expedited Discovery (00769977x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. C Motion to Expedite Discovery (00769950x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. D Motion to Expedite Discovery (00769951x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. E Motion to Expedite Discovery (00769952x9E19F).PDF |
| Files from Client | Legal Filings/ Motion for Expedited Disc and Reply and Exhibits | Exh. F Motion to Expedite Discovery (00769958x9E19F).PDF |
| Files from Client | Legal Filings | Status Conference Statement and Request for Immediate Status Conference_... |
| Files from Client | LOI & Investment Terms | 06. Series A Warrant.pdf |
| Files from Client | LOI & Investment Terms | HNA - AFT LOI Signed Version 5-20-2015.pdf |
| Files from Client | LOI & Investment Terms | HNA-FT-NewcoTechnology Acquisition - Letter Agreement -Execution Version.pdf |
| Files from Client | LOI & Investment Terms | 04. Founders Warrant (JC).pdf |
| Files from Client | LOI & Investment Terms | 05. Founders Warrant (EDP).pdf |
| Files from Client | Organizational Docs | 01. Amended and Restated Certificate of Incorporation of AirTourist Inc. (1) |
| Files from Client | Organizational Docs | Conflict ck  Travana |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-29 Airlines Commission and Contract Report.pdf |



**Travana, Inc.**                                                                                          **Exhibit H**

Business Valuation                                                                                    List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|--------|------------|-------|
| Files from Client | Relationships with Airlines and Vendors | 2016-12-30 Commercial team Gantt Chart email.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-30 Commercial team Gantt Chart.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2017-01-12 Airlines Commission and Contract Report.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2017-01-23 Airlines Netfare Summary.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2017-01-23 Net fares by carrier 09Dec16.xlsx |
| Files from Client | Relationships with Airlines and Vendors | 2017-01-23 Netfare and FLYR - Higher margin.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2017-02-16  Contract and Commission Summary.xlsx |
| Files from Client | Relationships with Airlines and Vendors | 2017-02-16 Airlines Commission and Contract Report.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2016-10-06 Airlines Commission and Contract Summary.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2016-10-06 Commission Report updated.xlsx |
| Files from Client | Relationships with Airlines and Vendors | 2016-10-13 Charts in email.png |
| Files from Client | Relationships with Airlines and Vendors | 2016-11-03 Airlines Commission and Contract Report.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2016-11-03 Contract and Commission Summary.xlsx |
| Files from Client | Relationships with Airlines and Vendors | 2016-11-10 email p1.png |
| Files from Client | Relationships with Airlines and Vendors | 2016-11-10 Email p2.png |
| Files from Client | Relationships with Airlines and Vendors | 2016-11-20 Airlines Commission and Contract Report.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2016-11-20 Commission Report.xlsx |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-01 Airlines Commission and Contract Report.pdf |



**Travana, Inc.**                                                                                                                          **Exhibit H**

Business Valuation                                                                                            List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Files from Client | Relationships with Airlines and Vendors | 2016-12-01 Contract and Commission Summary.xlsx |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-08 email p1.png |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-08 email p2.png |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-13 Delta Status - Offline OK.pdf |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-22 email p1.png |
| Files from Client | Relationships with Airlines and Vendors | 2016-12-22 email p2.png |
| Files from Client | Valuation and Financial Models | 2017-02-10 pro forma v industry ranking.pdf |
| Files from Client | Valuation and Financial Models | 2017-02-13 Kiwi unique visitor number.pdf |
| Files from Client | Valuation and Financial Models | 2017-02-13 Pro forma for Crazy Plan (drastic cut).pdf |
| Files from Client | Valuation and Financial Models | 2017-02-14 CPA Discussion with Patriek and Andre.pdf |
| Files from Client | Valuation and Financial Models | Travel Agencies acquired.docx |
| Files from Client | Valuation and Financial Models | 2016 - Q3 - Sojern - Q3 2016 Global Travel Insights Report.pdf |
| Files from Client | Valuation and Financial Models | 2016-03-16 Shi Lei driving the pro forma discussion.pdf |
| Files from Client | Valuation and Financial Models | 2016-03-19 Shi Lei in charge of presentation material.pdf |
| Files from Client | Valuation and Financial Models | 2016-03-20 Shi Lei in charge of pro forma.pdf |
| Files from Client | Valuation and Financial Models | 2016-12-13 Orbitz's foundation $145M and more from airlines.pdf |
| Files from Client | Valuation and Financial Models | 2017-01-27 Pro forma financial Chen email to team.pdf |
| Files from Client | Valuation and Financial Models | 2017-02 13 Crazy Plan - Pro Forma Milestone 2-2017 Drastic Cut Version.xlsx |



