UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRTOURIST HOLDINGS, LLC, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>HNA GROUP CO., LTD., et al., <br><br>　　　　　Defendants. | Case No. 17-cv-04989-JSW <br><br>**JUDGMENT** <br>Re: Dkt. No. 101 |

Having reviewed the Plaintiffs' amended motion to correct and confirm the arbitration and all subsequent briefing on the motion, the motion to GRANTED IN PART and DENIED IN PART. The Court ENTERS JUDGMENT as follows:

- All non-bankrupt Defendants are joint and severally liable to Plaintiffs in the amount of 594,385, and this judgment is without prejudice to non-bankrupt Defendants' ability to seek indemnity and contribution from any bankrupt Defendants plus 6% interest form October 1, 2026 until payment;
- Defendants Shi Lei, Charles Mobus, and Mi Ling Bi are joint and severally liable to Jason Chen in the amount of $696,850 plus 6% interest from March 15, 2017 until payment;
- Defendant HNA International Group (International) Co., Ltd. Is liable to Plaintiff Jason Chen in the amount of $689,213.04 plus 6% interest,
- Pre-award interest shall be simple interest of 6% per annum;

1
2
3
- If any one or more of the Defendants is in bankruptcy, this judgment is certified as final as to the non-bankrupt Defendants under Federal Rule of Civil Procedure 54(b).

4
5 **IT IS SO ORDERED.**
6 Dated: June 1, 2021

_____
JEFFREY S. WHITE
United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2