**Travana, Inc.**                                                                                    **Exhibit H**

Business Valuation                                                                        List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Files from Client | Valuation and Financial Models | 2017-02-07 Marketing Milestone Planning v7 .xlsx |
| Files from Client | Valuation and Financial Models | 2017-02-07 Rapid v. slow rampup.pdf |
| Files from Client | Valuation and Financial Models | 2017-02-08 Pro forma discussion with Patriek and Andre.pdf |
| Files from Client | Valuation and Financial Models | 2017-02-09 HNA Resources.docx |
| Files from Client | NA | 2017_JanbalaDashboard_Marketing |
| Files from Client | NA | Stipulated Agreement - Travana (signed) 4-26-2016 (00850825x9E19F).PDF |
| Files from Client | NA | Stock Ledger - Travana 5-31-2016.xlsx |
| Files from Client | NA | Travana Presentation - Differentiations 12-2016.pptx |
| Files from Client | NA | Daily Cash Balance 17.03.02.xlsx |
| Files from Client | NA | FW_ Janbala Marketing Dashboard 2_15_17.msg |
| Files from Client | NA | 20190515121921 |
| Files from Client | NA | 20190515122013 |
| Files from Client | NA | 20190515122030 |
| Files from Client | NA | Travana Board Meeting Presentation - 080916 FINAL |
| Research | GPC - Expedia | EXPEDIA INC - 10-K Annual Report - 12_31_2002.pdf |
| Research | GPC - Expedia | Expedia_Group_Inc_-_Form_10-K(Mar-31-2006).pdf |
| Research | GPC - Expedia | EXPEDIA INC - 10-K Annual Report - 06_30_2000.pdf |
| Research | GPC | GPC Travana |



**Travana, Inc.**                                                                                                                                                 **Exhibit H**

Business Valuation                                                                                                                       List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|--------|-----------|-------|
| Research | GPC Prior Acquisitions Analysis / Analysis | GPC Prior Acquisitions Analysis |
| Research | GPC Prior Acquisitions Analysis / Support/ Booking | BookingAcquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ Booking | BookingAcquisitions 2 |
| Research | GPC Prior Acquisitions Analysis / Support/ CTRIP | CTRIP |
| Research | GPC Prior Acquisitions Analysis / Support/ CTRIP | CTRIP2 |
| Research | GPC Prior Acquisitions Analysis / Support/ Expedia | ExpediaAcquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ Expedia | ExpediaAcquisitions 2 |
| Research | GPC Prior Acquisitions Analysis / Support/ HollidayCheck | HollydayCheckAcquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ HollidayCheck | HollydayCheckAcquisitions 2 |
| Research | GPC Prior Acquisitions Analysis / Support/ Kayak | Kayak Acquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ Makemytrip | Makemytrip  Acquisitions 2 |
| Research | GPC Prior Acquisitions Analysis / Support/ Makemytrip | Makemytrip Acquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ Skyscanner | Skyscanner Acquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ Trip | TripAcquisitions |
| Research | GPC Prior Acquisitions Analysis / Support/ Trip | TripAcquisitions 2 |
| Research | GPC Prior Acquisitions Analysis / Support/ Trip | CTRIP |
| Research | Gross Booking/Booking Foldings | December 31 2015.pdf |
| Research | Gross Booking/Booking Foldings | December 31 2016.pdf |



**Travana, Inc.**                                                                        **Exhibit H**

Business Valuation                                                          List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Research | Gross Booking/CUV Ventures | May 31 2016 10k |
| Research | Gross Booking/Expedia | Expedia_Group_Inc_-_Form_10-K(Feb-11-2016).pdf |
| Research | Gross Booking/Expedia | Expedia_Group_Inc_-_Form_10-K(Feb-09-2018).pdf |
| Research | Gross Booking/Liberty Expedia Holdings | December 31 2016 10k |
| Research | Gross Booking/Liberty Trip Advisor | December 31 2016 10k |
| Research | Gross Booking/Trip Advisor | December 31 2016 10k |
| Research | Industry | Bizminer $1m-$3m.xlsx |
| Research | Industry | Bizminer $5m-$10m.xlsx |
| Research | Industry | Bizminer $25m-$50m.xlsx |
| Research | Industry | RMA 561510 2016 National.xlsx |
| Research | Industry | September 2016 - 56151 Travel Agencies in the US Industry Report.pdf |
| Research | Industry | 2017 - 56151 Travel Agencies in the US Industry Report.pdf |
| Research | Industry | 56151 Travel Agencies in the US Industry Report.pdf |
| Research | M&A | OTA Acqusitions - Deal Room.docx |
| Research | M&A | Pratt Stats.xlsx |
| Research | M&A | Public Stats.xlsx |
| Research | M&A | Skyscanner Holdings Limited Transaction Details Private Placement.rtf |
| Research | M&A | Travana - CapIq.xlsx |



**Travana, Inc.**                                                                                    **Exhibit H**

Business Valuation                                                                    List of Considered Documents
As of October 1, 2016

| Folder | Sub-Folder | Title |
|---|---|---|
| Research | M&A | Travana Caplq 2.xlsx |
| Research | M&A | trivago N V NasdaqGS TRVG Transaction Details Merger Acquisition.rtf |
| Research | M&A | DoneDeals.xlsx |
| Research | M&A | Expedia Group Inc NasdaqGS EXPE Transaction Details Merger Acquisition.rtf |
| Research | M&A | Mergerstat.xlsx |
| Research | M&A | Momondo Group Ltd Transaction Details Private Placement.rtf |
| Research | NA | AICPA working-draft-pe-vc-guide-part-2-appendices-A-C-Glossary.pdf |
| Research | NA | AICPA Equity Based Compensation.pdf |
| Research | NA | Fed Reserve Discount Rate October 2016 |
| Research | NA | Federal Judiciary - Reference Manual on Economic Loss 33 |
| Research | Economy | Full Econ Report 09-2016 |
| Research | 10-k | 12.31.16 Trip Advisor 10k.pdf |
| Research | 10-k | 12.31.16 Boking Holdings 10k.pdf |
| Research | 10-k | 12.31.16 Expedia 10k.pdf |
| Research | NA | Federal Judiciary - Reference Manual on Economic Loss 33 |
| NA | NA | David Atkins Expert Report |
| NA | NA | Don Turnbull Expert Report |
| NA | NA | Jim Timmins Expert Report |



**Travana, Inc.**                                                 **Exhibit H**

Business Valuation                                           List of Considered Documents

As of October 1, 2016

| Folder | Sub-Folder | Title |
| --- | --- | --- |
| NA | NA | Bruce Berndt Expert Report |
| NA | NA | Nishith Kumar Statement |
| NA | NA | Jason Chen Statement |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

**EXHIBIT I**
**Curriculum Vitae**



**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Carl S. Saba, MBA, CVA

## Executive Summary

Carl Saba is a Partner in the Forensic and Financial Consulting Service Group at Hemming Morse, LLP. He is a recognized leader within the business valuation community, with over twenty years of experience advising companies on complex valuation issues for litigation, mergers and acquisitions, tax, and financial reporting matters. His valuation expertise spans business valuation, valuation of intellectual property and other intangible assets, and valuation of options and other derivatives.

Carl has led in excess of 500 valuation engagements over the last ten years across a broad range of industries with niche expertise in the areas of Technology, Life Sciences, and Medical Device. He has assisted clients as a valuation expert in high exposure situations in initial public offerings, acquisitions, corporate restructure transactions, and bankruptcy reorganizations with transaction values exceeding $1 billion. He has also assisted clients with resolving valuation disputes with the Internal Revenue Service (IRS), and addressing valuation inquiries and reviews by the Public Companies Oversight Board (PCAOB), and Securities and Exchange Commission (SEC).

On litigation matters, Carl has served as an expert and testified on a wide range of complex business disputes involving economic damages. These have included shareholder dissolution actions, business interruption, unfair competition, patent infringement, alter ego, lost wages, and fraud claims. In most cases, he has been successful in contributing to a favorable award for clients and out of court settlement of the dispute.

Carl also has significant financial advisory experience in mergers and acquisitions due diligence and turnaround management. He has lead due diligence efforts that have assisted his clients in negotiating key deal terms, negotiated with creditors to recapitalize companies, and helped management teams define strategic direction.

Contributing to thought leadership within the valuation community is something Carl is passionate about. He co-founded and currently Chairs the Executive Committee of the Fair Value Forum, a business valuation expert group dedicated to defining best practices within the profession. He also served a term as President of the Valuation Roundtable of San Francisco, and continues several years as a board member. Carl has authored several articles on cutting edge valuation topics, and teaches and lectures on the topic frequently.

Carl has an MBA from the Marshall School of Business at the University of Southern California where he graduated with Honors. He earned his Bachelor's degree at U.C. Berkeley's Haas School of Business. He is a Certified Valuation Analyst with the National Association of Certified Valuators and Analysts.

page 1 of 1

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Carl S. Saba, MBA, CVA

## Employment & Education

| | |
|---|---|
| 2013 – Present | **Hemming Morse, LLP**<br>*Certified Public Accountants,*<br>*Forensic And Financial Consultants*<br>Partner |
| 2004 – 2013 | **Burr Pilger Mayer, Inc.**<br>*Certified Public Accountants and Consultants*<br>Shareholder, Consulting Practice Group Leader |
| 2003 – 2004 | **Comerica Bank, Palo Alto**<br>Vice President / Team Leader |
| 2003 | **University of Southern California**<br>MBA, Finance Emphasis<br>• Graduated in top tier of class with honors<br>• Extensive graduate level coursework in finance theory, valuation, options and decision analysis, statistics, and business strategy |
| 2002 | **Decision Education Foundation, Menlo Park**<br>Strategy Consultant, Strategic Decisions Group (Summer Internship) |
| 1999 – 2001 | **Comerica Bank, Palo Alto**<br>Vice President / Corporate Banking Officer |
| 1996 – 1999 | **Manufacturers Bank, San Jose**<br>Assistant Vice President / Corporate Banking Officer |
| 1995 | **University of California, Berkeley**<br>Bachelors degree in Business Administration and Finance |

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Carl S. Saba, MBA, CVA

## Professional Credentials

- Certified Valuation Analyst (CVA), National Association of Certified Valuators and Analysts

- Graduate of Leadership San Francisco Class of 2008

- Graduate of Emerging Leaders Academy Class of 2008-2011

## Professional Affiliations

- Fair Value Forum
  - Co-Founder
  - Chair, Executive Committee, 2012-Present
  - Executive Committee, 2006-Present

- Valuation Roundtable of San Francisco
  - President, 2011-2012
  - Board Member, 2009-Present

- National Association of Certified Valuation Analysts
- American Society of Appraisers
- American Institute of Certified Public Accountants
- Community Legal Services, East Palo Alto
  - Executive Committee Board Member
  - Treasurer
- Beta Gamma Sigma – National Business Honor Society

## Publications

- *Quantifying Personal Goodwill by Analyzing Customer Retention*, BVR Business Valuation Update Vol. 23 No. 11, November 2017

- Co-author of the valuation section of *The 409A Administration Handbook*, Thomson Reuters, 2013 Edition

- *Due Diligence Can Attract, Support an Acquisition*, North Bay Business Journal, April 2013

- *Purchase Price Allocations Under ASC 805*, A Guide to Allocating Purchase Price for Business Combinations, BPM Insights, July 2012

- *A Fresh Start for Your Financials After Chapter 11, Fair Value Measurements in Reorganization,* BPM Insights, March 2012

- *Valuation Challenges for Early Stage Companies*, BV Wire Issue 97-4, October 2010

- *Stock Options for Life Science Companies*, Understanding the Risks, Realizing the Rewards, CFO.com, 2009

- *Future Equity Financing in Early Stage Company Valuations,* Fair Value Forum Whitepaper, 2009

- *Finding Value in Valuations* – The Importance of Valuations for Biotech Companies, Smart Business, 2008

- *Accounting Practices for Medical Technology*, MX Magazine, July/August 2007

- *Hot Issues in Biotech and Life Sciences*, California CPA, March/April 2006.

page 3 of 7

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

www.hemming.com

# Carl S. Saba, MBA, CVA

## Instruction and Seminars

- *To Dissolve or Not to Dissolve, Navigating the Waters of Shareholder Disputes,* Beverly Hills Bar Association, June 2017

- *To Dissolve or Not to Dissolve, Overview of Section 2000 of the California Corporations Code,* Ventura County Bar Association, May 2017

- *To Dissolve or Not to Dissolve, the Pros and Cons of Section 2000 of the California Corporations Code,* ProVisors Lawyers and Legal Professionals Affinity Group, April 2017

- *Developments in the Valuation of Early Stage Companies,* AICPA Webcast, June 2016

- *Business Valuation in Litigation: Overview and Case Studies,* American Society of Appraisers Northern California Chapter, June 2016

- *Hot Topics in Early Stage Company Valuations,* Montgomery & Hansen LLP, April 2016

- *What CPAs Should Know About Business Valuation for Estate and Gift Tax Matters,* Crawford Pimentel, January 2016

- *409A Valuation Issues Update,* American Society of Appraisers 2015 Fair Value Summit, November 2015

- *Developments in the Valuation of Early Stage Companies,* AICPA Forensic and Valuation Services Conference, November 2015

- *Stock Transactions as an Indication of Fair Value in Common Stock Valuations,* American Society of Appraisers 2014 Fair Value Summit, November 2014

- *Valuation of Winery Brand and Operations, Building Value in the Wine Business,* The Seminar Group, November 2014

- *Valuation in Dissenting Shareholder Actions, Estate and Gift Tax Matters, and Transactions,* McCormick Barstow LLP, September 2014

- *Damages and Valuation for New or Unestablished Businesses,* Winston & Strawn, May 2014

- *The Continued Appraisal Attack,* 2013 California Tax Policy Conference of the California Tax Bar, November 2013

- *Equity Compensation Valuation Issues - Addressing Situational Requirements When the Guidance is Insufficient,* American Society of Appraisers 2013 Fair Value Summit, November 2013

- *Mergers & Acquisitions: Better Decision Making Through Financial Modeling,* AICPA Controllers Conference, November 2013

- *Auditing Fair Value Measurements under IRC 409, ASC 718, and ASC 805,* OUM & Co. LLP, September 2013

- *Valuation Issues in Chapter 11 Reorganizations,* Inns of Court, San Jose Federal Courthouse, July 2013

- Panelist on *Valuation Issues in Bankruptcy and Financial Reporting,* Association of Insolvency and Restructuring Advisors National Conference, June 2011

- *Alternative Investments, Fair Value Issues,* San Francisco Nonprofit Roundtable, 2009

- *The Guideline Public Company Valuation Method and Minority versus Control Value Conclusion,* Valuation Roundtable of San Francisco, 2009

- *Modeling Techniques for Future Rounds of Equity Financing in Early Stage Technology and Biotech Companies,* Fair Value Forum, 2009

- *Acquired Intangible Assets and Impairment Testing Under FAS 141, 142, 144,* San Francisco State University, 2008

- *FAS 157 and Mark-to-Market or Mark-to-Make Believe Accounting?,* Golden Gate University, 2008

- *Analyzing Financial Statements, and Interpreting Financial Ratios,* Building Owners and Managers Association (BOMA), 2005-2007

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

## Carl S. Saba, MBA, CVA

### Instruction and Seminars continued

- *Valuations of Early Stage Companies*, Frost, and Sullivan Medical Devices Conference, 2007

- *Complex Capital Structures – DCF with Future Capital Requirements and the Impact of Existing Shareholders*, Valuation Roundtable of San Francisco Annual Seminar, 2007

- *Audits of Investments in Private Equity Securities, Are you Ready?*, San Francisco Nonprofit Roundtable, 2007

- *Valuation and Accounting under FAS 123R*, Cal Society East Bay Business & Industry Group, 2006

- Panelist on *Implementation and Valuation Considerations Under FAS 123R*, Cal Society Life Sciences Industry Group, 2006

### *Trial and Arbitration*

### Testimony

- **Unlimited Prepaid, Inc. v. Air Voice Wireless, LLC (2018)**
  JAMS Arbitration
  Case No. 1220055749

- **Robert Kindrachuk v. Norcal Urology Medical Group, Inc. (2018)**
  ADR Services, Inc.
  Case No. 17-7127-HD

- **Domain Associates, L.L.C, et al. v. Nimesh S. Shah (2018)**
  Court of Chancery Delaware
  Case No. 12921-VCL

- **Michael DiSanto v. Bingham McCutchen LLP (2016)**
  JAMS Arbitration
  Case No. 1110017742
  San Francisco County, California

- **Gerald Laurence Trebesch v. Fall Line Capital LLC (2015)**
  American Arbitration Association (AAA)
  Arbitration No. 01-14-001-0482
  San Francisco County, California

- **Ellen Pao v. Kleiner Perkins Caufield & Byers (2015)**
  Superior Court
  Case Number CGC-12-520719
  San Francisco County, California

- **Roxanne E. Doherty v. Michael Doherty (2015)**
  Superior Court
  Case Number 11CV37584
  Calaveras County, California

- **Lehman Brothers Holdings Inc., as Assignee of Lehman Brothers Inc. v. Christopher J. Clifford (2014)**
  Financial Industry Regulatory Authority (FINRA)
  Arbitration No. 10-04109
  San Francisco County, California

- **Evan MacMillan v. Groupon, Inc. (2014)**
  American Arbitration Association
  Case Number 74 460 00054 13
  San Francisco County, California

- **Scomas Restaurant, Inc. (2009)**
  San Francisco County, California

page 5 of 7

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

## Carl S. Saba, MBA, CVA

### Testimony continued

*Deposition*

- **Unlimited Prepaid, Inc. v. Air Voice Wireless, LLC (2018)**
  JAMS Arbitration
  Case No. 1220055749

- **Julia Bernstein, et al. v. Virgin America, Inc, et al. (2018)**
  United States District Court, Northern District of California, Case No. 15-cv-02277-JST

- **Domain Associates, L.L.C, et al. v. Nimesh S. Shah (2017)**
  Court of Chancery Delaware
  Case No. 12921-VCL

- **State of California, et al. v. BP America Production Company, et al. (2017)**
  Superior Court
  Case No CGC-12-522063
  San Francisco County, California

- **Tamara B. Pow v. Mark Figueiredo (2017)**
  Superior Court
  Case Number 1-15-CV-282824
  Santa Clara County, California

- **Glen Ocal v. Kenneth S. Thom, Pier 39 Maritime Business Facilities, LLC dba SOMAcentral (2017)**
  Superior Court
  Case Number 114CV266597
  Santa Clara County, California

- **Stacy Guthmann v. CC-Palo Alto, Inc. D/B/A VI at Palo Alto; Classic Residence Management Limited Partnership, et al (2017)**
  United States District Court
  Case Number 16-CV-02680-LHK
  Northern District of California San Jose Division

- **Crossfit, Inc. v. Jeff Martin, et al. (2017)**
  United States District Court
  Case Number 2:14-cv-02277-JJT
  District of Arizona

- **Joel Simkhai and Grindr Holdings Company v. KL Grindr Holdings Inc., et al. (2017)**
  American Arbitration Association
  Case Number 01-16-0003-7637
  Los Angeles County, California

- **Clyde Berg v. Speech Morphing Systems (2016)**
  Superior Court
  Case Number 2014-1-CV-264586
  Santa Clara County, California

- **Matthew Ure v. Oracle (2016)**
  JAMS Arbitration
  Case Number 1100080447
  San Francisco County, California

- **California Crane School Incorporated v. National Commission for the Certification of Crane Operators (2016)**
  Superior Court
  Case Number CV53859
  Tuolumne County, California

- **Dellon Chen v. Standard Fiber LLC (2015)**
  Superior Court
  Case Number CIV521306
  San Mateo County, California

- **Lloyds TSB Bank, PLC v. Michael J. Kilroy (2015)**
  Superior Court
  Case Number INC 1202040
  Riverside County, California

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING
# MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

www.hemming.com

## Carl S. Saba, MBA, CVA

### Testimony continued

*Deposition* continued

- **Ellen Pao v. Kleiner Perkins Caufield & Byers (2015)**
  Superior Court
  Case Number CGC-12-520719
  San Francisco County, California

- **Biotechnology Value Fund, L.P. v. Celera Corporation, Credit Suisse Securities LLC (2014)**
  United States District Court
  Case Number CV-13-3248-DMR
  Northern District of California San Francisco Division

- **Saul R. Flores v. Group One Construction Inc (2014)**
  Superior Court
  Case Number 112CV215989
  Santa Clara County, California

- **John K. Palladino v. John Palladino Jr. (2014)**
  Superior Court
  Case Number  CIV512247
  San Mateo County, California

- **Roxanne E. Doherty v. Michael Doherty (2014)**
  Superior Court
  Case Number 11CV37584
  Calaveras County, California

- **Evan MacMillan v. Groupon, Inc. (2013)**
  American Arbitration Association
  Case Number 74 460 00054 13
  San Francisco County, California

- **Margery Raffanti v. Estate of Robert Raffanti (2010)**
  Superior Court
  Santa Clara County, California

- **Scomas Restaurant, Inc. (2009)**
  San Francisco County, California

**San Mateo Office**
177 Bovet Road
Suite 525
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062